PJS:MJB:mel

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMETRIUS HILL,** | : | No. 4:13-CV-0668 |
| **NESTOR CERCET,** | : | |
| **ANTHONY WASHINGTON,** | : | |
| **KEVIN LAWSON,** | : | |
| **MARVIN CASTELLANO** | : | |
| **EDUARDO, ROSCOE L. ALFORD,** | : | |
| **JOHN LEGRAND,** | : | |
| **ERIC GAY (SHU PRISONERS),** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **(Brann, J.)** |
| | : | |
| **WARDEN DAVID EBBERT, et al.,** | : | |
| **Defendants** | : | |

## EXHIBITS IN SUPPORT OF DEFENDANTS'
## PARTIAL MOTION TO DISMISS
## AND  MOTION FOR SUMMARY JUDGMENT

PETER J. SMITH
United States Attorney

s/ Michael Butler
Michael Butler
Assistant United States Attorney
PA 81799
316 Federal Building
240 West Third Street
Williamsport, PA 17703
Tel: 717-221-4482
Fax: 717-221-2246

Date:  October 10, 2014                 Michael.J.Butler@usdoj.gov

GOVERNMENT
EXHIBIT

1

CARDELS 800-788-0399

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

DEMETRIUS HILL, et al.,                    :
      Plaintiffs,                         :
                                    :
           v.                                  :          C.A. No. 4:13-cv-668-MWB-JVW
                                      :
DAVID EBBERT, et al.,                      :
      Defendants.                         :

### DECLARATION OF KIMBERLY SUTTON

I, Kimberly Sutton, do hereby declare, certify and state as follows:

1.  I am a Paralegal Specialist employed by the United States Department of Justice, Federal Bureau of Prisons, Northeast Regional Office, Philadelphia, Pennsylvania. I have held this position since approximately December 16, 2013. In my official capacity, I have access to most records maintained in the ordinary course of business at the Federal Bureau of Prisons Northeast Regional Office, including records maintained in the Bureau of Prisons computerized database.

2.  As a Paralegal, I am familiar with the Bureau's Administrative Remedy Process as set forth at 28 C.F.R. § 542.10, et seq.

3.  Demetrius Hill, Reg. No. 68133-053, Nester Cercet, Reg. No. 41510-050, Anthony Washington, Reg. No. 41756-050, Kevin Maurice Lawson, Reg. No. 41004-037, Marvin Eduardo Castellano-Bayesillo, Reg. No. 13403-179, Roscoe Alford, Reg. No. 55931-060, John Fitzgerald Legrand, Reg. No. 47009-037, and Eric Gay, Reg. No. 64363-053, who are either current federal inmates or formal federal inmates, filed a civil action in which they alleges that during an institution lockdown, between February 25, 2013, and April 8, 2013, various staff members at the United States Penitentiary (USP), Canaan, Pennsylvania, violated their constitutional rights.

00001

4. Plaintiff Hill is currently incarcerated at the United States Penitentiary (USP), Lewisburg, Pennsylvania.

5. Plaintiff Cercet was released from his federal sentence and Bureau of Prisons custody, on November 5, 2013.

6. Plaintiff Washington is incarcerated at USP Canaan.

7. Plaintiff Lawson is currently incarcerated at the Federal Correctional Institution (FCI), Pollock, Louisiana.

8. Plaintiff Marvin Eduardo Castellano-Bayesillo was released from Bureau of Prisons custody on February 7, 2014.

9. Plaintiff Alford was released from Bureau of Prisons custody on October 4, 2013. However, on August 27, 2014, his term of supervised release was revoked, and he is currently in Bureau of Prisons custody pending placement at a designated facility.

10. Plaintiff Legrand is currently incarcerated at USP Coleman, Florida.

11. Plaintiff Gay was released from Bureau of Prisons custody on November 13, 2013.

12. In order to exhaust all process under the Administrative Remedy Procedure for Inmates, an inmate must first attempt to informally resolve the dispute with institution staff. 28 C.F.R. § 542.13. If informal resolution efforts fail, the inmate may raise his or her complaint to the Warden of the institution in which he or she is confined, within 20 calendar days of the date that the basis of the complaint occurred. 28 C.F.R. §§ 542.13, 542.14. If the Warden denies the the Administrative Remedy Request, the inmate may file an appeal with the Regional Director within 20 calendar days of the date of the Warden's response. 28 C.F.R. §§ 542.14, 542.15. If the Regional Director denies the appeal, the inmate may appeal that decision to the General

2

**00002**

Counsel of the Federal Bureau of Prisons within 30 calendar days from the date of the Regional

Director's response. 28 C.F.R. §§ 542.14 and 542.15. The Administrative Remedy Process is

not considered to be "exhausted" until an inmate's final appeal is denied by the Bureau of Prisons

General Counsel. Inmates challenging findings and sanctions taken by a Discipline Hearing

Officer (DHO), are not required to file an Administrative Remedy Request at the institution

level, and may access the Administrative Remedy Process by filing an Appeal with the Regional

Office. 28 C.F.R. § 542.14(d)(2).

13. Bureau of Prisons regulations require inmates to submit their Administrative Remedy

Requests and/or Appeals on the appropriate form, which can be obtained from institution staff.

Inmates must raise no more than one single issue or a reasonable number of closely-related issues

on a single Administrative Remedy Form. 28 C.F.R. § 542.14(c). If the inmate includes multiple

unrelated issues on a single form, the submission will be rejected and returned to the inmate

without a substantive response. In such cases, the inmate will be advised to use a separate form

for each unrelated issue. 28 C.F.R. § 542.14(c)(2).

14. If the inmate reasonable believes the issue raised in an Administrative Remedy

Request is sensitive and the inmate's safety or wellbeing would be placed in danger if the

Request became known at the institution, the inmate may submit the Request directly to the

appropriate Regional Director. The inmate shall clearly mark "Sensitive" upon the Request and

explain, in writing, the reason for not submitting the Request at the institution. If the Regional

Administrative Remedy Coordinator agrees that the Request is sensitive, the Request shall be

accepted. Otherwise, the inmate will be advised in writing of that determination, without a return

return of the Request. The inmate may pursue the matter by submitting an Administrative

3

**00003**

Remedy Request locally to the Warden. The Warden will allow a reasonable extension of time for such a resubmission. 28 C.F.R. § 542.14(d)(1).

15. In the ordinary course of business, computerized indexes of all Administrative Remedy Requests and Appeals filed by inmates are maintained in the Bureau of Prisons computerized database so that rapid verification may be made as to whether an inmate has exhausted the Administrative Remedy Process on a particular issue. I have access to the above-described computerized database.

16. On or about September 15, 2014, in connection with the above-captioned litigation, I accessed the computerized indexes of the Administrative Remedies submitted by Demetrius Hill, Nester Cercet, Anthony Washington, Kevin Maurice Lawson, Marvin Eduardo Castellano-Bayesillo, Roscoe L. Alford, John Fitzgerald Legrand, and Eric Gay, to determine whether they had attempted to exhaust the highest level of Administrative Appeal on the issues raised in this case.

17. Following a search of the Administrative Remedy index, I determined that none of the eight plaintiffs set forth above had exhausted his available Administrative Remedies regarding any of the issues raised in the above-captioned civil action.

18. Inmate Hill's Administrative Remedy Record reflects that between February 25, 2013 (the first day of the institution lockdown at USP Canaan) and September 12, 2014, he submitted 55 Administrative Remedy Requests and/or Appeals. 21 of inmate Hill's Administrative Remedy submissions were received during the institution lockdown, and 34 were received after the institution lockdown. To date, he has filed no Regional or Central Office Appeals regarding any issue raised in this civil action. Therefore, he has not exhausted his

4

**00004**

available Administrative Remedies with respect to any issue raised in this civil action.

19. The following is a summary of the Administrative Remedy Requests and/or Appeals

inmate Hill submitted during and after the lockdown, while he was incarcerated at USP Canaan:

| Case Number | Date Filed | Topic | Disposition |
|---|---|---|---|
| 723894-F2 | March 5, 2013 | Wants a new pencil and access to pencil sharpener daily | Denied. Did not appeal to Regional or Central Offices. |
| 726125-F1 | March 5, 2013 | Alleges not permitted to possess 12" of legal materials in SHU cell | Denied. Did not appeal to Regional or Central Offices. |
| 726126-F1 | March 5, 2013 | Alleges cannot get prescription filled. | Medical care explained. Did not appeal to Regional or Central Offices. |
| 726192-F1 | March 8, 2013 | Wants a legal phone call. | Legal call procedure explained. Denied. Did not appeal to Regional or Central Offices. |
| 726193-F1 | March 8, 2013 | Alleges not getting reading books from SHU book cart | Denied. Did not appeal to Regional or Central Offices. |
| 726203-F1 | March 8, 2013 | Alleges threat posed by inmates at Canaan; requests threat assessment and transfer | CIMs status explained. Did not appeal to Regional or Central Offices. |
| 726204-F1 | March 8, 2013 | Needs cases printed from SHU law library | Withdrawn. Did not appeal to Regional or Central Offices. |
| 727500-F1 | March 22, 2013 | Complains he cannot send email to Office of Inspector General to report a sexual assault. | Prison Rape Elimination Act (PREA) reporting procedures explained. Did not appeal to Regional or Central Offices. |
| 727501-F1 | March 22, 2013 | Alleges SHU staff open/read media and legal mail. | Mail procedures explained. Did not appeal to Regional or Central Offices. |

5

| 727502-F1 | March 22, 2013 | Alleges SHU staff refused to turn off cell light. | Staff member alleged to have refused to turn off light not working each night Plaintiff Hill alleges the staff member refused to turn off lights. Did not appeal to Regional or Central Offices. |
|-----------|----------------|---------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 727503-F1 | March 22, 2013 | Alleges SHU staff members refused to turn off cell light. | Explained that during rounds, a towel was hanging from bed frame. Lights not turned off until Plaintiff Hill complied with orders to remove towel. Did not appeal to Regional or Central Offices. |
| 727504-F1 | March 22, 2013 | Alleges PLRA filing fee should not have been taken from his account. | PLRA filing fee process is explained. Did not appeal to Regional or Central Offices. |
| 727505-F1 | March 22, 2013 | SHU staff refused to turn off cell light | Explained that during SHU rounds, a towel was hanging from bed frame. Lights were turned out when Hill complied with orders to remove towel. Did not appeal to Regional or Central Offices. |
| 727507-F1 | March 22, 2013 | Requests to view Administrative Remedy index | Withdrawn. Did not appeal to Regional or Central Offices. |

6

| 727818-F1 | March 22, 2013 | Alleges medications should be increased and he needs a nebulizer | Rejected[1] without a substantive response because remedy not clearly identified. Given 5 days to correct and refile (RSF). Did not resubmit or appeal to Regional or Central Offices. |
|---|---|---|---|
| 727821-F1 | March 22, 2013 | Alleges SHU Lt. won't allow him to use SHU law library | Rejected without substantive response because remedy is not clearly identified. Given 5 days to correct error and resubmit (RSF). Did not resubmit or appeal to Regional or Central Offices. |
| 727823-F1 | March 22, 2013 | Alleges food served cold. | Rejected without a substantive response because remedy sought not clearly identified. Given 5 days to correct error and resubmit (RSF). Resubmitted and accepted for response on April 5, 2013. |
| 727825-F1 | March 22, 2013 | Alleges property was destroyed. | Rejected without substantive response because remedy sought not clearly identified. Given 5 days to correct error and resubmit (RSF). Did not resubmit or appeal to Regional or Central Offices. |

---

[1] Rejected Administrative Remedy submissions are returned to the inmate with a rejection notice. The Administrative Remedy tracking system assigns each Administrative Remedy a case number, but hard copies of the rejected submission are not maintained.

00007

| 728523-F1 | April 1, 2013 | Alleges not given 2 blankets in SHU. | Denied. Did not appeal to Regional or Central Offices. |
|---|---|---|---|
| 728525-F1 | April 1, 2013 | Wants a new pair of underwear every day in SHU. | Denied with explanation of SHU clothing issue and laundry exchange practices. Did not appeal to Regional or Central Offices. |
| 727823-F2 | April 5, 2013 | Alleges food in SHU served cold. | SHU hot meal service explained. Did not appeal to Regional or Central Offices. |
| 731064-F1 | April 15, 2013 | Alleges SHU law library computer limits sessions to 30 minutes wants 2 hrs. | Explained SHU law library computer was checked, and confirmed that users are allowed 2 hrs of computer access per session.. Did not appeal to Regional or Central Offices. |
| 731067-F1 | April 15, 2013 | Alleges not getting 30-day Psych interviews | Denied. Confirmed that since his arrival at USP Canaan, he has been seen each month and has never raised any mental health concerns to merit individual therapy or mental health intervention/services. Did not appeal to Regional or Central Offices. |

8

| 731068-F1 | April 15, 2013 | Alleges Unit Team fails to provide Administrative Remedy forms. | Explained that since arrival at USP Canaan on January 15, 2013, he has filed 39 Administrative remedy forms; claim of being denied forms not substantiated. Did not appeal to Regional or Central Offices. |
|-----------|----------------|----------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 731069-F1 | April 15, 2013 | Alleges denied recreation in SHU on April 4 and 5, 2013. | Denied. Records reflect Hill accepted recreation on April 1, 2013, and from April 2, 2013, through April 5, 2013, he refused recreation when offered by staff. Did not appeal to Regional or Central Offices. |

20. Inmate Hill's records reflect that on May 6, 2013, he was transferred from USP Canaan, and on May 8, 2013, he was designated to USP Beaumont, Texas. While he was incarcerated at USP Beaumont, between May 8, 2013, and February 3, 2014, he submitted 19 Administrative Remedy Requests with the Warden at USP Beaumont regarding incidents or events that took place at USP Beaumont. He also submitted one Regional Administrative Remedy Appeal, challenging disciplinary action taken at USP Beaumont, and he submitted one Central Office Administrative Remedy Appeal challenging the South Central Regional Office's response to the Regional Administrative Remedy he filed in which he challenged disciplinary action taken at USP Beaumont. On February 3, 2014, he was transferred from USP Beaumont, and on February 10, 2014, he was designated to USP Lewisburg, Pennsylvania, where he is currently incarcerated. Since his designation to USP Lewisburg, he has submitted nine (9)

9

Administrative Remedy requests or Appeals. None of the 9 Administrative Remedy submissions submissions Plaintiff Hill filed while he has been incarcerated at USP Lewisburg, raised or appealed any issue set forth in the Complaint filed in the above-captioned civil action. Specifically, on March 11, 2014, he filed a Central Office Administrative Remedy Appeal challenging his placement in the Special Management Unit (SMU) (Case Number 773639-A1), and on April 3, 2014, his Central Office Appeal was denied on the merits. On March 24, 2014, he filed a Request for Administrative Remedy in which he requested to be placed back on his medications, and he accused Health Services staff at USP Lewisburg of being racist (Case Number 772564-F1). On March 27, 2014, his Request was denied on the merits. On March 24, 24, 2014, he filed a Request for Administrative Remedy at USP Lewisburg in which he requested a legal telephone call with his attorney (Case Number 772569-F1). On April 4, 2014, his Request was denied on the merits. On April 17, 2014, he submitted a Request for Administrative Administrative Remedy with the Warden at USP Lewisburg, in which he requested access to his personal legal materials (Case Number 775789-F1). On April 28, 2014, an explanatory response was provided to him. On April 21, 2014, he submitted a Request for Administrative Remedy with the Warden at USP Lewisburg appealing the rejection of an incoming publication (Case Number 776678-F1). On May 8, 2014, his Request was denied on the merits. On April 24, 2014, he submitted a Request for Administrative Remedy to the Warden at USP Lewisburg in which he alleged that his legal mail was being opened by mailroom staff at USP Lewisburg (Case Number 776673-F1). On May 15, 2014, an explanatory response was provided to him. On April April 30, 2014, he submitted a Request for Administrative Remedy to the Warden at USP Lewisburg, in which he complained he could not print cases from the electronic law library at

10

USP Lewisburg (Case Number 777453-F1). In a response dated May 20, 2014, his request was denied on the merits. On May 22, 2014, he submitted a Regional Administrative Remedy Appeal in which he challenged the response of the Warden at USP Lewisburg to his challenge to a publication rejection (Case Number 776678-R1). On May 23, 2014, his Regional Appeal was rejected because he did not submit a complete set of the Appeal form (QUA) and all copies of his appeal were not legible (OTH). He was advised he could correct these errors and resubmit his Regional Appeal within 10 days of the date of the rejection notice (RSR). On June 9, 2014, he re-submitted his Regional Appeal in Case Number 776678, challenging the rejection of an incoming publication. On July 9, 2014, his Regional Appeal was denied on the merits. To date, he has not filed a Central Office Appeal in case number 776678.

21. Former inmate Cercet's Administrative Remedy record reflects that during his federal incarceration, he submitted 17 Administrative Remedy Requests and/or Appeals. Five of the 17 Administrative Remedy submissions were received before the institution lockdown, and 12 were received during and after the lockdown. Plaintiff Cercet has not exhausted his available Administrative Remedies with respect to any issue raised in this civil action.

22. The following is a summary of the Administrative Remedy Requests and Appeals former inmate Cercet submitted during and after the lockdown:

| Case Number | Date Filed | Topic | Disposition |
|---|---|---|---|
| 726749-R1 | March 18, 2013 | Alleges staff assault | Rejected without a substantive response because he had not exhausted this issue at the institutional level before filing his regional appeal (INS). |

000011

| 726749-A1 | April 3, 2013 | Alleges staff assault | Rejected without a substantive response, because it was filed at the wrong level of review (WRL). He was advised he needed to exhaust at the institutional level before filing his appeal (INS). He was advised the issue raised was not sensitive (SEN). |
|---|---|---|---|
| 730670-F1 | April 11, 2013 | Requests medical examination by a physician | Clinical encounters reviewed; procedures for receiving a referral for a physician's examination explained. Appealed Warden's Response to Regional Office. Regional Appeal denied on June 6, 2013. Did not appeal to Central Office. |
| 731557-R1 | April 22, 2013 | Alleges staff assault | Rejected without a substantive response, because he failed to exhaust this issue at the institutional level before filing his appeal (INS). |
| 733068-F1 | April 30, 2013 | Alleges denial of recreation in SHU and Defendant Kubicki is unprofessional | Rejected without substantive response because Request contained too many issues (MLT). Advised he could correct error and resubmit within five days of date of rejection (RSF). Re-submitted Request on May 9 2013. |

12

| 733489-F1 | May 3, 2013 | Alleges cameras not working in B-1 and Medical | Rejected without substantive response, because not filed within 20 days of date on which incident giving rise to Admin Remedy request took place (UTF). Appealed to Regional Office on June 7, 2013. Region rejected appeal because no indication inmate sought informal resolution (INF). |
| --- | --- | --- | --- |
| 733594-R1 | May 6, 2013 | Appeals decision of Discipline Hearing Officer (DHO). | Rejected without a substantive response, because he failed to include the DHO's report with his Appeal (DHO). He was advised he could correct this error and resubmit his appeal within 10 days of date of rejection. (RSR). |
| 733595-R1 | May 6, 2013 | Appeals decision of DHO. | Rejected without a substantive response. Again, did not include DHO's report. Advised he could correct his error and resubmit his Appeal within 10 days of date of rejection (DHO, RSR). |

| 733068-F2 | May 9, 2013 | Alleges he was denied Recreation and staff are unprofessional | Explained recreation may be denied when inmate's activities pose risk to safety & security of institution. Also explained that inmates must be dressed in SHU uniforms and ready when staff arrive at cell door. Did not appeal to Regional or Central Offices. |
|-----------|-------------|-----------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 730670-R1 | May 10, 2013 | Alleges he needs to be examined by a physician. | Denied. Did not appeal Regional Office's denial to Central Office. |
| 734590-F1 | May 14, 2013 | Alleges Counselor Brandenburg (not a defendant in this case) is unprofessional. | Explained that Counselor addressed his daily concerns during SHU rounds on April 24 2013. The Counselor confirmed that Cercet's medical information was not discussed with any of his family members. Explained that before a release of information, he would be given the opportunity to sign a consent form authorizing the release of information. Advised that Counselor is fair and treats inmates impartially. Did not appeal to Regional or Central Offices. |

14

| 737304-F1 | June 4, 2013 | Alleges not getting psychological treatment. | Rejected without substantive response because untimely filed (UTF). Did not re-submit or appeal to either Regional or Central Offices. |
|---|---|---|---|
| 733489-R1 | June 7, 2013 | Alleges cameras not working in B-1 and Medical. | Rejected without substantive response, because inmate did not attempt to informally resolve this issue before filing Administrative Remedy Request (INF). Did not resubmit or appeal to Regional of Central Offices. |

23. The table above illustrates that with respect to former inmate Cercet's allegations that that he was assaulted by staff, he never submitted an Administrative Remedy Request or Appeal that was accepted for a substantive response. Specifically, on March 18, 2013, during the lockdown, he submitted a Regional Administrative Remedy Appeal, in which he alleged he was assaulted by a staff member (Case Number 726749-R1). On March 19, 2013, the Northeast Regional Office rejected Case Number 726749-R1 without a substantive response, because he did not exhaust this issue at the institutional level before filing his Regional Administrative Remedy Appeal (Code: INS). On April 3, 2013, he submitted a Central Office Administrative Remedy Appeal in which he alleged he had been assaulted by a staff member (Case Number 726749-A1). On April 4, 2013, his Central Office Appeal was rejected without a substantive response. He was advised his Central Office Appeal was rejected because it was filed at the wrong level of the Administrative Remedy Process (Code WRL). He was instructed he must file

15

file and exhaust this issue at the institutional level before filing his appeal (Code INS), and he was advised that the issue he raised was not sensitive (Code SEN). On April 22, 2013, after the institution lockdown, he submitted a Regional Administrative Remedy Appeal (Case Number 731557-R1) in which he alleged he was assaulted by staff. On April 23, 2013, the Northeast Regional Office rejected Case Number 731557-R1 without a substantive response, because he had not first exhausted this issue at the institutional level (INS). His Administrative Remedy record reflects that despite the fact that he was advised after each rejection that he needed to exhaust this issue at the institutional level, he never filed or attempted to file a single Administrative Remedy Request at the institutional level at USP Canaan in which he alleged he had been assaulted by staff. Therefore, he has not exhausted his available Administrative Remedies with respect to his allegation that he was assaulted by staff.

24. Former inmate Cercet exhausted two of the three levels of the administrative remedy process for Case Number 730670, in which he complained he needed to be examined by a physician and not by a physician's assistant. Although the Regional Office denied his Regional Administrative Remedy Appeal in Case Number 730670-F1 on the merits on June 6, 2013. The Regional Office's response specifically advised him that if he was dissatisfied, he could appeal to the Bureau of Prisons Central Office, and his Central Office appeal was due in Central Office within 30 days of the date of the Regional Office's response. However, he never appealed to the Bureau of Prisons' Central Office. Therefore, he has not exhausted his available Administrative Remedies with respect to his allegation that he needed to be seen by a physician.

25. Plaintiff Washington has submitted 14 Administrative Remedy Requests and/or Appeals during his incarceration. He submitted two Administrative Remedy Appeals during the

16

lockdown, and he submitted twelve Administrative Remedy Requests and/or Appeals after the lockdown. The following is a summary of the Administrative Remedy Requests and Appeals inmate Washington submitted during and after the institution lockdown:

| Case Number | Date Filed | Topic | Disposition |
|---|---|---|---|
| 726376-R1 | March 14, 2013 | Staff complaint | Rejected without substantive response, because not filed/exhausted at institutional level before appealing to regional office (INS). |
| 726376-A1 | March 26, 2013 | Staff complaint | Rejected without substantive response because he filed at the wrong level of the admin remedy process (WRL). Advised he must file/exhaust at the institutional level before appealing (INS). |
| 729959-F1 | April 9, 2013 | Alleged not examined by medical staff in SHU | Rejected without substantive response, because not filed within 20 days of the date of the incident complained of. Did not appeal to Regional or Central Offices (UTF). |
| 729960-F1 | April 9, 2013 | Alleged legal mail opened outside of his presence | Rejected without substantive response, because remedy sought not clearly identified. Given opportunity to refile within five days of date of rejection notice (OTH, RSF). Re-filed on April 11, 2013. |
| 729960-F2 | April 19, 2013 | Alleged legal mail opened outside of his presence. | Rejected without substantive response. Filed after applicable timeframe. Advised he could resubmit if he could provide verification from staff that lateness was due to circumstance(s) outside of inmate's control (OTH, RSF). Refiled on May 3, 2013. |

000017

| 733070-F1 | April 30, 2013 | Alleged denial of Recreation in SHU. | May 22, 2013 – Denied. Given 20 days to Appeal to Regional Office. Did not appeal to Regional or Central Offices. |
|---|---|---|---|
| 733066-F1 | May 1, 2013 | Alleged denial Recreation in SHU. | May 16, 2013 – Denied. Given 20 days to Appeal to Regional Office. Did not appeal to Regional or Central Offices. |
| 733487-F1 | May 3, 2013 | Alleged Unit Team not giving him Informal Resolution Forms. | May 8, 2013- Rejected without substantive response because Request lacked sufficient specificity (MSI). Instructed to refile within five days of date of rejection notice (RSF). Refiled May 20, 2013. |
| 733492-F1 | May 3, 2013 | Alleged his belief that surveillance cameras are not working. | May 8, 2013. Rejected without substantive response because not filed within applicable timeframe (UTF). Did not refile or appeal to Regional or Central Offices. |
| 729960-F3 | May 3, 2013 | Alleged legal mail opened outside of his presence. | May 22, 2013. Denied on the merits. Given 20 days in which to appeal Warden's Response to Regional Office. Did not appeal to Regional or Central Offices. |
| 735155-F1 | May 20, 2013 | Alleged he needed prescription pain medication. | June 7, 2013. Clinical encounters reviewed. Explained he was not indigent, and therefore must purchase pain medications from the commissary. Given 20 days in which to appeal to Regional Office. Did not appeal to either Regional of Central Offices. |
| 733487-F2 | May 20, 2013 | Alleged Unit Staff not giving him Informal Resolution Forms. | May 21, 2013. Rejected without substantive response because he did not resubmit his request within 5 days or rejection notice. He was given five days in which to re-submit his Request (OTH, RSF). Did not attempt to re-file or appeal to either Regional of Central Offices. |

000018

| 739859-R1 | May 29, 2013 | Appeal of DHO action | Rejected without substantive response, because Regional Appeal untimely (UTR). Advised he could resubmit appeal within 10 days of rejection if he could provide verification from staff that he was not responsible for the untimely filing. (OTH, RSR). Also advised he had an incorrect number of continuation pages (CPG). Did not resubmit or appeal to Central Office. |
| 742590-F1 | July 15, 2013 | Alleged visual search was conducted in front of inmates. (this issue is not among the allegations raised in this civil action. | July 24, 2013. Circumstances explained. Given 20 days from July 24, 2013, in which to appeal to Regional Office. (This issue has not been raised in this civil action) |

26. Inmate Lawson submitted six Administrative Remedy filings Requests and/or Appeals during his incarceration. Four were submitted before the institution lockdown. During and after the institution lockdown, he submitted two Administrative Remedy Requests and no Administrative Remedy Appeals. He has not exhausted his available Administrative Remedies for any issue raised in this civil action.

27. Inmate Lawson's Administrative Remedy record reflects that on May 16, 2013, he submitted a request for Administrative Remedy in which he complained staff did not stop at his cell (Case Number 735107-F1). On May 20, 2013, his request was rejected without a substantive substantive response, because he failed to show he attempted to informally resolve the issue before filing the Request (Code INF). He was advised he could correct this error and resubmit his Request within five days of the date of rejection (Code: RSF). To date, he has not attempted to refile his Request, and he has not appealed the rejection to the Regional of Central Office

levels of review.

28. On May 16, 2013, inmate Lawson submitted a Request for Administrative Remedy in which he requested a receipt for funds taken from his inmate trust fund account (Case Number 735109-F1). On May 20, 2013, his Request was rejected without a substantive response, because he failed to show that he attempted to informally resolve this issue before filing his request (Code: INF). He was advised he could correct this error and resubmit his Request within five days of the date of rejection (Code: RSF). To date inmate Lawson has not attempted to re-submit his Request, and he has not appealed the rejection to either the Regional or Central Offices.

29. Former inmate Castellano-Bayesillo submitted 12 Administrative Remedy Requests and/or Appeals during his Bureau of Prisons incarceration. Five were submitted prior to the institution lockdown, two were submitted during the lockdown, and five were submitted after the lockdown. None of the seven Administrative Remedy submissions submitted during and after the lockdown raised any issues that are at issue in this civil action. He has not exhausted his available Administrative Remedies with respect to any issue raised in this civil action.

30. The following table reflects all Administrative Remedy Requests and Appeals former inmate Castellano-Bayesillo submitted during and after the lockdown:

| Case Number | Date Filed | Topic | Disposition |
| --- | --- | --- | --- |
| 726835-F1 | March 15, 2013 | Alleged Case Manager not referring him to programs. | Rejected without a substantive response, because failed to attempt informal resolution of issue before filing Administrative remedy (INF). Advised he could correct this error and refile within five days of date of rejection (RSF). |

000020

| 723917-R1 | March 20, 2013 | Sentence computation issues – sought additional prior custody credit. | Denied on the merits. Never appealed Regional Office's response to Central Office. |
|---|---|---|---|
| 731897-F1 | April 18, 2013 | Alleged taking too long to get prescription glasses | Prescription eyeglasses procedure explained. Given opportunity to appeal Warden's response. Never appealed to Regional or Central Offices. |
| 731904-F1 | April 19, 2013 | Wants to participate in Inmate Hearing Program (IHP). | IHP procedures explained. Given opportunity to appeal Warden's response. Never appealed to Regional or Central Offices. |
| 733857-F1 | May 7, 2013 | Alleged Unit Team is preparing incorrect paperwork | Voided. Accepted in error. Should have been rejected because no evidence he attempted to informally resolve this issue before filing the Administrative remedy request. |
| 733857-F2 | May 7, 2013 | Alleged Unit Team is preparing incorrect paperwork | Rejected without substantive response. Issue on admin remedy request form differs from issue set forth in informal resolution form. Advised he could correct this error and resubmit within five days of date of rejection. Never resubmitted. Did not appeal to Regional or Central Offices. |
| 737351-F1 | June 4, 2013 | Alleges he never received response to Regional Admin Appeal. | Withdrawn. Did not appeal to Regional of Central Offices. |

31. Former inmate Alford submitted five Administrative Remedy Requests and/or Appeals during his incarceration. Prior to the lockdown, he submitted three Administrative Remedy Requests and/or Appeals. During the lockdown, he submitted no Administrative Remedy Requests and/or Appeals. After the lockdown, he submitted two Administrative Remedy Requests and no Administrative Remedy Appeals. He has not exhausted his available

21

Administrative Remedies for any issue raised in this civil action.

32. Plaintiff Alford's Administrative Remedy record reflects that on May 1, 2013, he submitted a Request for Administrative Remedy in which he alleged he was not being taken out for recreation and SHU staff were unprofessional (Case Number 733071-F1). On May 6, 2013, his Request was rejected without a substantive response because his included too many issues in his Request. He was advised he could correct this error and resubmit his Request within five days of the date of the rejection. On May 9, 2013, Plaintiff Alford resubmitted his Request. On May 31, 2013, his Request was denied on the merits. He was advised that if he was dissatisfied with the Warden's response, he could appeal to the Northeast Regional Office within 20 calendar days of the date of the Warden's response. Inmate Alford never appealed the Warden's response to the Regional or Central Offices.

33. Plaintiff Legrand has submitted 14 Administrative Remedy Requests and/or Appeals during his federal incarceration. He submitted 12 Administrative Remedy Requests and/or Appeals prior to the lockdown. After the lockdown, he submitted two Regional Administrative Remedy Appeals. He has not submitted any Central Office Administrative Remedy Appeals regarding any issue raised in this civil action, and he has not exhausted his available Administrative Remedies regarding any issue raised in this civil action.

34. Plaintiff Legrand's Administrative Remedy record reflects that on April 29, 2013, he submitted a Regional Administrative Remedy Appeal challenging disciplinary action taken against him for Incident Report Number 2404175, in which he was charged with Refusing to Release from SHU to General population, in violation of Code 306. The date of the incident was was January 31, 2013 (before the lockdown) (Administrative Remedy Case Number 732778-R1).

22

On May 1, 2013, his Regional Administrative Remedy Appeal was rejected without a substantive response, because he did not enclose a copy of the Discipline Hearing Officer (DHO) report with his Appeal (Code: DHO). He was advised he could correct this error and re-submit his Appeal within ten days of the date of the rejection notice (Code: RSR), and at that time it would be determined if he submitted his Appeal within the applicable timeframe (Code: OTH). On May 13, 2013, he resubmitted his Regional Appeal. On May 14, 2013, his Regional Appeal was rejected without a substantive response, because it was submitted too late. (Code UTR). He He was advised his Regional Appeal was due on April 21, 2013. He was advised he could resubmit his Regional Appeal within ten days of the date of the rejection notice, if he could provide verification from staff indicating he was not responsible for the untimely Administrative Remedy submission (Code: RSR). To date, he has not attempted to resubmit his Regional Administrative Remedy Appeal or appeal the rejection to Central Office.

35. Former inmate Gay submitted 23 Administrative Remedy Requests and/or Appeals during his federal incarceration. He submitted 17 Administrative Remedy Requests and/or Appeals prior to the lockdown. He submitted two Administrative Remedy Requests and/or Appeals during the institution lockdown, and he submitted four Administrative Remedy Requests and/or Appeals after the institution lockdown. Although he exhausted his available Administrative Remedies on the issue of pre-release placement in a residential re-entry center (RRC), RRC placement is not at issue in the above-captioned civil action. He has not exhausted his available Administrative Remedies for any issue raised in this civil action.

36. The following is a summary of Plaintiff Gay's Administrative Remedy submissions for all submission presented during and after the lockdown:

23

| Case Number | Date Submitted | Topic | Disposition |
|---|---|---|---|
| 721978-R1 | February 27, 2013 | RRC Placement/questions regarding RRC paperwork | Denied on the merits. Appealed Regional Office's response to Central Office (fully exhausted). |
| 722764-R1 | March 7, 2013 | Alleges missing property when packed out (appeal of institution's rejection of Admin. Remedy request due to late filing – institution's rejection dated February 14, 2013) - event at issue occurred before lockdown | Rejected without a substantive response because untimely. Instructed to provide explanation for untimeliness to institution. |
| 721978-A1 | April 15,2013 | Appeal of Regional Office's denial – RRC placement/paperwork | Denied on the merits. (issue fully exhausted) |
| 735159-F1 | May 20, 2013 | Alleges not being seen by medical staff | May 29, 2013 - Contacts/encounters with Health Services staff reviewed. Noted that pain medication was discontinued due to inmate attempt to divert medications. Noted he was issued a prescription for Ibuprofen to assist in pain management. Advised a consultation for an MRI and neurology was submitted, and are pending review by Utilization Review Committee. Advised he could appeal to Regional Office within 30 days if dissatisfied with institution's response. |
| 740667-F1 | June 24, 2013 | Alleges no medical care for injury sustained in Feb. 2012 (injury predates | Rejected without substantive response because untimely filed (UTF). |

24

| | | lockdown) | |
|---|---|---|---|
| 740667-R1 | July 10, 2013 | Appeal of institution's rejection of Admin. Remedy Request | Rejected without substantive response. Regional Office concurred with institution's rejection for being untimely. Did not resubmit Admin Remedy request or appeal, and did not appeal rejection to Central Office. |

37. Attached hereto, please find a true and correct copy of the following documents that are maintained in the ordinary course of business in the Bureau of Prisons computerized database.

a. Public Information Data for inmate Demetrius Hill, Reg. No. 68133-053;
b. Public Information Data for former inmate Nester Cercet, Reg. No. 41510-050;
c. Public Information Data for inmate Anthony Washington, Reg. No. 41756-050;
d. Public Information Data for inmate Kevin Lawson, Reg. No. 41004-037;
e. Public Information Data for former inmate Marvin Castellano-Bayesillo, Reg. No. 13403-179;
f. Public Information Data for former inmate Roscoe Alford, Reg. No. 55931-060;
g. Public Information Data for inmate John Fitzgerald Legrand, Reg. No. 47009-037;
h. Public Information Data for former inmate Eric Gay, Reg. No. 64363-053;
i. Administrative Remedy Generalized Retrieval for Demetrius Hill;
j. Administrative Remedy Generalized Retrieval for Nestor Cercet;
k. Administrative Remedy Generalized Retrieval for Anthony Washington;
l. Administrative Remedy Generalized Retrieval for Kevin Lawson;
m. Administrative Remedy Generalized Retrieval for Marvin Castellano-Bayesillo;
n. Administrative Remedy Generalized Retrieval for Roscoe Alford;
o. Administrative Remedy Generalized Retrieval for John Legrand;
p. Administrative Remedy Generalized Retrieval for Eric Gay;
q. Admission- Release History for Demetrius Hill, Reg. No. 68133-053;
r. Disciplinary Record for John Legrand, Reg. No. 47009-037.

> I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this    15th    day of September, 2014.

25

**000025**

Kimberly Sutton
Paralegal Specialist
Federal Bureau of Prisons
Northeast Regional Office
Philadelphia, Pennsylvania

26

000026

# Document 1a

```
NERAT          *          PUBLIC INFORMATION          *       09-12-2014
PAGE 001       *              INMATE DATA             *       15:02:35
                             AS OF 09-12-2014

REGNO..: 68133-053 NAME: HILL, DEMETRIUS

                     RESP OF: I-T
                     PHONE..: N/A              FAX: N/A
                                               RACE/SEX...: BLACK / MALE
                                               AGE:  35
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 02-11-2021                        PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

000028

```
NERAT           *        PUBLIC INFORMATION         *      09-12-2014
PAGE 002        *           INMATE DATA             *      15:02:35
                          AS OF 09-12-2014

REGNO..: 68133-053 NAME: HILL, DEMETRIUS

                    RESP OF: I-T
                    PHONE..: N/A          FAX: N/A
HOME DETENTION ELIGIBILITY DATE: 08-11-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-11-2021 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: CR-02-0728 (S-3) DRH
JUDGE...........................: HURLEY
DATE SENTENCED/PROBATION IMPOSED: 06-13-2006
DATE COMMITTED..................: 08-14-2006
HOW COMMITTED...................: RET STUDY/EXAM WITH SENTENCE
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $300.00          $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  137
OFF/CHG: 18 USC 922(G)(1), 924(A)(2) & 18:1951(A) - FELON IN POSSESSION
         OF A FIREARM, CONSPIRACY TO INTERFERE W/COMMERCE BY ROBBERY
         AND INTERFERENCE W/COMMERCE BY ROBBERY.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  240 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 01-01-2002

G0002        MORE PAGES TO FOLLOW . . .
```

000029

```
NERAT           *        PUBLIC INFORMATION          *      09-12-2014
PAGE 003        *           INMATE DATA              *      15:02:35
                          AS OF 09-12-2014
```

REGNO..: 68133-053 NAME: HILL, DEMETRIUS

```
                RESP OF: I-T
                PHONE..: N/A              FAX: N/A
------------------------CURRENT COMPUTATION NO: 020 ------------------------
```

COMPUTATION 020 WAS LAST UPDATED ON 05-08-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-11-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN..........: 06-13-2006
TOTAL TERM IN EFFECT............:  240 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   20 YEARS
EARLIEST DATE OF OFFENSE........: 01-01-2002
```

```
JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   02-13-2002   06-12-2006
```

```
TOTAL PRIOR CREDIT TIME.........: 1581
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 366
TOTAL GCT EARNED................: 29
STATUTORY RELEASE DATE PROJECTED: 02-11-2021
EXPIRATION FULL TERM DATE.......: 02-12-2022
TIME SERVED.....................:   12 YEARS     6 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..: 62.9
```

```
PROJECTED SATISFACTION DATE.....: 02-11-2021
PROJECTED SATISFACTION METHOD...: GCT REL
```

G0002        MORE PAGES TO FOLLOW . . .

```
   NERAT          *      PUBLIC INFORMATION        *      09-12-2014
   PAGE 004        *          INMATE DATA          *      15:02:35
                             AS OF 09-12-2014
```

REGNO..: 68133-053 NAME: HILL, DEMETRIUS

                    RESP OF: I-T

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  08-25-2003 VIA STDY CMPLT

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: 02-CR-728(S-1)(DRH)
JUDGE...........................: HURLEY
DATE SENTENCED/PROBATION IMPOSED: 07-21-2003
DATE COMMITTED..................: 07-30-2003
HOW COMMITTED...................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED...............: NO


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  132
OFF/CHG: 18 USC 922(C) FELON IN POSSESSION OF A WEAPON

  SENTENCE PROCEDURE.............: 4244 DETERM MENTAL COND PLRA
  SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
  STUDY LENGTH...................:     45 DAYS
  DATE OF OFFENSE................: 05-21-2002

-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-11-2003 AT NYM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

G0002       MORE PAGES TO FOLLOW . . .

```
NERAT          *        PUBLIC INFORMATION      *      09-12-2014
PAGE 005 OF 005 *            INMATE DATA         *      15:02:35
                         AS OF 08-25-2003


REGNO..: 68133-053 NAME: HILL, DEMETRIUS


                    RESP OF: I-T
                    PHONE..: N/A           FAX: N/A
DATE COMPUTATION BEGAN..........: 07-30-2003
TOTAL TERM IN EFFECT............:    45 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     1 MONTHS    14 DAYS
EARLIEST DATE OF OFFENSE........: 05-21-2002

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: UNKNOWN
TOTAL GCT EARNED................: UNKNOWN
STATUTORY RELEASE DATE PROJECTED: N/A
EXPIRATION FULL TERM DATE.......: 09-12-2003
TIME SERVED.....................:    27 DAYS
PERCENTAGE OF FULL TERM SERVED..:  60.0

ACTUAL SATISFACTION DATE........: 08-25-2003
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: NYM
ACTUAL SATISFACTION KEYED BY....: PLR

DAYS REMAINING..................: 18
FINAL PUBLIC LAW DAYS...........: 0




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Document 1b

```
NERAT            *        PUBLIC INFORMATION            *      09-12-2014
PAGE 001         *           INMATE DATA               *      15:03:47
                            AS OF 09-12-2014
```

REGNO..: 41510-050 NAME: CERCET, NESTER

```
                 RESP OF: CAA
                 PHONE..: 570-488-8000    FAX: 570-488-8130
                                          RACE/SEX...: BLACK / MALE
                                          AGE:   27
ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 11-05-2013
```

G0002        MORE PAGES TO FOLLOW . . .

```
NERAT           *        PUBLIC INFORMATION      *      09-12-2014
PAGE 002        *           INMATE DATA          *      15:03:47
                            AS OF 11-05-2013


REGNO..: 41510-050 NAME: CERCET, NESTER

                    RESP OF: CAA
                    PHONE..: 570-488-8000   FAX: 570-488-8130
HOME DETENTION ELIGIBILITY DATE: 08-25-2013

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-05-2013 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: NEW JERSEY
DOCKET NUMBER...................: CR 1:08-00103-001 (J
JUDGE...........................: RODRIGUEZ
DATE SENTENCED/PROBATION IMPOSED: 01-14-2009
DATE SUPERVISION REVOKED........: 06-06-2012
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 07-11-2012
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $100.00         $00.00          $1,000.00   $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00



-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 136
OFF/CHG: ***SRT VIOLATION***18:922(G)(1) POSSESSION OF A FIREARM BY A
         CONVICTED FELON.(CT-1)

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:   24 MONTHS
 DATE OF OFFENSE................: 07-25-2007








G0002       MORE PAGES TO FOLLOW . . .
```

```
NERAT           *          PUBLIC INFORMATION          *      09-12-2014
PAGE 003        *             INMATE DATA              *      15:03:47
                             AS OF 11-05-2013


REGNO..: 41510-050 NAME: CERCET, NESTER

                    RESP OF: CAA
                    PHONE..: 570-488-8000   FAX: 570-488-8130
-------------------------PRIOR COMPUTATION NO: 020 -------------------------


COMPUTATION 020 WAS LAST UPDATED ON 08-06-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-05-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 06-06-2012
TOTAL TERM IN EFFECT............:   24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS
EARLIEST DATE OF OFFENSE........: 07-25-2007

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   12-24-2011    06-05-2012

TOTAL PRIOR CREDIT TIME.........: 165
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 47
TOTAL GCT EARNED................: 47
STATUTORY RELEASE DATE PROJECTED: 11-05-2013
EXPIRATION FULL TERM DATE.......: 12-22-2013
TIME SERVED.....................:    1 YEARS    10 MONTHS    14 DAYS
PERCENTAGE OF FULL TERM SERVED..: 93.5

ACTUAL SATISFACTION DATE........: 11-05-2013
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CAA
ACTUAL SATISFACTION KEYED BY....: AWF

DAYS REMAINING..................: 47
FINAL PUBLIC LAW DAYS...........: 0




G0002       MORE PAGES TO FOLLOW . . .
```

```
NERAT            *           PUBLIC INFORMATION          *        09-12-2014
PAGE 004         *             INMATE DATA               *        15:03:47
                             AS OF 03-21-2011
```

REGNO..: 41510-050 NAME: CERCET, NESTER

                  RESP OF: CAA

HOME DETENTION ELIGIBILITY DATE: 11-15-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  03-21-2011 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: NEW JERSEY
DOCKET NUMBER...................: 08-CR-00103-01
JUDGE...........................: RODRIGUEZ
DATE SENTENCED/PROBATION IMPOSED: 01-14-2009
DATE COMMITTED..................: 06-15-2010
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00         $1,000.00    $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00
```

------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  136
OFF/CHG: 18:922(G)(1) POSSESSION OF A FIREARM BY A CONVICTED FELON(CT1)

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    42 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 07-25-2007
```

G0002        MORE PAGES TO FOLLOW . . .

000037

```
  NERAT         *            PUBLIC INFORMATION          *      09-12-2014
PAGE 005 OF 005 *               INMATE DATA              *      15:03:47
                             AS OF 03-21-2011


REGNO..: 41510-050 NAME: CERCET, NESTER

                    RESP OF: CAA
                    PHONE..: 570-488-8000   FAX: 570-488-8130
--------------------------PRIOR COMPUTATION NO: 010 --------------------------


COMPUTATION 010 WAS LAST UPDATED ON 04-07-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-12-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 01-14-2009
TOTAL TERM IN EFFECT............:    42 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS     6 MONTHS
EARLIEST DATE OF OFFENSE........: 07-25-2007

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    03-04-2008   01-13-2009

TOTAL PRIOR CREDIT TIME.........: 316
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 164
TOTAL GCT EARNED................: 164
STATUTORY RELEASE DATE PROJECTED: 03-21-2011
EXPIRATION FULL TERM DATE.......: 09-01-2011
TIME SERVED.....................:    3 YEARS    18 DAYS
PERCENTAGE OF FULL TERM SERVED..: 87.1

ACTUAL SATISFACTION DATE........: 03-21-2011
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CPA
ACTUAL SATISFACTION KEYED BY....: WB*

DAYS REMAINING..................: 164
FINAL PUBLIC LAW DAYS...........: 0




S0039      ALL CURRENT COMPS ARE SATISFIED
```

000038

# Document 1c

```
NERAT            *           PUBLIC INFORMATION              *       09-12-2014
PAGE 001         *              INMATE DATA                  *       12:11:32
                              AS OF 09-12-2014
```

REGNO..: 41756-050 NAME: WASHINGTON, ANTHONY

```
                  RESP OF: CAA
                  PHONE..: 570-488-8000    FAX: 570-488-8130
                                           RACE/SEX...: BLACK / MALE
                                           AGE: 25
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 10-11-2016                    PAR HEAR DT:
```

G0002      MORE PAGES TO FOLLOW . . .

000040

```
NERAT          *        PUBLIC INFORMATION       *      09-12-2014
PAGE 002       *          INMATE DATA            *      12:11:32
                         AS OF 09-12-2014
```

REGNO..: 41756-050 NAME: WASHINGTON, ANTHONY


                    RESP OF: CAA
                    PHONE..: 570-488-8000   FAX: 570-488-8130
HOME DETENTION ELIGIBILITY DATE: 04-11-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-11-2016 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW JERSEY
DOCKET NUMBER...................: 1:09-CR-00728-001(JB
JUDGE...........................: SIMADLE
DATE SENTENCED/PROBATION IMPOSED: 01-25-2011
DATE COMMITTED..................: 03-14-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00          $00.00          $500.00      $00.00

RESTITUTION...:  PROPERTY: YES SERVICES:  NO        AMOUNT:  $00.00

---------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G)(1)&2 POSSESSION OF A WEAPON BY A CONVICTED FELON CT1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   84 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 05-01-2009




G0002        MORE PAGES TO FOLLOW . . .

```
NERAT            *         PUBLIC INFORMATION          *      09-12-2014
PAGE 003 OF 003 *            INMATE DATA               *      12:11:32
                           AS OF 09-12-2014
```

REGNO..: 41756-050 NAME: WASHINGTON, ANTHONY

```
                RESP OF: CAA
                PHONE..: 570-488-8000   FAX: 570-488-8130
------------------------CURRENT COMPUTATION NO: 010 -------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 02-24-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-10-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 01-25-2011
TOTAL TERM IN EFFECT............:    84 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS
EARLIEST DATE OF OFFENSE........: 05-01-2009
```

```
JAIL CREDIT.....................: FROM DATE    THRU DATE
                                  05-13-2010   01-24-2011
```

```
TOTAL PRIOR CREDIT TIME.........: 257
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 213
TOTAL GCT EARNED................: 83
STATUTORY RELEASE DATE PROJECTED: 10-11-2016
EXPIRATION FULL TERM DATE.......: 05-12-2017
TIME SERVED.....................:    4 YEARS    4 MONTHS    3 DAYS
PERCENTAGE OF FULL TERM SERVED..: 61.9
```

```
PROJECTED SATISFACTION DATE.....: 10-11-2016
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

**000042**

# Document 1d

```
NERAT             *        PUBLIC INFORMATION          *       09-12-2014
PAGE 001          *          INMATE DATA               *       12:13:11
                             AS OF 09-12-2014

REGNO..: 41004-037 NAME: LAWSON, KEVIN MAURICE

                     RESP OF: POM
                     PHONE..: 318-765-4400    FAX: 318-765-4476
                                              RACE/SEX...: BLACK / MALE
                                              AGE:  46
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 01-07-2023                       PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
NERAT            *        PUBLIC INFORMATION       *        09-12-2014
PAGE 002         *           INMATE DATA           *        12:13:11
                             AS OF 09-12-2014
```

REGNO..: 41004-037 NAME: LAWSON, KEVIN MAURICE

```
                  RESP OF: POM
                  PHONE..: 318-765-4400   FAX: 318-765-4476
HOME DETENTION ELIGIBILITY DATE: 07-07-2022
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-07-2023 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: AMD-03CR0488
JUDGE...........................: DAVIS
DATE SENTENCED/PROBATION IMPOSED: 05-20-2004
DATE COMMITTED..................: 10-04-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                   FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $100.00         $00.00        $00.00      $00.00
```

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1)(A) USING, CARRYING A FIREARM DURING AND IN
         RELATION TO A CRIME OF VIOLENCE COUNT 2

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  262 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 DATE OF OFFENSE................: 09-29-2003
```

G0002       MORE PAGES TO FOLLOW . . .

```
NERAT          *        PUBLIC INFORMATION          *     09-12-2014
PAGE 003 OF 003 *          INMATE DATA              *     12:13:11
                        AS OF 09-12-2014
```

REGNO..: 41004-037 NAME: LAWSON, KEVIN MAURICE

```
                    RESP OF: POM
                    PHONE..: 318-765-4400   FAX: 318-765-4476
------------------------CURRENT COMPUTATION NO: 010 ------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 12-05-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-12-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 05-20-2004
TOTAL TERM IN EFFECT............: 262 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:  21 YEARS    10 MONTHS
EARLIEST DATE OF OFFENSE........: 09-29-2003

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   09-29-2003   05-19-2004

TOTAL PRIOR CREDIT TIME.........: 234
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 933
TOTAL GCT EARNED................: 459
STATUTORY RELEASE DATE PROJECTED: 01-07-2023
EXPIRATION FULL TERM DATE.......: 07-28-2025
TIME SERVED.....................:  10 YEARS    11 MONTHS    15 DAYS
PERCENTAGE OF FULL TERM SERVED..: 50.1

PROJECTED SATISFACTION DATE.....: 01-07-2023
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

# Document 1e

```
NERAT           *         PUBLIC INFORMATION        *      09-12-2014
PAGE 001        *            INMATE DATA            *      15:05:44
                           AS OF 09-12-2014

REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO

                   RESP OF: MCK
                   PHONE..: 814-362-8900    FAX: 814-363-6821
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  36
ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 02-07-2014
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

000048

```
NERAT           *        PUBLIC INFORMATION        *      09-12-2014
PAGE 002        *          INMATE DATA             *      15:05:44
                           AS OF 02-07-2014
```

REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO

```
                RESP OF: MCK
                PHONE..: 814-362-8900   FAX: 814-363-6821
HOME DETENTION ELIGIBILITY DATE: 08-21-2013
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-07-2014 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 040 -----------------------

```
COURT OF JURISDICTION..........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER..................: 4:09CR00535-001
JUDGE..........................: HITTNER
DATE SENTENCED/PROBATION IMPOSED: 01-26-2011
DATE COMMITTED.................: 04-06-2011
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00
```

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO   . AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 171
OFF/CHG: 8:1326(A) & (B)(2) ILLEGAL RE-ENTRY BY A PREVIOUSLY DEPORTED
         ALIEN AFTER AN AGG FELONY CONVICTION

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   87 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 NEW SENTENCE IMPOSED...........:   57 MONTHS
 BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 08-17-2009
```

G0002        MORE PAGES TO FOLLOW . . .

000049

```
NERAT         *          PUBLIC INFORMATION          *      09-12-2014
PAGE 003       *            INMATE DATA               *      15:05:44
                          AS OF 02-07-2014


REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO

                    RESP OF: MCK
                    PHONE..: 814-362-8900   FAX: 814-363-6821
-------------------------PRIOR COMPUTATION NO: 030 -------------------------


COMPUTATION 030 WAS LAST UPDATED ON 02-19-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-19-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   040 010

DATE COMPUTATION BEGAN..........: 01-26-2011
TOTAL TERM IN EFFECT............:    57 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS     9 MONTHS
EARLIEST DATE OF OFFENSE........: 08-17-2009

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   09-16-2009   01-25-2011

TOTAL PRIOR CREDIT TIME.........: 497
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 126
TOTAL GCT EARNED................: 126
STATUTORY RELEASE DATE PROJECTED: 02-09-2014
EXPIRATION FULL TERM DATE.......: 06-15-2014
TIME SERVED.....................:    4 YEARS     4 MONTHS    25 DAYS
PERCENTAGE OF FULL TERM SERVED..: 92.6

ACTUAL SATISFACTION DATE........: 02-07-2014
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MCK
ACTUAL SATISFACTION KEYED BY....: ER

DAYS REMAINING..................: 126
FINAL PUBLIC LAW DAYS...........: 2




G0002      MORE PAGES TO FOLLOW . . .
```

```
NERAT           *        PUBLIC INFORMATION        *      09-12-2014
PAGE 004        *           INMATE DATA            *      15:05:44
                          AS OF 12-31-2006
```

REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO

                    RESP OF: MCK

HOME DETENTION ELIGIBILITY DATE: 09-04-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-31-2006 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

```
COURT OF JURISDICTION...........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER...................: 4:01CR00652-001
JUDGE...........................: KAZEN
DATE SENTENCED/PROBATION IMPOSED: 02-15-2002
DATE SUPERVISION REVOKED........: 03-09-2004
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 06-15-2004
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO
```

```
                   FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00        $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-----------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 171
OFF/CHG: 8:1326(A)AND(B)(1); ILLEGAL RE-ENTRY

```
 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
 DATE OF OFFENSE................: 11-19-1998
```

-----------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------------

```
COURT OF JURISDICTION...........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER...................: 5:03CR01638-001
JUDGE...........................: KAZEN
DATE SENTENCED/PROBATION IMPOSED: 03-09-2004
DATE COMMITTED..................: 06-15-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

                   FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS

G0002       MORE PAGES TO FOLLOW . . .

000051

```
NERAT           *        PUBLIC INFORMATION        *     09-12-2014
PAGE 005        *           INMATE DATA            *     15:05:44
                          AS OF 12-31-2006
```

REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO


```
                 RESP OF: MCK
                 PHONE..: 814-362-8900    FAX: 814-363-6821
NON-COMMITTED.: $100.00        $00.00        $00.00          $00.00
```

RESTITUTION...: PROPERTY: NO  SERVICES:  NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 172
OFF/CHG: 18:371 & 8:1324(A)(1)(A)(II)&1324(A)(1)(B)(I); CONSPIRE TO
         TRANSPORT AN ILLEGAL ALIEN WITHIN THE U.S. FOR PURPOSE OF
         COMMERCIAL ADVANTAGE OR PRIVATE FINANCIAL GAIN BY MEANS OF
         A MOTOR VEHICLE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   30 MONTHS
 TERM OF SUPERVISION............:   3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 020
 DATE OF OFFENSE................: 09-25-2003

-------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-21-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-21-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010, 030 010

DATE COMPUTATION BEGAN..........: 03-09-2004
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   45 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   3 YEARS      9 MONTHS
AGGREGATED TERM OF SUPERVISION..:   3 YEARS
EARLIEST DATE OF OFFENSE........: 11-19-1998

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   09-25-2003   03-08-2004
```


G0002        MORE PAGES TO FOLLOW . . .

000052

```
NERAT              *        PUBLIC INFORMATION          *      09-12-2014
PAGE 006           *            INMATE DATA             *      15:05:44
                              AS OF 12-31-2006


REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO


                    RESP OF: MCK
                    PHONE..: 814-362-8900   FAX: 814-363-6821
TOTAL PRIOR CREDIT TIME.........: 166
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 176
TOTAL GCT EARNED................: 176
STATUTORY RELEASE DATE PROJECTED: 12-31-2006
EXPIRATION FULL TERM DATE.......: 06-25-2007
TIME SERVED.....................:    3 YEARS     3 MONTHS    7 DAYS
PERCENTAGE OF FULL TERM SERVED..:  87.1

ACTUAL SATISFACTION DATE........: 12-31-2006
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: EST
ACTUAL SATISFACTION KEYED BY....: VDK

DAYS REMAINING..................: 176
FINAL PUBLIC LAW DAYS...........: 0




G0002       MORE PAGES TO FOLLOW . . .
```

```
NERAT          *         PUBLIC INFORMATION      *     09-12-2014
PAGE 007       *            INMATE DATA          *     15:05:44
                         AS OF 02-21-2003
```

REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO

                    RESP OF: MCK

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-21-2003 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER..................: 4:01CR00652-001
JUDGE..........................: HARMON
DATE SENTENCED/PROBATION IMPOSED: 02-15-2002
DATE COMMITTED.................: 05-17-2002
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  171
OFF/CHG: 8:1326(A)AND(B)(1); ILLEGAL RE-ENTRY

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   21 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  DATE OF OFFENSE................: 11-19-1998

G0002        MORE PAGES TO FOLLOW . . .

000054

```
     NERAT        *      PUBLIC INFORMATION       *     09-12-2014
PAGE 008 OF 008 *            INMATE DATA          *     15:05:44
                          AS OF 02-21-2003
```

REGNO..: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN EDUARDO

```
                    RESP OF: MCK
                    PHONE..: 814-362-8900   FAX: 814-363-6821
-------------------------PRIOR COMPUTATION NO: 010 -------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 02-11-2003 AT OAK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

```
DATE COMPUTATION BEGAN..........: 02-15-2002
TOTAL TERM IN EFFECT............:    21 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       9 MONTHS
EARLIEST DATE OF OFFENSE........: 11-19-1998

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                    07-19-2001    02-14-2002

TOTAL PRIOR CREDIT TIME.........: 211
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 54
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 02-22-2003
EXPIRATION FULL TERM DATE.......: 04-17-2003
TIME SERVED.....................:     1 YEARS       7 MONTHS      6 DAYS
PERCENTAGE OF FULL TERM SERVED..:  91.3

ACTUAL SATISFACTION DATE........: 02-21-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: OAK
ACTUAL SATISFACTION KEYED BY....: LRM

DAYS REMAINING..................: 54
FINAL PUBLIC LAW DAYS...........: 1
```

S0039      ALL CURRENT COMPS ARE SATISFIED

# Document 1f

```
NERAT           *              PUBLIC INFORMATION              *      09-12-2014
PAGE 001        *                 INMATE DATA                  *      15:15:05
                                AS OF 09-12-2014

REGNO..: 55931-060 NAME: ALFORD, ROSCOE L

                   RESP OF: 9-L
                   PHONE..: N/A            FAX: N/A
                                           RACE/SEX...: BLACK / MALE
                                           AGE:  29
ACTUAL RELEASE METH.: UNKNOWN
ACTUAL RELEASE DATE.: UNKNOWN
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

000057

```
NERAT            *      PUBLIC INFORMATION      *     09-12-2014
PAGE 002         *         INMATE DATA          *     15:15:05
                            AS OF 09-12-2014
```

REGNO..: 55931-060 NAME: ALFORD, ROSCOE L

```
                    RESP OF: 9-L
                    PHONE..: N/A          FAX: N/A
HOME DETENTION ELIGIBILITY DATE: 02-11-2015
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-28-2015 VIA FT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

```
COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 1:09CR00307-001
JUDGE...........................: GWIN
DATE SENTENCED/PROBATION IMPOSED: 10-29-2009
DATE SUPERVISION REVOKED........: 08-27-2014
TYPE OF SUPERVISION REVOKED.....: REG
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO
```

```
                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00         $00.00         $00.00       $00.00
```

RESTITUTION...: PROPERTY: NO  SERVICES:  NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------

```
OFFENSE CODE....: 138
OFF/CHG: 26:5861(D) & 5871 POSSESSION OF UNREGISTERED FIREARM
         21:841(A)(1) & (B)(1)(C) PWITD 85 TABLETS (26.14 GRAMS) OF
         MDMA
```

```
SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.:    6 MONTHS
TERM OF SUPERVISION............:    1 YEARS
DATE OF OFFENSE................: 05-19-2009
```

G0002        MORE PAGES TO FOLLOW . . .

```
     NERAT          *        PUBLIC INFORMATION        *      09-12-2014
     PAGE 003       *            INMATE DATA           *      15:15:05
                                AS OF 09-12-2014
```

REGNO..: 55931-060 NAME: ALFORD, ROSCOE L

```
                      RESP OF: 9-L
                      PHONE..: N/A              FAX: N/A
------------------------CURRENT COMPUTATION NO: 020 ------------------------
```

COMPUTATION 020 WAS LAST UPDATED ON 09-08-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-08-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN..........: 09-02-2014
TOTAL TERM IN EFFECT............:      6 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      6 MONTHS
EARLIEST DATE OF OFFENSE........: 05-19-2009

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   08-27-2014    08-27-2014

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 02-28-2015
EXPIRATION FULL TERM DATE.......: 02-28-2015
TIME SERVED.....................:     12 DAYS
PERCENTAGE OF FULL TERM SERVED..:  6.6

PROJECTED SATISFACTION DATE.....: 02-28-2015
PROJECTED SATISFACTION METHOD...: FT REL
```

G0002        MORE PAGES TO FOLLOW . . .

```
    NERAT          *         PUBLIC INFORMATION        *      09-12-2014
    PAGE 004       *            INMATE DATA            *      15:15:05
                                AS OF 09-12-2014
```

REGNO..: 55931-060 NAME: ALFORD, ROSCOE L

                    RESP OF: 9-L

HOME DETENTION ELIGIBILITY DATE: 04-22-2013

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  10-04-2013 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION..........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER..................: 5:09CR00307-001
JUDGE..........................: GWIN
DATE SENTENCED/PROBATION IMPOSED: 10-29-2009
DATE COMMITTED.................: 12-14-2009
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00         $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 138
OFF/CHG: 26:5861 & 5871 POSS OF UNREGISTERED F/A.
         21:841 PWITD 85 TABLETS OF MDMA.

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   55 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  DATE OF OFFENSE................: 05-19-2009
```

G0002       MORE PAGES TO FOLLOW . . .

000060

```
NERAT          *      PUBLIC INFORMATION      *      09-12-2014
PAGE 005 OF 005 *            INMATE DATA       *      15:15:05
                          AS OF 10-04-2013
```

REGNO..: 55931-060 NAME: ALFORD, ROSCOE L

```
                    RESP OF: 9-L
                    PHONE..: N/A           FAX: N/A
-------------------------PRIOR COMPUTATION NO: 010 -------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 06-19-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-07-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

```
DATE COMPUTATION BEGAN..........: 10-29-2009
TOTAL TERM IN EFFECT............:    55 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS      7 MONTHS
EARLIEST DATE OF OFFENSE........: 05-19-2009

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    05-19-2009    10-28-2009

TOTAL PRIOR CREDIT TIME.........: 163
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 72
TOTAL GCT EARNED................: 72
STATUTORY RELEASE DATE PROJECTED: 10-05-2013
EXPIRATION FULL TERM DATE.......: 12-16-2013
TIME SERVED.....................:    4 YEARS      4 MONTHS      16 DAYS
PERCENTAGE OF FULL TERM SERVED..: 95.6

ACTUAL SATISFACTION DATE........: 10-04-2013
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CCN
ACTUAL SATISFACTION KEYED BY....: PJC

DAYS REMAINING..................: 72
FINAL PUBLIC LAW DAYS...........: 1
```

G0000      TRANSACTION SUCCESSFULLY COMPLETED

# Document 1g

```
 NERAT         *         PUBLIC INFORMATION         *      09-12-2014
PAGE 001        *            INMATE DATA            *      12:14:44
                             AS OF 09-12-2014

REGNO..: 47009-037 NAME: LEGRAND, JOHN FITZGERA

                    RESP OF: COP
                    PHONE..: 352-689-6000    FAX: 352-689-6012
                                             RACE/SEX...: BLACK / MALE
                                             AGE:  50
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 01-19-2045                       PAR HEAR DT:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

000063

```
NERAT              *      PUBLIC INFORMATION        *      09-12-2014
PAGE 002           *         INMATE DATA            *      12:14:44
                             AS OF 09-12-2014
```

REGNO..: 47009-037 NAME: LEGRAND, JOHN FITZGERA

```
                    RESP OF: COP
                    PHONE..: 352-689-6000   FAX: 352-689-6012
HOME DETENTION ELIGIBILITY DATE: 07-19-2044
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-19-2045 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: CCB-10-CR-00052-001
JUDGE...........................: BLAKE
DATE SENTENCED/PROBATION IMPOSED: 09-07-2010
DATE COMMITTED..................: 05-23-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $1,100.00       $00.00         $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 540
OFF/CHG: 18:1951(A) CNSPRCY TO INTRFRE W/COMMERCE BY ROB(CT1);18:1951A
        INTRFRNCE W/COMMERCE BY ROB(CT2&5);18:922(G)(1) POSS OF F/A BY
        FELON(CT4&7);18:1512(B)(1),(B)(3) WITNESS TAMPERING(CT8&11)
        18:1512(C) OBSTRUCTION OF JUSTICE(CT9);18:1513(B) WITNESS
        RETALIATION(CT10);18:2 AIDING AND ABETTING

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   96 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 01-12-2008
```

G0002      MORE PAGES TO FOLLOW . . .

```
NERAT           *        PUBLIC INFORMATION        *        09-12-2014
PAGE 003        *          INMATE DATA             *        12:14:44
                          AS OF 09-12-2014
```

REGNO..: 47009-037 NAME: LEGRAND, JOHN FITZGERA

```
                    RESP OF: COP
                    PHONE..: 352-689-6000   FAX: 352-689-6012
```
------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) & 18:2 POSSESSION OF A FIREARM IN FURTHERANCE
         OF A CRIME OF VIOLENCE(CT3);AIDING AND ABETTING

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   84 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS
 DATE OF OFFENSE................: 01-12-2008
```

------------------------CURRENT OBLIGATION NO: 030 -------------------------
OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) & 18:2 POSSESSION OF A FIREARM IN FURTHERANCE
         OF A CRIME OF VIOLENCE(CT6);AIDING AND ABETTING

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  300 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS
 DATE OF OFFENSE................: 01-12-2008
```

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-15-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-09-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030

G0002        MORE PAGES TO FOLLOW . . .

```
NERAT        *           PUBLIC INFORMATION         *      09-12-2014
PAGE 004 OF 004 *            INMATE DATA            *      12:14:44
                           AS OF 09-12-2014
```

REGNO..: 47009-037 NAME: LEGRAND, JOHN FITZGERA

```
                   RESP OF: COP
                   PHONE..: 352-689-6000   FAX: 352-689-6012
DATE COMPUTATION BEGAN..........: 09-07-2010
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    480 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     40 YEARS
AGGREGATED TERM OF SUPERVISION..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 01-12-2008

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    02-21-2008   02-27-2008
                                    03-31-2008   04-03-2008
                                    03-04-2010   09-06-2010


TOTAL PRIOR CREDIT TIME.........: 198
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1858
TOTAL GCT EARNED................: 189
STATUTORY RELEASE DATE PROJECTED: 01-19-2045
EXPIRATION FULL TERM DATE.......: 02-20-2050
TIME SERVED.....................:    4 YEARS      6 MONTHS    23 DAYS
PERCENTAGE OF FULL TERM SERVED..: 11.3

PROJECTED SATISFACTION DATE.....: 01-19-2045
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Document 1h

```
    NERAT           *        PUBLIC INFORMATION        *     09-12-2014
  PAGE 001          *            INMATE DATA           *     15:16:23
                                 AS OF 09-12-2014

REGNO..: 64363-053 NAME: GAY, ERIC

                    RESP OF: CAA
                    PHONE..: 570-488-8000    FAX: 570-488-8130
                                             RACE/SEX...: WHITE / MALE
                                             AGE:  35
ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 11-13-2013
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

000068

```
NERAT            *        PUBLIC INFORMATION        *      09-12-2014
PAGE 002         *          INMATE DATA             *      15:16:23
                           AS OF 11-13-2013
```

REGNO..: 64363-053 NAME: GAY, ERIC

```
                    RESP OF: CAA
                    PHONE..: 570-488-8000    FAX: 570-488-8130
HOME DETENTION ELIGIBILITY DATE: 05-13-2013
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-13-2013 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: 07CR593-01(ILG)
JUDGE...........................: GLASSER
DATE SENTENCED/PROBATION IMPOSED: 12-07-2007
DATE COMMITTED..................: 02-06-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00          $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 051
OFF/CHG: 18:2113(A) AND 2113(D) BANK ROBBERY

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 DATE OF OFFENSE................: 06-06-2007
```

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

```
COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: 12-CR-0092-SJ
JUDGE...........................: JOHNSON,JR.
DATE SENTENCED/PROBATION IMPOSED: 07-27-2012
DATE COMMITTED..................: 08-29-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00          $00.00          $00.00       $00.00
```

G0002       MORE PAGES TO FOLLOW . . .

```
   NERAT          *          PUBLIC INFORMATION          *      09-12-2014
   PAGE 003        *             INMATE DATA             *      15:16:23
                                 AS OF 11-13-2013

   REGNO..: 64363-053 NAME: GAY, ERIC

                   RESP OF: CAA
                   PHONE..: 570-488-8000   FAX: 570-488-8130

   RESTITUTION...: PROPERTY: NO  SERVICES:  NO        AMOUNT: $00.00

   -------------------------PRIOR OBLIGATION NO: 010 -------------------------
   OFFENSE CODE....:  112
   OFF/CHG: 18:751(A); ESCAPE FROM CUSTODY

     SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
     SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
     TERM OF SUPERVISION............:    3 YEARS
     RELATIONSHIP OF THIS OBLIGATION
      TO OTHERS FOR THE OFFENDER....: CS TO 010/010/010
     DATE OF OFFENSE................: 12-13-2011

   -------------------------PRIOR COMPUTATION NO: 010 -------------------------

   COMPUTATION 010 WAS LAST UPDATED ON 02-22-2013 AT DSC AUTOMATICALLY
   COMPUTATION CERTIFIED ON 08-20-2012 BY DESIG/SENTENCE COMPUTATION CTR

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 010:   010 010, 020 010

   DATE COMPUTATION BEGAN..........: 12-07-2007
   AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
   TOTAL TERM IN EFFECT............:    75 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:    6 YEARS     3 MONTHS
   AGGREGATED TERM OF SUPERVISION..:    5 YEARS
   EARLIEST DATE OF OFFENSE........: 06-06-2007

   JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                       06-22-2007    12-06-2007

   INOPERATIVE TIME.........: REASON   FROM DATE     THRU DATE
                             ESCAPE    06-04-2011    12-12-2011
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
     NERAT        *        PUBLIC INFORMATION        *      09-12-2014
PAGE 004 OF 004 *            INMATE DATA             *      15:16:23
                           AS OF 11-13-2013

REGNO..: 64363-053 NAME: GAY, ERIC

                   RESP OF: CAA
                   PHONE..: 570-488-8000    FAX: 570-488-8130
TOTAL PRIOR CREDIT TIME.........: 168
TOTAL INOPERATIVE TIME..........: 192
TOTAL GCT EARNED AND PROJECTED..: 137
TOTAL GCT EARNED................: 137
STATUTORY RELEASE DATE PROJECTED: 11-13-2013
EXPIRATION FULL TERM DATE.......: 03-30-2014
TIME SERVED.....................:     5 YEARS    10 MONTHS    14 DAYS
PERCENTAGE OF FULL TERM SERVED..:  93.9

ACTUAL SATISFACTION DATE........: 11-13-2013
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CAA
ACTUAL SATISFACTION KEYED BY....: AWF

DAYS REMAINING..................: 137
FINAL PUBLIC LAW DAYS...........: 0




S0039     ALL CURRENT COMPS ARE SATISFIED
```

# Document 1i

```
   NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-14-2014
PAGE 001                                                                  14:39:25
      FUNCTION: LST SCOPE: REG   EQ 68133-053   OUTPUT FORMAT: FULL
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM 02-25-2013 THRU 02-14-2014 DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____ _____ _____ _____ _____ _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: _____ _____ _____ _____ _____ _____
        TYPE: _____ _____ _____ _____ _____ _____
EVNT FACL: EQ _____ _____ _____ _____ _____ _____
RCV FACL.: EQ _____ _____ _____ _____ _____ _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____ _____ _____ _____ _____ _____
ORIG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
 PAGE 002          *          FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 723894-F2      SUB1: 22ZS SUB2:      DATE RCV:    03-05-2013
UNT  RCV..: E2 UNIT       QTR RCV.: Z06-253UAD   FACL RCV: CAA
UNT  ORG..: E2 UNIT       QTR ORG.: Z06-253UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  2                  RESP DUE:   SUN  04-14-2013
ABSTRACT.: I/M NEEDS NEW PENCIL IN SHU
STATUS DT: 03-29-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-14-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

000074

```
  NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 003            *            FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 726125-F1       SUB1: 33GS SUB2:      DATE RCV:     03-05-2013
UNT  RCV..: E2 UNIT        QTR RCV.: Z06-253UAD  FACL RCV: CAA
UNT  ORG..: E2 UNIT        QTR ORG.: Z06-253UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                RESP DUE:  SUN  04-14-2013
ABSTRACT.: I/M ALLEGES NOT ALLOWED LEGAL MATERIALS
STATUS DT: 03-28-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-14-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

000075

```
   NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 004            *         FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 726126-F1      SUB1: 26DS SUB2:       DATE RCV:    03-05-2013
UNT  RCV..: E2 UNIT       QTR RCV.: Z06-253UAD   FACL RCV: CAA
UNT  ORG..: E2 UNIT       QTR ORG.: Z06-253UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                     RESP DUE:  SUN  04-14-2013
ABSTRACT.: I/M ALLEGES CANNOT GET PRESCRIPTION FILLED
STATUS DT: 03-22-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-14-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

000076

```
NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-14-2014
PAGE 005         *            FULL SCREEN FORMAT              *        14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 726192-F1       SUB1: 33ES SUB2:     DATE RCV:    03-08-2013
UNT  RCV..: E2 UNIT        QTR RCV.: Z06-253UAD  FACL RCV: CAA
UNT  ORG..: E2 UNIT        QTR ORG.: Z06-253UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                      RESP DUE:  THU  03-28-2013
ABSTRACT.: I/M WANTS A LEGAL CALL
STATUS DT: 03-25-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-14-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

000077

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       02-14-2014
   PAGE 006          *          FULL SCREEN FORMAT              *       14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 726193-F1      SUB1: 22ZS SUB2:       DATE RCV:    03-08-2013
UNT  RCV..:E2 UNIT       QTR RCV.: Z06-253UAD    FACL RCV: CAA
UNT  ORG..:E2 UNIT       QTR ORG.: Z06-253UAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                    RESP DUE:   WED  04-17-2013
ABSTRACT.: I/M ALLEGES NOT GETTING BOOKS FROM BOOK CART IN SHU
STATUS DT: 03-28-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 03-14-2013
REMARKS..:



   G0002      MORE PAGES TO FOLLOW . . .
```

000078

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 007          *          FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 726203-F1      SUB1: 10AS SUB2: 22ZS DATE RCV:   03-08-2013
UNT  RCV..:E2 UNIT        QTR RCV.: Z06-253UAD   FACL RCV: CAA
UNT  ORG..:E2 UNIT        QTR ORG.: Z06-253UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                      RESP DUE:  THU  03-28-2013
ABSTRACT.: I/M ALLEGES NEEDS THREAT ASSESSMENT/TRANSFER
STATUS DT: 03-21-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-14-2013
REMARKS..:




   G0002      MORE PAGES TO FOLLOW . . .
```

000079

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
  PAGE 008          *            FULL SCREEN FORMAT             *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 726204-F1      SUB1: 33BS SUB2:       DATE RCV:    03-08-2013
UNT  RCV..: E2 UNIT        QTR RCV.: Z06-253UAD   FACL RCV: CAA
UNT  ORG..: E2 UNIT        QTR ORG.: Z06-253UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                 RESP DUE:   WED  04-17-2013
ABSTRACT.: I/M ALLEGES NEEDS CASED PRINTED FROM SHU LAW LIBRARY
STATUS DT: 03-27-2013  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 03-14-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

000080

```
    NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
  PAGE 009           *              FULL SCREEN FORMAT           *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 727500-F1       SUB1: 33AS SUB2: 33BS DATE RCV:   03-22-2013
UNT  RCV..:E2 UNIT       QTR RCV.: Z06-255UAD    FACL RCV: CAA
UNT  ORG..:E2 UNIT       QTR ORG.: Z06-255UAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                    RESP DUE:  WED  05-01-2013
ABSTRACT.: I/M ALLEGES CANNOT EMAIL OIG FROM LAW LIB. COMPUTER
STATUS DT: 04-15-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-26-2013
REMARKS..:




  G0002       MORE PAGES TO FOLLOW . . .
```

000081

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 010            *              FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 727501-F1        SUB1: 33FS SUB2:     DATE RCV:    03-22-2013
UNT  RCV..:E2 UNIT       QTR RCV.: Z06-255UAD    FACL RCV: CAA
UNT  ORG..:E2 UNIT       QTR ORG.: Z06-255UAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                       RESP DUE:  THU  04-11-2013
ABSTRACT.: I/M ALLEGES SHU STAFF OPENED/READ LEGAL MAIL
STATUS DT: 04-02-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-26-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

000082

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 011       *              FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 727502-F1      SUB1: 22ZS SUB2:       DATE RCV:    03-22-2013
UNT  RCV..:E2 UNIT       QTR RCV.: Z06-255UAD   FACL RCV: CAA
UNT  ORG..:E2 UNIT       QTR ORG.: Z06-255UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                    RESP DUE:  THU  04-11-2013
ABSTRACT.: I/M ALLEGES SHU STAFF REFUSED TO TURN OFF CELL LIGHT
STATUS DT: 04-05-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:    DATE ENTD: 03-26-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

000083

```
  NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
 PAGE 012            *           FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 727503-F1       SUB1: 22ZS SUB2:     DATE RCV:    03-22-2013
UNT  RCV..:E2 UNIT       QTR RCV.: Z06-255UAD   FACL RCV: CAA
UNT  ORG..:E2 UNIT       QTR ORG.: Z06-255UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                   RESP DUE:  THU  04-11-2013
ABSTRACT.: I/M ALLEGES SHU STAFF REFUSED TO TURN OFF CELL LIGHT
STATUS DT: 04-05-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-26-2013
REMARKS..:


 G0002       MORE PAGES TO FOLLOW . . .
```

000084

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 013          *            FULL SCREEN FORMAT                *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK             QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 727504-F1      SUB1: 25FS SUB2:      DATE RCV:   03-22-2013
UNT  RCV..:E2 UNIT        QTR RCV.: Z06-255UAD  FACL RCV: CAA
UNT  ORG..:E2 UNIT        QTR ORG.: Z06-255UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                  RESP DUE:  WED 05-01-2013
ABSTRACT.: I/M ALLEGES PLRA FILING FEE SHOULD NOT BE TAKEN
STATUS DT: 04-15-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-26-2013
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

000085

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-14-2014
PAGE 014          *             FULL SCREEN FORMAT           *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 727505-F1        SUB1: 22ZS SUB2:     DATE RCV:    03-22-2013
UNT  RCV..:E2 UNIT         QTR RCV.: Z06-255UAD  FACL RCV: CAA
UNT  ORG..:E2 UNIT         QTR ORG.: Z06-255UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                   RESP DUE:  THU  04-11-2013
ABSTRACT.: I/M ALLEGES SHU STAFF REFUSED TO TURN OFF CELL LIGHT
STATUS DT: 04-09-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 03-26-2013
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

000086

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
   PAGE 015        *          FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 727507-F1      SUB1: 33HS SUB2:       DATE RCV:   03-22-2013
UNT  RCV..:E2 UNIT       QTR RCV.: Z06-255UAD    FACL RCV: CAA
UNT  ORG..:E2 UNIT       QTR ORG.: Z06-255UAD    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                     RESP DUE:  THU  04-11-2013
ABSTRACT.: I/M WANTS TO VIEW BP-9 INDEX
STATUS DT: 04-02-2013  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-26-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

000087

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
 PAGE 016          *            FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 727818-F1      SUB1: 26AM SUB2:       DATE RCV:   03-22-2013
UNT  RCV..: E2 UNIT       QTR RCV.: Z06-255UAD   FACL RCV: CAA
UNT  ORG..: E2 UNIT       QTR ORG.: Z06-255UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                            RESP DUE:
ABSTRACT.: I/M ALLEGES NEEDS MEDICATION INCREASED/NEBULIZER
STATUS DT: 03-27-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-27-2013
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING.




G0002      MORE PAGES TO FOLLOW . . .
```

000088

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
   PAGE 017          *           FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 727821-F1       SUB1: 33AS SUB2:      DATE RCV:   03-22-2013
UNT  RCV..:E2 UNIT         QTR RCV.: Z06-255UAD  FACL RCV: CAA
UNT  ORG..:E2 UNIT         QTR ORG.: Z06-255UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                           RESP DUE:
ABSTRACT.: I/M ALLEGES SHU LT. WON'T ALLOW USE OF LAW LIBRARY
STATUS DT: 03-27-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-27-2013
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING.




   G0002      MORE PAGES TO FOLLOW . . .
```

000089

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
   PAGE 018        *            FULL SCREEN FORMAT             *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK            QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 727823-F1       SUB1: 24AS SUB2:   DATE RCV:   03-22-2013
UNT  RCV..: E2 UNIT       QTR RCV.: Z06-255UAD  FACL RCV: CAA
UNT  ORG..: E2 UNIT       QTR ORG.: Z06-255UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  2                    RESP DUE:
ABSTRACT.: I/M ALLEGES FOOD BEING SERVED COLD, SHOULD BE HOT
STATUS DT: 03-27-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-27-2013
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING.




   G0002      MORE PAGES TO FOLLOW . . .
```

000090

```
  NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       02-14-2014
PAGE 019            *            FULL SCREEN FORMAT            *         14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 727825-F1       SUB1: 25DM SUB2:      DATE RCV:   03-22-2013
UNT  RCV..:E2 UNIT         QTR RCV.: Z06-255UAD  FACL RCV: CAA
UNT  ORG..:E2 UNIT         QTR ORG.: Z06-255UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                      RESP DUE:
ABSTRACT.: I/M ALLEGES PROPERTY DESTROYED
STATUS DT: 03-27-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:          RCT:    EXT:   DATE ENTD: 03-27-2013
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING.




G0002       MORE PAGES TO FOLLOW . . .
```

000091

```
    NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
    PAGE 020          *          FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 728523-F1        SUB1: 22ZS SUB2:     DATE RCV:    04-01-2013
UNT  RCV..: E2 UNIT       QTR RCV.: Z06-254UAD   FACL RCV: CAA
UNT  ORG..: E2 UNIT       QTR ORG.: Z06-254UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                 RESP DUE:  SUN  04-21-2013
ABSTRACT.: I/M ALLEGES NOT GIVEN 2 BLANKETS IN SHU
STATUS DT: 04-09-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-02-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

000092

```
  NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 021          *            FULL SCREEN FORMAT             *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK               QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 728525-F1       SUB1: 22ZS SUB2: 25BS DATE RCV:   04-01-2013
UNT  RCV..: E2 UNIT        QTR RCV.: Z06-254UAD   FACL RCV: CAA
UNT  ORG..: E2 UNIT        QTR ORG.: Z06-254UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                    RESP DUE:  SAT  05-11-2013
ABSTRACT.: I/M WANTS NEW PAIR OF UNDERWEAR EVERYDAY IN SHU
STATUS DT: 04-19-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 04-02-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

000093

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-14-2014
  PAGE 022          *              FULL SCREEN FORMAT              *        14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK               QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 727823-F2       SUB1: 24AS SUB2:       DATE RCV:    04-05-2013
UNT  RCV..:E2 UNIT         QTR RCV.: Z06-254UAD   FACL RCV: CAA
UNT  ORG..:E2 UNIT         QTR ORG.: Z06-255UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  2                      RESP DUE:  THU  04-25-2013
ABSTRACT.: I/M ALLEGES FOOD BEING SERVED COLD, SHOULD BE HOT
STATUS DT: 04-16-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 04-05-2013
REMARKS..:




  G0002       MORE PAGES TO FOLLOW . . .
```

000094

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
   PAGE 023          *          FULL SCREEN FORMAT            *       14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 731064-F1      SUB1: 33AS SUB2:       DATE RCV:    04-15-2013
UNT  RCV..: E2 UNIT       QTR RCV.: Z06-254UAD   FACL RCV: CAA
UNT  ORG..: E2 UNIT       QTR ORG.: Z06-254UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                    RESP DUE:  SUN  05-05-2013
ABSTRACT.: I/M ALLEGES SHU LAW LIBRARY COMPUTER LIMITS 30 MINS.
STATUS DT: 05-14-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-19-2013
REMARKS..:



   G0002       MORE PAGES TO FOLLOW . . .
```

000095

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 024           *           FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 731067-F1      SUB1: 28BS SUB2:       DATE RCV:   04-15-2013
UNT  RCV..:E2 UNIT        QTR RCV.: Z06-254UAD   FACL RCV: CAA
UNT  ORG..:E2 UNIT        QTR ORG.: Z06-254UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                  RESP DUE:  SAT  05-25-2013
ABSTRACT.: I/M ALLEGES NOT GETTING 30 DAY INTERVIEW FROM PSYCH.
STATUS DT: 05-06-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-19-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

000096

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2014
PAGE 025          *           FULL SCREEN FORMAT              *       14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK          QTR.: J01-110U    RCV OFC: CAA
REMEDY ID: 731068-F1       SUB1: 34ZS SUB2:   DATE RCV:    04-15-2013
UNT  RCV..:E2 UNIT       QTR RCV.: Z06-254UAD   FACL RCV: CAA
UNT  ORG..:E2 UNIT       QTR ORG.: Z06-254UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                 RESP DUE:  SUN  05-05-2013
ABSTRACT.: I/M ALLEGES UNIT TEAM FAILS FOR PROVIDE FORMS
STATUS DT: 04-26-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-19-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

000097

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2014
 PAGE 026          *            FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK             QTR.: J01-110U   RCV OFC: CAA
REMEDY ID: 731069-F1      SUB1: 22ZS SUB2:      DATE RCV:    04-15-2013
UNT  RCV..: E2 UNIT        QTR RCV.: Z06-254UAD  FACL RCV: CAA
UNT  ORG..: E2 UNIT        QTR ORG.: Z06-254UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                  RESP DUE:  SUN  05-05-2013
ABSTRACT.: I/M ALLEGES DENIED REC IN SHU
STATUS DT: 04-26-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:    DATE ENTD: 04-19-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

000098

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 027         *          FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK           QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 736819-F1      SUB1: 25AM SUB2:    DATE RCV:   06-03-2013
UNT  RCV..:C/A        QTR RCV.: C02-204L    FACL RCV: BMP
UNT  ORG..:C/A        QTR ORG.: C02-204L    FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1              RESP DUE:  SUN  06-23-2013
ABSTRACT.: ALLEGES STAFF INTENTIONALLY GAVE PANTS TO SMALL
STATUS DT: 06-14-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 06-03-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

000099

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
  PAGE 028          *            FULL SCREEN FORMAT              *      14:39:25

 REGNO: 68133-053 NAME: HILL, DEMETRIUS
 RSP OF...: LEW UNT/LOC/DST: J-BLOCK            QTR.: J01-110U   RCV OFC: BMP
 REMEDY ID: 736820-F1      SUB1: 24AM SUB2:     DATE RCV:   06-03-2013
 UNT  RCV..:C/A         QTR RCV.: C02-204L     FACL RCV: BMP
 UNT  ORG..:C/A         QTR ORG.: C02-204L     FACL ORG: BMP
 EVT FACL.: BMP     ACC LEV:  BMP  1                RESP DUE:  SUN  06-23-2013
 ABSTRACT.: ALLEGES FOOD PORTIONS ARE TOO SMALL
 STATUS DT: 06-06-2013  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:           RCT: P EXT:   DATE ENTD: 06-03-2013
 REMARKS..:




  G0002      MORE PAGES TO FOLLOW . . .
```

0000100

```
NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-14-2014
PAGE 029           *             FULL SCREEN FORMAT              *        14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: BMP
REMEDY ID: 738716-F1        SUB1: 33EM SUB2:      DATE RCV:    06-18-2013
UNT  RCV..:C/A           QTR RCV.: Z03-012UAD   FACL RCV: BMP
UNT  ORG..:C/A           QTR ORG.: Z03-012UAD   FACL ORG: BMP
EVT FACL.: BMP     ACC LEV:  BMP  1                   RESP DUE:  MON  07-08-2013
ABSTRACT.: ALLEGES UNIT TEAM REFUSES TO GIVE HIM A LEGAL CALL
STATUS DT: 07-08-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 06-18-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

0000101

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 030         *          FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 738720-F1      SUB1: 34ZM SUB2: 33FM DATE RCV:   06-18-2013
UNT  RCV..:C/A          QTR RCV.: Z03-012UAD   FACL RCV: BMP
UNT  ORG..:C/A          QTR ORG.: Z03-012UAD   FACL ORG: BMP
EVT FACL.: BMP     ACC LEV:  BMP  1                 RESP DUE:  SUN  07-28-2013
ABSTRACT.: ALLEGES LT. IS NOT SENDING OUT HIS LEGAL MAIL
STATUS DT: 07-12-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-18-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

0000102

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
  PAGE 031           *         FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK            QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 740342-F1       SUB1: 34ZM SUB2: 11GM DATE RCV:   06-28-2013
UNT  RCV..:C/A           QTR RCV.: Z05-501LO   FACL RCV: BMP
UNT  ORG..:C/A           QTR ORG.: Z05-501LO   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                  RESP DUE:  WED 08-07-2013
ABSTRACT.: ALLEGES BEING DENIED SHU RECREATION FOR 4 WEEKS
STATUS DT: 07-24-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-28-2013
REMARKS..:



   G0002       MORE PAGES TO FOLLOW . . .
```

0000103

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2014
 PAGE 032          *            FULL SCREEN FORMAT            *     14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 741228-F1       SUB1: 33GM SUB2: 16FM DATE RCV:   07-08-2013
UNT  RCV..:C/A          QTR RCV.: Z04-002LDS   FACL RCV: BMP
UNT  ORG..:C/A          QTR ORG.: Z04-002LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                    RESP DUE:  SUN 07-28-2013
ABSTRACT.: REQ. STAMPS/LEGAL MATERIALS FROM PROP WHILE IN SHU
STATUS DT: 07-26-2013  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 07-08-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

0000104

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
 PAGE 033          *              FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: BMP
REMEDY ID: 741229-F1       SUB1: 26DM SUB2:     DATE RCV:   07-08-2013
UNT  RCV..:C/A             QTR RCV.: Z04-002LDS  FACL RCV: BMP
UNT  ORG..:C/A             QTR ORG.: Z04-002LDS  FACL ORG: BMP
EVT FACL.: BMP     ACC LEV:  BMP  1                  RESP DUE:  SUN  07-28-2013
ABSTRACT.: REQ TO REC "ERGOCALCETEROL" MEDS AS APPV BY CENT OFF
STATUS DT: 07-16-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 07-08-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
 PAGE 034           *          FULL SCREEN FORMAT           *          14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U    RCV OFC: BMP
REMEDY ID: 744821-F1      SUB1: 33GM SUB2:       DATE RCV:    08-05-2013
UNT  RCV..:C/A            QTR RCV.: Z02-005LDS   FACL RCV: BMP
UNT  ORG..:C/A            QTR ORG.: Z02-005LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                    RESP DUE:  SUN  08-25-2013
ABSTRACT.: REQ TO EXCHANGE LEGAL MATERIAL FROM SHU PROP 3 X WK
STATUS DT: 08-13-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:    DATE ENTD: 08-05-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

0000106

```
  NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-14-2014
PAGE 035            *            FULL SCREEN FORMAT              *        14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 744822-F1        SUB1: 33AM SUB2:     DATE RCV:   08-05-2013
UNT  RCV..: C/A          QTR RCV.: Z02-005LDS    FACL RCV: BMP
UNT  ORG..: C/A          QTR ORG.: Z02-005LDS    FACL ORG: BMP
EVT FACL.: BMP     ACC LEV:  BMP  1                   RESP DUE:  SUN  08-25-2013
ABSTRACT.: REQ TO USE SHU LAW LIBRARY TWO TIMES PER WEEK
STATUS DT: 08-13-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:    DATE ENTD: 08-05-2013
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

0000107

```
   NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
  PAGE 036          *             FULL SCREEN FORMAT          *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK                 QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 744823-F1        SUB1: 16AM SUB2:        DATE RCV:    08-05-2013
UNT  RCV..:C/A            QTR RCV.: Z02-005LDS    FACL RCV: BMP
UNT  ORG..:C/A            QTR ORG.: Z02-005LDS    FACL ORG: BMP
EVT FACL.: BMP     ACC LEV:  BMP  1                     RESP DUE:  SUN  08-25-2013
ABSTRACT.: ALLEGES SHU DEPRIVING HIM OF NEWSPAPERS/MAGAZINES
STATUS DT: 08-13-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:    DATE ENTD: 08-05-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

0000108

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 037        *          FULL SCREEN FORMAT           *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 744825-F1        SUB1: 34ZM SUB2: 33FM DATE RCV:   08-05-2013
UNT  RCV..:C/A          QTR RCV.: Z02-005LDS    FACL RCV: BMP
UNT  ORG..:C/A          QTR ORG.: Z02-005LDS    FACL ORG: BMP
EVT FACL.: BMP     ACC LEV:  BMP  1                 RESP DUE:  SUN  08-25-2013
ABSTRACT.: ALLEGES SHU LT DESTROYED HIS LEGAL MAIL
STATUS DT: 08-09-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 08-05-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

0000109

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
 PAGE 038          *          FULL SCREEN FORMAT          *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK            QTR.: J01-110U   RCV OFC: SCR
REMEDY ID: 752452-R1      SUB1: 20DM SUB2:     DATE RCV:   09-09-2013
UNT  RCV..:C/A          QTR RCV.: Z04-012LDS   FACL RCV: BMP
UNT  ORG..:C/A          QTR ORG.: Z04-012LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  SCR  1 BOP  1         RESP DUE:  FRI  11-08-2013
ABSTRACT.: DHO HRNG 08-19-13, CODE
STATUS DT: 11-06-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2461735   RCT: N EXT: N DATE ENTD: 10-04-2013
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

0000110

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 039        *           FULL SCREEN FORMAT           *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 749605-F1      SUB1: 16ZM SUB2: 34AM DATE RCV:   09-13-2013
UNT  RCV..:C/A           QTR RCV.: Z04-012LDS   FACL RCV: BMP
UNT  ORG..:C/A           QTR ORG.: Z04-012LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  2                    RESP DUE:
ABSTRACT.: STAFF DID NOT RETURN BP8;LEGAL MAIL NOT DEL ON TIME
STATUS DT: 09-13-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:          RCT:    EXT:    DATE ENTD: 09-13-2013
REMARKS..: STATE STAFF DID NOT RETURN A BP8; STATE STAFF IS W/H
           LEGAL MAIL DATED JUNE 14, 2013; STATE LEGAL MAIL
           IS DEL'D W/O AN ENVELOPE




G0002      MORE PAGES TO FOLLOW . . .
```

0000111

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-14-2014
PAGE 040          *            FULL SCREEN FORMAT                *        14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK                QTR.: J01-110U    RCV OFC: BMP
REMEDY ID: 750523-F1       SUB1: 16ZM SUB2:       DATE RCV:    09-20-2013
UNT  RCV..:C/A          QTR RCV.: Z04-005LDS    FACL RCV: BMP
UNT  ORG..:C/A          QTR ORG.: Z04-005LDS    FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                  RESP DUE:  THU  10-10-2013
ABSTRACT.: ALLEGES MAIL HELD 25 DAYS IN SHU PRIOR TO DELIVERY
STATUS DT: 10-01-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: N EXT:   DATE ENTD: 09-20-2013
REMARKS..:



   G0002       MORE PAGES TO FOLLOW . . .
```

0000112

```
      NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
    PAGE 041          *              FULL SCREEN FORMAT           *      14:39:25

  REGNO: 68133-053 NAME: HILL, DEMETRIUS
  RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
  REMEDY ID: 749605-F2        SUB1: 16ZM SUB2: 34AM DATE RCV:   09-20-2013
  UNT  RCV..:C/A            QTR RCV.: Z04-005LDS    FACL RCV: BMP
  UNT  ORG..:C/A            QTR ORG.: Z04-012LDS    FACL ORG: BMP
  EVT FACL.: BMP    ACC LEV:  BMP  2                  RESP DUE:  THU  10-10-2013
  ABSTRACT.: STAFF DID NOT RETURN BP8;LEGAL MAIL NOT DEL ON TIME
  STATUS DT: 09-26-2013  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:            RCT: N EXT:   DATE ENTD: 09-20-2013
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

0000113

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2014
PAGE 042        *              FULL SCREEN FORMAT          *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK             QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 755505-F1      SUB1: 22ZM SUB2: 34AM DATE RCV:    10-29-2013
UNT  RCV..:C/A         QTR RCV.: Z04-011LDS   FACL RCV: BMP
UNT  ORG..:C/A         QTR ORG.: Z04-011LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                RESP DUE:  MON  11-18-2013
ABSTRACT.: BEING DEPRIVED MAGAZINES/MAGAZINES STOLEN BY STAFF
STATUS DT: 11-13-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-29-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

0000114

```
     NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
  PAGE 043            *           FULL SCREEN FORMAT           *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 755506-F1      SUB1: 22ZM SUB2: 34AM DATE RCV:   10-29-2013
UNT  RCV..:C/A         QTR RCV.: Z04-011LDS   FACL RCV: BMP
UNT  ORG..:C/A         QTR ORG.: Z04-011LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                RESP DUE:   MON  11-18-2013
ABSTRACT.: BEING DEPRIVED BOOKS/BOOKS BEING STOLEN BY STAFF
STATUS DT: 11-13-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-29-2013
REMARKS..:



  G0002       MORE PAGES TO FOLLOW . . .
```

0000115

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
   PAGE 044           *            FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 755508-F1        SUB1: 22ZM SUB2:    DATE RCV:   10-29-2013
UNT  RCV..:C/A        QTR RCV.: Z04-011LDS   FACL RCV: BMP
UNT  ORG..:C/A        QTR ORG.: Z04-011LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                 RESP DUE:  MON  11-18-2013
ABSTRACT.: NOT BEING PROVIDE CLEANING SUPPLIES FOR CELL IN SHU
STATUS DT: 11-13-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 10-29-2013
REMARKS..:



   G0002       MORE PAGES TO FOLLOW . . .
```

0000116

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 045            *           FULL SCREEN FORMAT            *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK              QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 759318-F1       SUB1: 33FM SUB2:      DATE RCV:    11-26-2013
UNT  RCV..:C/A          QTR RCV.: Z04-011LDS    FACL RCV: BMP
UNT  ORG..:C/A          QTR ORG.: Z04-011LDS    FACL ORG: BMP
EVT FACL.: BMP     ACC LEV:  BMP  1                  RESP DUE:  MON  12-16-2013
ABSTRACT.: OFFICER REFUSED TO ACCEPT LEGAL MAIL IN SHU
STATUS DT: 12-06-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 11-26-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
  PAGE 046          *            FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK             QTR.: J01-110U   RCV OFC: BMP
REMEDY ID: 759464-F1      SUB1: 22EM SUB2:      DATE RCV:    11-29-2013
UNT  RCV..: C/A        QTR RCV.: Z04-011LDS   FACL RCV: BMP
UNT  ORG..: C/A        QTR ORG.: Z04-011LDS   FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  BMP  1                   RESP DUE:  THU  12-19-2013
ABSTRACT.: DENIED RECREATION IN SHU
STATUS DT: 12-04-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:    DATE ENTD: 11-29-2013
REMARKS..:



  G0002       MORE PAGES TO FOLLOW . . .
```

0000118

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2014
PAGE 047 OF 047 *              FULL SCREEN FORMAT              *      14:39:25

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: LEW UNT/LOC/DST: J-BLOCK            QTR.: J01-110U   RCV OFC: BOP
REMEDY ID: 752452-A1     SUB1: 20DM SUB2:      DATE RCV:    01-06-2014
UNT  RCV..:C/A        QTR RCV.: Z04-008LDS     FACL RCV: BMP
UNT  ORG..:C/A        QTR ORG.: Z04-012LDS     FACL ORG: BMP
EVT FACL.: BMP    ACC LEV:  SCR  1 BOP  1          RESP DUE:  FRI   03-07-2014
ABSTRACT.: DHO HRNG 08-19-13, CODE
STATUS DT: 01-27-2014  STATUS CODE: ACC STATUS REASON:
INCRPTNO.: 2461735    RCT: P EXT: P DATE ENTD: 01-27-2014
REMARKS..:


               46 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

0000119

```
NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        09-12-2014
PAGE 001                                                               15:24:03
       FUNCTION: LST SCOPE: REG   EQ 68133-053    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM 02-14-2014 THRU 09-12-2014 DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____
TRACK: DEPT:
     PERSON:
       TYPE:
EVNT FACL: EQ _____
RCV FACL.: EQ _____
RCV UN/LC: EQ _____
RCV QTR..: EQ _____
ORIG FACL: EQ _____
ORG UN/LC: EQ _____
ORIG QTR.: EQ _____


G0002     MORE PAGES TO FOLLOW . . .
```

0000120

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-12-2014
  PAGE 002          *         ·     FULL SCREEN FORMAT           *     15:24:03

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: I-T UNT/LOC/DST:                    QTR.:          RCV OFC: BOP
REMEDY ID: 773639-A1     SUB1: 15IM SUB2:     DATE RCV:   03-11-2014
UNT  RCV..: J-BLOCK      QTR RCV.: J01-109U   FACL RCV: LEW
UNT  ORG..: J-BLOCK      QTR ORG.: J01-109U   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  BOP  1                 RESP DUE:  SAT  05-10-2014
ABSTRACT.: SMU PLACEMENT APPEAL
STATUS DT: 04-03-2014   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-01-2014
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-12-2014
   PAGE 003         *              FULL SCREEN FORMAT            *     15:24:03

   REGNO: 68133-053 NAME: HILL, DEMETRIUS
   RSP OF...: I-T UNT/LOC/DST:                    QTR.:           RCV OFC: LEW
   REMEDY ID: 772564-F1    SUB1: 26DS SUB2: 34CS DATE RCV:   03-24-2014
   UNT  RCV..: J-BLOCK        QTR RCV.: J01-112U     FACL RCV: LEW
   UNT  ORG..: J-BLOCK        QTR ORG.: J01-112U     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:  LEW  1                 RESP DUE:  SUN  04-13-2014
   ABSTRACT.: WANTS PUT BACK ON HIS MEDS./CLAIMS MED. STAFF RACIST
   STATUS DT: 03-27-2014   STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:             RCT: P EXT:   DATE ENTD: 03-24-2014
   REMARKS..:


   G0002       MORE PAGES TO FOLLOW . . .
```

0000122

```
  NERAT              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-12-2014
  PAGE 004           *              FULL SCREEN FORMAT              *      15:24:03

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: I-T UNT/LOC/DST:                    QTR.:              RCV OFC: LEW
REMEDY ID: 772569-F1     SUB1: 33ES SUB2:      DATE RCV:   03-24-2014
UNT  RCV..: J-BLOCK       QTR RCV.: J01-112U   FACL RCV: LEW
UNT  ORG..: J-BLOCK       QTR ORG.: J01-112U   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1                 RESP DUE:  SUN  04-13-2014
ABSTRACT.: WANTS LEGAL CALLS TO ATTORNEY
STATUS DT: 04-04-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-24-2014
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-12-2014
   PAGE 005        *            FULL SCREEN FORMAT            *      15:24:03

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: I-T UNT/LOC/DST:                   QTR.:            RCV OFC: LEW
REMEDY ID: 775789-F1       SUB1: 33GS SUB2:   DATE RCV:  04-17-2014
UNT  RCV..:J-BLOCK        QTR RCV.: J01-113U   FACL RCV: LEW
UNT  ORG..:J-BLOCK        QTR ORG.: J01-113U   FACL ORG: LEW
EVT FACL.: LEW   ACC LEV:  LEW  1               RESP DUE:  WED  05-07-2014
ABSTRACT.: NEEDS ACCESS TO HIS PERSONAL LEGAL MATERIALS
STATUS DT: 04-28-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-17-2014
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-12-2014
  PAGE 006        *              FULL SCREEN FORMAT            *      15:24:03

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: I-T UNT/LOC/DST:                      QTR.:            RCV OFC: LEW
REMEDY ID: 776678-F1       SUB1: 16AS SUB2:      DATE RCV:   04-21-2014
UNT  RCV..:J-BLOCK         QTR RCV.: J01-113U    FACL RCV: LEW
UNT  ORG..:J-BLOCK         QTR ORG.: J01-113U    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  2         RESP DUE:  SUN  05-11-2014
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 05-08-2014   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 04-24-2014
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

0000125
9/12/2014

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-12-2014
   PAGE 007         *              FULL SCREEN FORMAT           *      15:24:03

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: I-T UNT/LOC/DST:                  QTR.:            RCV OFC: LEW
REMEDY ID: 776673-F1      SUB1: 33FS SUB2:   DATE RCV:   04-24-2014
UNT  RCV..:J-BLOCK      QTR RCV.: J01-113U   FACL RCV: LEW
UNT  ORG..:J-BLOCK      QTR ORG.: J01-113U   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1                RESP DUE:  WED  05-14-2014
ABSTRACT.: LEGAL MAIL WAS OPENED
STATUS DT: 05-15-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 04-24-2014
REMARKS..:

G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-12-2014
   PAGE 008          *              FULL SCREEN FORMAT           *      15:24:03

   REGNO: 68133-053 NAME: HILL, DEMETRIUS
   RSP OF...: I-T UNT/LOC/DST:                       QTR.:            RCV OFC: LEW
   REMEDY ID: 777453-F1        SUB1: 33AS SUB2:      DATE RCV:   04-30-2014
   UNT  RCV..: J-BLOCK          QTR RCV.: J01-113U   FACL RCV: LEW
   UNT  ORG..: J-BLOCK          QTR ORG.: J01-113U   FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:  LEW  1                RESP DUE:  MON  06-09-2014
   ABSTRACT.: CANNOT PRINT OFF LEGAL CASES FROM ELECTRONIC LAW LIB
   STATUS DT: 05-20-2014   STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-30-2014
   REMARKS..:



   G0002       MORE PAGES TO FOLLOW . . .
```

```
 · NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-12-2014
 PAGE 009          *              FULL SCREEN FORMAT              *      15:24:03

REGNO: 68133-053 NAME: HILL, DEMETRIUS
RSP OF...: I-T UNT/LOC/DST:                      QTR.:           RCV OFC: NER
REMEDY ID: 776678-R1      SUB1: 16AS SUB2:       DATE RCV:   05-22-2014
UNT  RCV..: J-BLOCK       QTR RCV.: J01-121L    FACL RCV: LEW
UNT  ORG..: J-BLOCK       QTR ORG.: J01-113U    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:  LEW  1 NER  2        RESP DUE:
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 05-23-2014  STATUS CODE: REJ STATUS REASON: QUA OTH RSR
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 05-23-2014
REMARKS..: ALL FOUR PAGES MUST BE LEGIBLE


G0002       MORE PAGES TO FOLLOW . . .
```

0000128
9/12/2014

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-12-2014
  PAGE 010 OF 010 *              FULL SCREEN FORMAT          *       15:24:03

  REGNO: 68133-053 NAME: HILL, DEMETRIUS
  RSP OF...: I-T UNT/LOC/DST:                QTR.:            RCV OFC: NER
  REMEDY ID: 776678-R2      SUB1: 16AS SUB2:  DATE RCV:   06-09-2014
  UNT  RCV..:J-BLOCK       QTR RCV.: J01-120L  FACL RCV: LEW
  UNT  ORG..:J-BLOCK       QTR ORG.: J01-113U  FACL ORG: LEW
  EVT FACL.: LEW    ACC LEV:  LEW  1 NER  2      RESP DUE:  WED  07-09-2014
  ABSTRACT.: PUBLICATION REJECTION
  STATUS DT: 07-09-2014  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:           RCT: N EXT:   DATE ENTD: 06-18-2014
  REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE         DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
  MON 06-30-2014   CORR PGM           06-18-2014   INV         06-30-2014



              9 REMEDY SUBMISSION(S) SELECTED
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**0000129**
9/12/2014

https://bop.tcp.doj.gov:9049/SENTRY/J1PRGR0.do

# Document 1j

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        12-18-2013
   PAGE 001                                                                 09:53:19
      FUNCTION: |LST| SCOPE: |REG|   |EQ| 41510-050    OUTPUT FORMAT: |FULL          |
   -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
   DT RCV: FROM |_____|  THRU |_____|  DT |STS:| FROM |_____|  THRU |____
   DT |STS:| FROM |____| TO |____| DAYS BEFORE "OR" FROM |____| TO |____| DAYS AFTER DT |RDU|
   DT |TDU:| FROM |____| TO |____| DAYS BEFORE "OR" FROM |____| TO |____| DAYS AFTER DT |TRT|
   STS/REAS: |_____|  |_____|   |_____|  |_____|   |_____|  |_____|    |_____|  |____
   SUBJECTS: |____| |____|   |____| |____|   |____| |____|    |____| |____|   |____| |____
   EXTENDED: |_| REMEDY LEVEL: |_||_|            RECEIPT: |_||_||_| "OR" EXTENSION: |_||_||_|
   RCV  OFC : |EQ| |_____|    |_____|      |_____|      |_____|      |_____|      |_____|
   TRACK:  DEPT:   |_____|    |_____|      |_____|      |_____|      |_____|      |_____|
         PERSON:   |_____|    |_____|      |_____|      |_____|      |_____|      |_____|
           TYPE:   |_____|    |_____|      |_____|      |_____|      |_____|      |_____|
   EVNT FACL: |EQ| |_____|    |_____|      |_____|      |_____|      |_____|      |_____|
   RCV FACL.: |EQ| |_____|    |_____|      |_____|      |_____|      |_____|      |_____|
   RCV UN/LC: |EQ| |_____|  |_____|   |_____|   |_____|   |_____|   |_____
   RCV QTR..: |EQ| |_____|  |_____|   |_____|   |_____|   |_____|   |_____
   ORIG FACL: |EQ| |_____|  |_____|   |_____|   |_____|   |_____|   |_____
   ORG UN/LC: |EQ| |_____|  |_____|   |_____|   |_____|   |_____|   |_____
   ORIG QTR.: |EQ| |_____|  |_____|   |_____|   |_____|   |_____|   |_____


   G0002      MORE PAGES TO FOLLOW . . .
```

0000131

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2013
  PAGE 002           *        FULL SCREEN FORMAT           *      09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                  QTR.:            RCV OFC: NER
REMEDY ID: 694740-R1      SUB1: 20DM SUB2:   DATE RCV:   06-26-2012
UNT  RCV..: 5 NORTH       QTR RCV.: Z02-819UDS   FACL RCV: PHL
UNT  ORG..: 5 NORTH       QTR ORG.: Z02-819UDS   FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  NER  1                RESP DUE:  THU  07-26-2012
ABSTRACT.: DHO APPEAL/CODE 197
STATUS DT: 07-26-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2289634   RCT: P EXT:   DATE ENTD: 07-02-2012
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
THU 07-12-2012      DHO                 07-02-2012     INV        07-12-2012




  G0002       MORE PAGES TO FOLLOW . . .
```

0000132

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2013
 PAGE 003          *             FULL SCREEN FORMAT              *     09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 706115-R1      SUB1: 20CM SUB2:     DATE RCV:  09-24-2012
UNT  RCV..: B1 UNIT       QTR RCV.: B01-132U   FACL RCV: CAA
UNT  ORG..: B1 UNIT       QTR ORG.: B01-132U   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  NER  2 BOP  1          RESP DUE:
ABSTRACT.: DHO APPEAL/CODE 297
STATUS DT: 09-25-2012   STATUS CODE: REJ STATUS REASON: UTR OTH RSR
INCRPTNO.: 2332969   RCT:   EXT:   DATE ENTD: 09-25-2012
REMARKS..: OVER 20 DAY TIME LIMIT FOR FILING APPEAL;PROVIDE
           STAFF VERIFICATION OF UNTIMELINESS




    G0002      MORE PAGES TO FOLLOW . . .
```

0000133

```
    NERAT              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2013
   PAGE  004           *          FULL SCREEN FORMAT              *      09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 706115-R2       SUB1: 20CM SUB2:    DATE RCV:   10-15-2012
UNT  RCV..: B1 UNIT        QTR RCV.: B01-132U  FACL RCV: CAA
UNT  ORG..: B1 UNIT        QTR ORG.: B01-132U  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  NER  2 BOP  1        RESP DUE:  WED  11-14-2012
ABSTRACT.: DHO APPEAL/CODE 297
STATUS DT: 11-14-2012   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2332969   RCT: P EXT:   DATE ENTD: 10-17-2012
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE     DATE RETURNED
SAT 10-27-2012      DHO                10-17-2012   INV          10-27-2012




G0002       MORE PAGES TO FOLLOW . . .
```

0000134

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2013
PAGE 005           *          FULL SCREEN FORMAT              *      09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: BOP
REMEDY ID: 706115-A1      SUB1: 20CM SUB2:     DATE RCV:  12-26-2012
UNT  RCV..:B1 UNIT       QTR RCV.: B01-132LH   FACL RCV: CAA
UNT  ORG..:B1 UNIT       QTR ORG.: B01-132U    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV: NER  2 BOP  1          RESP DUE:  SUN  02-24-2013
ABSTRACT.: DHO APPEAL/CODE 297
STATUS DT: 07-09-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2332969    RCT: P EXT: P DATE ENTD: 01-02-2013
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

0000135

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        12-18-2013
PAGE 006          *          FULL SCREEN FORMAT          *           09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                     QTR.:              RCV OFC: NER
REMEDY ID: 726749-R1      SUB1: 34DM SUB2:      DATE RCV:   03-18-2013
UNT  RCV..: B1 UNIT      QTR RCV.: Z06-252UAD   FACL RCV: CAA
UNT  ORG..: B1 UNIT      QTR ORG.: Z06-252UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                      RESP DUE:
ABSTRACT.: ALLEGED STAFF ASSAULT
STATUS DT: 03-19-2013  STATUS CODE: REJ STATUS REASON:  INS
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 03-19-2013
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

0000136

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2013
 PAGE 007          *            FULL SCREEN FORMAT              *     09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:            RCV OFC: BOP
REMEDY ID: 726749-A1       SUB1: 34DM SUB2:   DATE RCV:   04-03-2013
UNT  RCV..: B1 UNIT        QTR RCV.: Z06-253UAD  FACL RCV: CAA
UNT  ORG..: B1 UNIT        QTR ORG.: Z06-252UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                      RESP DUE:
ABSTRACT.: ALLEGED STAFF ASSAULT
STATUS DT: 04-04-2013  STATUS CODE: REJ STATUS REASON: WRL INS SEN
INCRPTNO.:          RCT:   EXT:    DATE ENTD: 04-04-2013
REMARKS..: FOLLOW DIRECTIONS PROVIDED ON PREVIOUS REJECTION
           NOTICE.




G0002      MORE PAGES TO FOLLOW . . .
```

0000137

```
      NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-18-2013
    PAGE 008          *           FULL SCREEN FORMAT                *    09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                 QTR.:              RCV OFC: CAA
REMEDY ID: 730670-F1      SUB1: 26BS SUB2:   DATE RCV:   04-11-2013
UNT  RCV..: B1 UNIT      QTR RCV.: Z06-253UAD   FACL RCV: CAA
UNT  ORG..: B1 UNIT      QTR ORG.: Z06-253UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1 NER  1          RESP DUE:  WED  05-01-2013
ABSTRACT.: I/M ALLEGES NEEDS EXAMINED BY PHYSICIAN
STATUS DT: 04-22-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:    DATE ENTD: 04-17-2013
REMARKS..:


    G0002       MORE PAGES TO FOLLOW . . .
```

0000138

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2013
PAGE 009         *            FULL SCREEN FORMAT            *     09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:              QTR.:              RCV OFC: NER
REMEDY ID: 731557-R1      SUB1: 34DM SUB2:   DATE RCV:   04-22-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-252UAD   FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-252UAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                    RESP DUE:
ABSTRACT.: STAFF ASSAULT
STATUS DT: 04-23-2013  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:  EXT:   DATE ENTD: 04-23-2013
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

0000139

```
   NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2013
  PAGE 010          *              FULL SCREEN FORMAT            *     09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 733068-F1      SUB1: 22ZS SUB2:    DATE RCV:   04-30-2013
UNT  RCV..:B1 UNIT       QTR RCV.: Z06-252UAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT       QTR ORG.: Z06-252UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  2                   RESP DUE:
ABSTRACT.: I/M ALLEGES DENIED REC IN SHU/STAFF UNPROFESSIONAL
STATUS DT: 05-06-2013  STATUS CODE: REJ STATUS REASON: MLT RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 05-06-2013
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

0000140

```
    NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2013
  PAGE 011           *          FULL SCREEN FORMAT              *      09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 733489-F1      SUB1: 25ZS SUB2:     DATE RCV:   05-03-2013
UNT  RCV..: B1 UNIT       QTR RCV.: Z06-252UAD  FACL RCV: CAA
UNT  ORG..: B1 UNIT       QTR ORG.: Z06-252UAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES CAMERAS NOT WORKING IN B-1/MEDICAL
STATUS DT: 05-08-2013  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 05-08-2013
REMARKS..:


  G0002       MORE PAGES TO FOLLOW . . .
```

0000141

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2013
    PAGE 012         *            FULL SCREEN FORMAT           *        09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                      QTR.:              RCV OFC: NER
REMEDY ID: 733594-R1       SUB1: 20BM SUB2:      DATE RCV:   05-06-2013
UNT  RCV..:B1 UNIT       QTR RCV.: Z06-253UAD    FACL RCV: CAA
UNT  ORG..:B1 UNIT       QTR ORG.: Z06-253UAD    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                          RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-08-2013  STATUS CODE: REJ STATUS REASON: DHO RSR
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-08-2013
REMARKS..:




    G0002       MORE PAGES TO FOLLOW . . .
```

0000142

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       12-18-2013
PAGE 013          *            FULL SCREEN FORMAT               *       09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 733595-R1       SUB1: 20BM SUB2:    DATE RCV:    05-06-2013
UNT  RCV..: B1 UNIT        QTR RCV.: Z06-253UAD   FACL RCV: CAA
UNT  ORG..: B1 UNIT        QTR ORG.: Z06-253UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                       RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-08-2013  STATUS CODE: REJ STATUS REASON: DHO RSR
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-08-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

0000143

```
   NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2013
 PAGE 014         *         FULL SCREEN FORMAT             *         09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:               QTR.:            RCV OFC: CAA
REMEDY ID: 733068-F2     SUB1: 22ZS SUB2:  DATE RCV:   05-09-2013
UNT  RCV..:B1 UNIT      QTR RCV.: B01-131U  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-252UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA 2           RESP DUE:  WED  05-29-2013
ABSTRACT.: I/M ALLEGES DENIED REC IN SHU/STAFF UNPROFESSIONAL
STATUS DT: 05-28-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-13-2013
REMARKS..:


   G0002      MORE PAGES TO FOLLOW . . .
```

0000144

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2013
 PAGE 015           *             FULL SCREEN FORMAT             *      09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                  QTR.:              RCV OFC: NER
REMEDY ID: 730670-R1      SUB1: 26BS SUB2:   DATE RCV:   05-10-2013
UNT  RCV..:B1 UNIT        QTR RCV.: B01-131U FACL RCV: CAA
UNT  ORG..:B1 UNIT        QTR ORG.: Z06-253UAD FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1 NER  1         RESP DUE:  SUN  06-09-2013
ABSTRACT.: I/M ALLEGES NEEDS EXAMINED BY PHYSICIAN
STATUS DT: 06-06-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-13-2013
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
  THU 05-23-2013    MED SVC             05-13-2013   INV         05-23-2013




  G0002      MORE PAGES TO FOLLOW . . .
```

0000145

```
   NERAT              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2013
 PAGE 016            *              FULL SCREEN FORMAT             *     09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:              QTR.:                RCV OFC: CAA
REMEDY ID: 734590-F1      SUB1: 34AS SUB2:   DATE RCV:   05-14-2013
UNT  RCV..: B1 UNIT       QTR RCV.: B01-131U  FACL RCV: CAA
UNT  ORG..: B1 UNIT       QTR ORG.: B01-131U  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1              RESP DUE:  MON  06-03-2013
ABSTRACT.: I/M ALLEGES COUNSELOR WAS UNPROFESSIONAL
STATUS DT: 06-04-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:    DATE ENTD: 05-15-2013
REMARKS..:



   G0002       MORE PAGES TO FOLLOW . . .
```

0000146

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2013
    PAGE 017        *            FULL SCREEN FORMAT              *      09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:                    QTR.:            RCV OFC: CAA
REMEDY ID: 737304-F1       SUB1: 28BM SUB2:    DATE RCV:   06-04-2013
UNT  RCV..: B1 UNIT       QTR RCV.: B01-131U   FACL RCV: CAA
UNT  ORG..: B1 UNIT       QTR ORG.: B01-131U   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES NOT GETTING PSYCH TREATMENT
STATUS DT: 06-06-2013  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 06-06-2013
REMARKS..:


    G0002      MORE PAGES TO FOLLOW . . .
```

0000147

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2013
PAGE 018 OF 018 *           FULL SCREEN FORMAT              *      09:53:19

REGNO: 41510-050 NAME: CERCET, NESTER
RSP OF...: CAA UNT/LOC/DST:              QTR.:              RCV OFC: NER
REMEDY ID: 733489-R1      SUB1: 25ZS SUB2:   DATE RCV:  06-07-2013
UNT  RCV..:B1 UNIT      QTR RCV.: B01-131U   FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-252UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                  RESP DUE:
ABSTRACT.: I/M ALLEGES CAMERAS NOT WORKING IN B-1/MEDICAL
STATUS DT: 06-27-2013  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 06-27-2013
REMARKS..:


                17 REMEDY SUBMISSION(S) SELECTED
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# Document 1k

0000149

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-18-2014
 PAGE 001                                                               09:29:05
        FUNCTION: LST SCOPE: REG  EQ 41756-050   OUTPUT FORMAT: FULL
 -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
 DT RCV: FROM            THRU            DT STS: FROM            THRU
 DT STS: FROM      TO     DAYS BEFORE "OR" FROM     TO     DAYS AFTER DT RDU
 DT TDU: FROM      TO     DAYS BEFORE "OR" FROM     TO     DAYS AFTER DT TRT
 STS/REAS:
 SUBJECTS:
 EXTENDED:    REMEDY LEVEL:              RECEIPT:        "OR" EXTENSION:
 RCV  OFC : EQ
 TRACK:  DEPT:
        PERSON:
          TYPE:
 EVNT FACL: EQ
 RCV FACL.: EQ
 RCV UN/LC: EQ
 RCV QTR..: EQ
 ORIG FACL: EQ
 ORG UN/LC: EQ
 ORIG QTR.: EQ


 G0002      MORE PAGES TO FOLLOW . . .
```

0000150

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
 PAGE 002           *            FULL SCREEN FORMAT            *      09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT          QTR.: E01-125L    RCV OFC: NER
REMEDY ID: 726376-R1       SUB1: 34ZM SUB2:  DATE RCV:   03-14-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-252LAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-252LAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                     RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 03-15-2013  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:  EXT:   DATE ENTD: 03-15-2013
REMARKS..:
```

```
 G0002        MORE PAGES TO FOLLOW . . .
```

0000151

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
  PAGE 003         *              FULL SCREEN FORMAT            *      09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT              QTR.: E01-125L   RCV OFC: BOP
REMEDY ID: 726376-A1      SUB1: 34ZM SUB2:       DATE RCV:   03-26-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-253LAD     FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-252LAD     FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                        RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 03-29-2013  STATUS CODE: REJ STATUS REASON: WRL INS
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 03-29-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

0000152

```
  NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
PAGE 004          *           FULL SCREEN FORMAT            *        09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT          QTR.: E01-125L    RCV OFC: CAA
REMEDY ID: 729959-F1      SUB1: 26BM SUB2:   DATE RCV:   04-09-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-253LAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-253LAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES NOT EXAMINED BY MEDICAL IN SHU
STATUS DT: 04-11-2013  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:  EXT:   DATE ENTD: 04-11-2013
REMARKS..:



  G0002       MORE PAGES TO FOLLOW . . .
```

0000153

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2014
  PAGE 005          *              FULL SCREEN FORMAT           *     09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT          QTR.: E01-125L   RCV OFC: CAA
REMEDY ID: 729960-F1      SUB1: 33FS SUB2:   DATE RCV:   04-09-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-253LAD   FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-253LAD   FACL ORG: CAA
EVT FACL.: CAA      ACC LEV:  CAA  3                   RESP DUE:
ABSTRACT.: I/M ALLEGES LEGAL MAIL NOT OPENED IN HIS PRESENCE
STATUS DT: 04-11-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 04-11-2013
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING.




G0002       MORE PAGES TO FOLLOW . . .
```

0000154

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-18-2014
 PAGE 006          *              FULL SCREEN FORMAT              *        09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT            QTR.: E01-125L    RCV OFC: CAA
REMEDY ID: 729960-F2        SUB1: 33FS SUB2:   DATE RCV:   04-19-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-252LAD   FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-253LAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  3                     RESP DUE:
ABSTRACT.: I/M ALLEGES LEGAL MAIL NOT OPENED IN HIS PRESENCE
STATUS DT: 04-25-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 04-25-2013
REMARKS..: NEED TO PROVIDE A MEMO FROM STAFF WITH A REASON THE
           UNTIMELY RESUBMISSION WAS NOT YOUR FAULT, OTHERWISE
           YOU ARE PAST THE 5 DAYS ALLOWED FOR RESUBMISSION.




G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2014
 PAGE 007           *          FULL SCREEN FORMAT               *     09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT            QTR.: E01-125L   RCV OFC: CAA
REMEDY ID: 733070-F1      SUB1: 22ZS SUB2:     DATE RCV:    04-30-2013
UNT  RCV..: B1 UNIT       QTR RCV.: Z06-252LAD  FACL RCV: CAA
UNT  ORG..: B1 UNIT       QTR ORG.: Z06-252LAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                  RESP DUE: SUN  06-09-2013
ABSTRACT.: I/M ALLEGES DENIED REC IN SHU
STATUS DT: 05-22-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-06-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

0000156

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
PAGE 008           *           FULL SCREEN FORMAT           *      09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT          QTR.: E01-125L   RCV OFC: CAA
REMEDY ID: 733066-F1       SUB1: 22ZS SUB2:   DATE RCV:    05-01-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-252LAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-252LAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                RESP DUE:  TUE  05-21-2013
ABSTRACT.: I/M ALLEGES DENIED REC IN SHU
STATUS DT: 05-16-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-06-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

0000157

```
   NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-18-2014
PAGE 009          *         FULL SCREEN FORMAT           *    09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT          QTR.: E01-125L   RCV OFC: CAA
REMEDY ID: 733487-F1      SUB1: 34AS SUB2:   DATE RCV:   05-03-2013
UNT  RCV..: B1 UNIT      QTR RCV.: Z06-252LAD  FACL RCV: CAA
UNT  ORG..: B1 UNIT      QTR ORG.: Z06-252LAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                      RESP DUE:
ABSTRACT.: I/M ALLEGES UNIT STAFF NOT GIVING HIM BP-8 FORMS
STATUS DT: 05-08-2013  STATUS CODE: REJ STATUS REASON: MSI RSF
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 05-08-2013
REMARKS..: NEED MORE INFORMATION REGARDING THE INCIDENT




G0002       MORE PAGES TO FOLLOW . . .
```

0000158

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
PAGE 010           *           FULL SCREEN FORMAT            *      09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT            QTR.: E01-125L   RCV OFC: CAA
REMEDY ID: 733492-F1       SUB1: 25ZS SUB2:    DATE RCV:    05-03-2013
UNT  RCV..:B1 UNIT       QTR RCV.: Z06-252LAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT       QTR ORG.: Z06-252LAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                         RESP DUE:
ABSTRACT.: I/M ALLEGES DOES NOT BELIEVE CAMERAS NOT WORKING
STATUS DT: 05-08-2013  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 05-08-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
PAGE 011          *          FULL SCREEN FORMAT             *        09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT          QTR.: E01-125L    RCV OFC: CAA
REMEDY ID: 729960-F3       SUB1: 33FS SUB2:  DATE RCV:    05-03-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-252LAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-253LAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  3               RESP DUE:   WED  06-12-2013
ABSTRACT.: I/M ALLEGES LEGAL MAIL NOT OPENED IN HIS PRESENCE
STATUS DT: 05-22-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-10-2013
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

0000160

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
  PAGE 012          *            FULL SCREEN FORMAT              *      09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT            QTR.: E01-125L    RCV OFC: CAA
REMEDY ID: 735155-F1       SUB1: 26DS SUB2:    DATE RCV:    05-20-2013
UNT  RCV..: B1 UNIT        QTR RCV.: Z04-234LAD  FACL RCV: CAA
UNT  ORG..: B1 UNIT        QTR ORG.: Z04-234LAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                 RESP DUE:  SAT  06-29-2013
ABSTRACT.: I/M ALLEGES NEEDS PAIN MED PRESCRIPTION RENEWED
STATUS DT: 06-07-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-21-2013
REMARKS..:




   G0002       MORE PAGES TO FOLLOW . . .
```

0000161

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-18-2014
PAGE 013           *              FULL SCREEN FORMAT          *          09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT            QTR.: E01-125L   RCV OFC: CAA
REMEDY ID: 733487-F2        SUB1: 34AS SUB2:   DATE RCV:    05-20-2013
UNT  RCV..: B1 UNIT      QTR RCV.: Z04-234LAD  FACL RCV: CAA
UNT  ORG..: B1 UNIT      QTR ORG.: Z06-252LAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                           RESP DUE:
ABSTRACT.: I/M ALLEGES UNIT STAFF NOT GIVING HIM BP-8 FORMS
STATUS DT: 05-21-2013  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 05-21-2013
REMARKS..: YOUR REQUEST IS UNTIMELY AS YOU ARE PAST THE 5 DAYS
           ALLOWED FOR RESUBMISSION; YOU CAN PROVIDE A STAFF
           MEMO WITH REASONS UNTIMELINESS WAS NOT YOUR FAULT




G0002      MORE PAGES TO FOLLOW . . .
```

0000162

```
     NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
  PAGE 014           *             FULL SCREEN FORMAT             *      09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT              QTR.: E01-125L   RCV OFC: NER
REMEDY ID: 739859-R1        SUB1: 20BS SUB2:     DATE RCV:   05-29-2013
UNT  RCV..:E1 UNIT       QTR RCV.: E02-213U      FACL RCV: CAA
UNT  ORG..:E1 UNIT       QTR ORG.: E02-213U      FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL/CODE 203;224
STATUS DT: 06-26-2013  STATUS CODE: REJ STATUS REASON: UTR OTH RSR CPG
INCRPTNO.: 2417246   RCT:    EXT:   DATE ENTD: 06-26-2013
REMARKS..: UNTIMELY;DUE 5/22/13;PROVIDE STAFF VERIFICATION OF
           UNTIMELINESS




G0002      MORE PAGES TO FOLLOW . . .
```

0000163

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2014
PAGE 015 OF 015 *              FULL SCREEN FORMAT              *     09:29:05

REGNO: 41756-050 NAME: WASHINGTON, ANTHONY
RSP OF...: CAA UNT/LOC/DST: E1 UNIT            QTR.: E01-125L   RCV OFC: CAA
REMEDY ID: 742590-F1      SUB1: 23BM SUB2:     DATE RCV:   07-15-2013
UNT  RCV..: E1 UNIT      QTR RCV.: E02-213U    FACL RCV: CAA
UNT  ORG..: E1 UNIT      QTR ORG.: E02-213U    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                     RESP DUE:  SUN  08-04-2013
ABSTRACT.: I/M ALLEGES STRIP SEARCHED IN FRONT OF OTHER INMATES
STATUS DT: 07-24-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:    DATE ENTD: 07-17-2013
REMARKS..:



              14 REMEDY SUBMISSION(S) SELECTED
   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

0000164

# Document 1l

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
PAGE 001                                                             09:31:44
   FUNCTION: LST SCOPE: REG   EQ 41004-037    OUTPUT FORMAT: FULL
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____
TRACK: DEPT: _____
      PERSON: _____
        TYPE: _____
EVNT FACL: EQ _____
RCV FACL.: EQ _____
RCV UN/LC: EQ _____
RCV QTR..: EQ _____
ORIG FACL: EQ _____
ORG UN/LC: EQ _____
ORIG QTR.: EQ _____


G0002      MORE PAGES TO FOLLOW . . .
```

0000166

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
PAGE 002          *            FULL SCREEN FORMAT            *      09:31:44

REGNO: 41004-037 NAME: LAWSON, KEVIN
RSP OF...: CAA UNT/LOC/DST: F2 UNIT             QTR.: Z06-255UAD RCV OFC: CAA
REMEDY ID: 688041-F1      SUB1: 25DM SUB2:      DATE RCV:   05-09-2012
UNT  RCV..: F2 UNIT       QTR RCV.: F04-208U    FACL RCV: CAA
UNT  ORG..: F2 UNIT       QTR ORG.: F04-208U    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  2                    RESP DUE:
ABSTRACT.: I/M ALLEGES MISSING PROPERTY
STATUS DT: 05-11-2012  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-11-2012
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING




G0002       MORE PAGES TO FOLLOW . . .
```

0000167

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
 PAGE 003          *          FULL SCREEN FORMAT              *       09:31:44

REGNO: 41004-037 NAME: LAWSON, KEVIN
RSP OF...: CAA UNT/LOC/DST: F2 UNIT        QTR.: Z06-255UAD RCV OFC: CAA
REMEDY ID: 688041-F2      SUB1: 25DM SUB2:  DATE RCV:    05-15-2012
UNT  RCV..: F2 UNIT       QTR RCV.: F04-208U  FACL RCV: CAA
UNT  ORG..: F2 UNIT       QTR ORG.: F04-208U  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  2                RESP DUE:  SUN  06-24-2012
ABSTRACT.: I/M ALLEGES MISSING PROPERTY
STATUS DT: 06-07-2012  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-17-2012
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

0000168

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
 PAGE 004           *             FULL SCREEN FORMAT            *      09:31:44

REGNO: 41004-037 NAME: LAWSON, KEVIN
RSP OF...: CAA UNT/LOC/DST: F2 UNIT          QTR.: Z06-255UAD RCV OFC: CAA
REMEDY ID: 719621-F1      SUB1: 12AM SUB2:   DATE RCV:   01-16-2013
UNT  RCV..:F2 UNIT      QTR RCV.: F04-208U   FACL RCV: CAA
UNT  ORG..:F2 UNIT      QTR ORG.: F04-208U   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES WRONGFULLY TERMINATED FROM UNICOR
STATUS DT: 01-22-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 01-22-2013
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING.




 G0002      MORE PAGES TO FOLLOW . . .
```

0000169

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
  PAGE 005            *           FULL SCREEN FORMAT              *     09:31:44

REGNO: 41004-037 NAME: LAWSON, KEVIN
RSP OF...: CAA UNT/LOC/DST: F2 UNIT              QTR.: Z06-255UAD RCV OFC: CAA
REMEDY ID: 721174-F1       SUB1: 12AM SUB2:      DATE RCV:   01-28-2013
UNT  RCV..: F2 UNIT       QTR RCV.: F04-208U     FACL RCV: CAA
UNT  ORG..: F2 UNIT       QTR ORG.: F04-208U     FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                    RESP DUE:  SUN  02-17-2013
ABSTRACT.: I/M ALLEGES WRONGFULLY FIRED FROM UNICOR
STATUS DT: 02-12-2013   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 02-01-2013
REMARKS..:



    G0002      MORE PAGES TO FOLLOW . . .
```

0000170

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
 PAGE 006          *              FULL SCREEN FORMAT              *      09:31:44

REGNO: 41004-037 NAME: LAWSON, KEVIN
RSP OF...: CAA UNT/LOC/DST: F2 UNIT           QTR.: Z06-255UAD RCV OFC: CAA
REMEDY ID: 735107-F1        SUB1: 34AS SUB2:  DATE RCV:   05-16-2013
UNT  RCV..: F2 UNIT     QTR RCV.: Z03-131UAD  FACL RCV: CAA
UNT  ORG..: F2 UNIT     QTR ORG.: Z03-131UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                         RESP DUE:
ABSTRACT.: I/M ALLEGES STAFF REFUSING TO STOP AT CELL
STATUS DT: 05-20-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 05-20-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

0000171

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
PAGE 007 OF 007 *              FULL SCREEN FORMAT              *      09:31:44

REGNO: 41004-037 NAME: LAWSON, KEVIN
RSP OF...: CAA UNT/LOC/DST: F2 UNIT          QTR.: Z06-255UAD RCV OFC: CAA
REMEDY ID: 735109-F1      SUB1: 25FS SUB2:   DATE RCV:   05-16-2013
UNT  RCV..: F2 UNIT      QTR RCV.: Z03-131UAD  FACL RCV: CAA
UNT  ORG..: F2 UNIT      QTR ORG.: Z03-131UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                      RESP DUE:
ABSTRACT.: I/M ALLEGES NEEDS RECEIPT FOR FUNDS TAKEN
STATUS DT: 05-20-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 05-20-2013
REMARKS..:




                  6 REMEDY SUBMISSION(S) SELECTED
   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# Document 1m

```
    NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-17-2014
  PAGE 001                                                                 14:42:29
      FUNCTION: LST SCOPE: REG  EQ 13403-179   OUTPUT FORMAT: FULL
  -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
  DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
  DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
  DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
  STS/REAS: _____  _____  _____  _____  _____  _____  _____  _____
  SUBJECTS: _____  _____  _____  _____  _____  _____  _____  _____
  EXTENDED: _ REMEDY LEVEL: _ _        RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
  RCV  OFC : EQ _____  ____  ____  ____  ____  ____
  TRACK:  DEPT:    _____  ____  ____  ____  ____  ____
         PERSON:   _____  ____  ____  ____  ____  ____
           TYPE:   _____  ____  ____  ____  ____  ____
  EVNT FACL: EQ _____  ____  ____  ____  ____  ____
  RCV FACL.: EQ _____  ____  ____  ____  ____  ____
  RCV UN/LC: EQ _____  ____  ____  ____  ____  ____
  RCV QTR..: EQ _____  ____  ____  ____  ____  ____
  ORIG FACL: EQ _____  ____  ____  ____  ____  ____
  ORG UN/LC: EQ _____  ____  ____  ____  ____  ____
  ORIG QTR.: EQ _____  ____  ____  ____  ____  ____


  G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
 PAGE 002          *            FULL SCREEN FORMAT           *      14:42:29


REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                    QTR.:              RCV OFC: ATW
REMEDY ID: 672232-F1      SUB1: 26AM SUB2:     DATE RCV:  01-12-2012
UNT  RCV..:2A           QTR RCV.: A18-228L     FACL RCV: ATW
UNT  ORG..:2A           QTR ORG.: A18-228L     FACL ORG: ATW
EVT FACL.: ATW    ACC LEV:  ATW  1                  RESP DUE:  WED  02-01-2012
ABSTRACT.: REALLY NEEDS EYEGLASSES CLAIMS TO B REALLY BLIND
STATUS DT: 01-31-2012   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:    DATE ENTD: 01-12-2012
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

0000175

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
 PAGE 003           *           FULL SCREEN FORMAT              *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                      QTR.:              RCV OFC: TCP
REMEDY ID: 684207-F1       SUB1: 30AM SUB2:      DATE RCV:  04-12-2012
UNT  RCV..:UNIT D         QTR RCV.: D01-220U     FACL RCV: TCP
UNT  ORG..:UNIT D         QTR ORG.: D01-220U     FACL ORG: TCP
EVT FACL.: TCP     ACC LEV: TCP  1                 RESP DUE:  WED  05-02-2012
ABSTRACT.: JAIL CREDIT.
STATUS DT: 04-23-2012   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:    DATE ENTD: 04-12-2012
REMARKS..:



G0002        MORE PAGES TO FOLLOW . . .
```

0000176

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
  PAGE 004          *          FULL SCREEN FORMAT              *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                    QTR.:            RCV OFC: CAA
REMEDY ID: 720256-F1       SUB1: 21AM SUB2:    DATE RCV:  01-22-2013
UNT  RCV..:D2 UNIT      QTR RCV.: Z06-249LAD   FACL RCV: CAA
UNT  ORG..:D2 UNIT      QTR ORG.: Z06-249LAD   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                      RESP DUE:
ABSTRACT.: I/M APPEALING UDC
STATUS DT: 01-24-2013  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-24-2013
REMARKS..: NEED TO PROVIDE THE INCIDENT REPORT WITH THE UDC
           FINDINGS.


G0002      MORE PAGES TO FOLLOW . . .
```

0000177

```
    NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-17-2014
  PAGE 005            *           FULL SCREEN FORMAT           *    14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                    QTR.:             RCV OFC: CAA
REMEDY ID: 721981-F1       SUB1: 10AS SUB2:    DATE RCV:   02-05-2013
UNT  RCV..:D2 UNIT       QTR RCV.: Z06-249LAD    FACL RCV: CAA
UNT  ORG..:D2 UNIT       QTR ORG.: Z06-249LAD    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                  RESP DUE:  MON  02-25-2013
ABSTRACT.: I/M ALLEGES NEEDS TRANSFER FOR PROTECTION
STATUS DT: 02-20-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 02-07-2013
REMARKS..:



    G0002       MORE PAGES TO FOLLOW . . .
```

0000178

```
    NERAT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
 PAGE 006          *              FULL SCREEN FORMAT            *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                      QTR.:            RCV OFC: CAA
REMEDY ID: 723917-F1       SUB1: 30AM SUB2:      DATE RCV:   02-19-2013
UNT  RCV..:D2 UNIT        QTR RCV.: Z06-254LAD   FACL RCV: CAA
UNT  ORG..:D2 UNIT        QTR ORG.: Z06-254LAD   FACL ORG: CAA
EVT FACL.: CAA      ACC LEV:  CAA  1 NER  1             RESP DUE:  MON  03-11-2013
ABSTRACT.: I/M WANTS JAIL CREDIT
STATUS DT: 03-07-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 02-25-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

0000179

```
    NERAT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
  PAGE 007         *          FULL SCREEN FORMAT              *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 726835-F1      SUB1: 19ZM SUB2:     DATE RCV:   03-15-2013
UNT  RCV..:D2 UNIT      QTR RCV.: Z06-244LAD   FACL RCV: CAA
UNT  ORG..:D2 UNIT      QTR ORG.: Z06-244LAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                         RESP DUE:
ABSTRACT.: I/M ALLEGES CASE MANAGER NOT REFERRING TO PROGRAMS
STATUS DT: 03-20-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 03-20-2013
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

0000180

```
   NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-17-2014
PAGE 008          *            FULL SCREEN FORMAT              *     14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 723917-R1      SUB1: 30AM SUB2:     DATE RCV:  03-20-2013
UNT  RCV..:D2 UNIT        QTR RCV.: Z06-244LAD  FACL RCV: CAA
UNT  ORG..:D2 UNIT        QTR ORG.: Z06-254LAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1 NER  1          RESP DUE: FRI  04-19-2013
ABSTRACT.: I/M WANTS JAIL CREDIT
STATUS DT: 04-18-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 03-22-2013
REMARKS..:


             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
SUN 03-31-2013    CORR PGM           03-22-2013     INV       03-31-2013




 G0002      MORE PAGES TO FOLLOW . . .
```

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
PAGE 009           *           FULL SCREEN FORMAT          *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 731897-F1       SUB1: 26AS SUB2:    DATE RCV:   04-18-2013
UNT  RCV..: D2 UNIT       QTR RCV.: Z06-257LAD   FACL RCV: CAA
UNT  ORG..: D2 UNIT       QTR ORG.: Z06-257LAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                 RESP DUE:  WED  05-08-2013
ABSTRACT.: I/M ALLEGES NEEDS GLASSES, MEDICAL TAKING TO LONG
STATUS DT: 05-03-2013   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 04-25-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

0000182

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-17-2014
PAGE 010            *           FULL SCREEN FORMAT              *     14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                      QTR.:              RCV OFC: CAA
REMEDY ID: 731904-F1      SUB1: 15ZM SUB2:       DATE RCV:  04-19-2013
UNT  RCV..:D2 UNIT       QTR RCV.: Z06-257LAD    FACL RCV: CAA
UNT  ORG..:D2 UNIT       QTR ORG.: Z06-257LAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                    RESP DUE:  WED  05-29-2013
ABSTRACT.: I/M WANTS TO PARTICIPATE IN IHP PROGRAM
STATUS DT: 05-10-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-25-2013
REMARKS..:



    G0002       MORE PAGES TO FOLLOW . . .
```

0000183

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
 PAGE 011          *              FULL SCREEN FORMAT              *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                      QTR.:              RCV OFC: CAA
REMEDY ID: 733857-F1       SUB1: 32AM SUB2:      DATE RCV:  05-07-2013
UNT  RCV..:D2 UNIT        QTR RCV.: Z06-255LAD   FACL RCV: CAA
UNT  ORG..:D2 UNIT        QTR ORG.: Z06-255LAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                         RESP DUE:
ABSTRACT.: I/M ALLEGES UNIT TEAM HAS PAPERWORK INCORRECT
STATUS DT: 05-10-2013   STATUS CODE: VOD STATUS REASON:
INCRPTNO.:            RCT:     EXT:   DATE ENTD: 05-10-2013
REMARKS..: ADMINISTRATIVE REMEDY WAS ACCEPTED IN ERROR, SHOULD
           HAVE BEEN REJECTED AS BP-9 IS NOT RELATED TO ISSUE
           ON BP-8.




 G0002       MORE PAGES TO FOLLOW . . .
```

0000184

```
      NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
    PAGE 012          *            FULL SCREEN FORMAT              *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 733857-F2      SUB1: 32AM SUB2:     DATE RCV:   05-07-2013
UNT  RCV..: D2 UNIT       QTR RCV.: Z06-255LAD    FACL RCV: CAA
UNT  ORG..: D2 UNIT       QTR ORG.: Z06-255LAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                       RESP DUE:
ABSTRACT.: I/M ALLEGES UNIT TEAM HAS PAPERWORK INCORRECT
STATUS DT: 05-10-2013   STATUS CODE: REJ STATUS REASON: MLT RSF
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 05-17-2013
REMARKS..: THE ISSUE STATED ON YOUR BP-9 IS A DIFFERENT ISSUE
           THAN IS STATED IN Y OUR BP-8.  BP-9 CAN BE
           RESUBMITTED WITH CHANGES TO ISSUE MADE.




    G0002        MORE PAGES TO FOLLOW . . .
```

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-17-2014
PAGE 013 OF 013 *            FULL SCREEN FORMAT            *      14:42:29

REGNO: 13403-179 NAME: CASTELLANO-BAYESILLO, MARVIN
RSP OF...: MCK UNT/LOC/DST:                   QTR.:              RCV OFC: CAA
REMEDY ID: 737351-F1      SUB1: 33HS SUB2:    DATE RCV:   06-04-2013
UNT  RCV..:D2 UNIT        QTR RCV.: Z06-254LAD   FACL RCV: CAA
UNT  ORG..:D2 UNIT        QTR ORG.: Z06-254LAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                   RESP DUE:  MON  06-24-2013
ABSTRACT.: I/M ALLEGES GOT NOT ANSWER TO BP-10
STATUS DT: 06-10-2013  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT:    DATE ENTD: 06-06-2013
REMARKS..:
```

```
         12 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Document 1n

0000187

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-18-2014
 PAGE 001                                                               09:34:28
     FUNCTION: LST SCOPE: REG   EQ 55931-060   OUTPUT FORMAT: FULL
 ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
 DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
 DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
 DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
 STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
 SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
 EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
 RCV  OFC : EQ _____
 TRACK:  DEPT: _____
         PERSON: _____
           TYPE: _____
 EVNT FACL: EQ _____
 RCV FACL.: EQ _____
 RCV UN/LC: EQ _____
 RCV QTR..: EQ _____
 ORIG FACL: EQ _____
 ORG UN/LC: EQ _____
 ORIG QTR.: EQ _____


 G0002      MORE PAGES TO FOLLOW . . .
```

0000188

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
   PAGE 002        *                FULL SCREEN FORMAT             *      09:34:28

REGNO: 55931-060 NAME: ALFORD, ROSCOE
RSP OF...: CCN UNT/LOC/DST:                       QTR.:              RCV OFC: NER
REMEDY ID: 598280-R1       SUB1: 20DS SUB2:       DATE RCV:   07-09-2010
UNT  RCV..:B1 UNIT         QTR RCV.: B01-132U     FACL RCV: CAA
UNT  ORG..:B1 UNIT         QTR ORG.: B01-132U     FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                          RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 07-13-2010   STATUS CODE: REJ STATUS REASON: UTR
INCRPTNO.: 2005038   RCT:   EXT:   DATE ENTD: 07-13-2010
REMARKS..: THIS APPEAL WAS DUE TO THE REGION BY 6/18/10 WE
           RECEIVED IT ON 7/9/2010, SUBMIT STAFF VERIFICATION
           FOR BEING UNTIMELY.




G0002        MORE PAGES TO FOLLOW . . .
```

0000189

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
 PAGE 003          *           FULL SCREEN FORMAT              *      09:34:28

REGNO: 55931-060 NAME: ALFORD, ROSCOE
RSP OF...: CCN UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 648864-F1      SUB1: 26BM SUB2: 24AM DATE RCV:    07-21-2011
UNT  RCV..: B1 UNIT      QTR RCV.: B01-132U    FACL RCV: CAA
UNT  ORG..: B1 UNIT      QTR ORG.: B01-132U    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE; GOT FOOD POISONING
STATUS DT: 07-22-2011  STATUS CODE: REJ STATUS REASON: MSI OTH RSF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-22-2011
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING




   G0002       MORE PAGES TO FOLLOW . . .
```

0000190

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
   PAGE 004          *            FULL SCREEN FORMAT              *      09:34:28

REGNO: 55931-060 NAME: ALFORD, ROSCOE
RSP OF...: CCN UNT/LOC/DST:                      QTR.:            RCV OFC: CAA
REMEDY ID: 651363-F1      SUB1: 26BM SUB2: 24AM DATE RCV:   08-09-2011
UNT  RCV..:B1 UNIT       QTR RCV.: B01-132U     FACL RCV: CAA
UNT  ORG..:B1 UNIT       QTR ORG.: B01-132U     FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                         RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE; GOT FOOD POISONING
STATUS DT: 08-10-2011  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-10-2011
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

0000191

```
     NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-18-2014
   PAGE 005         *            FULL SCREEN FORMAT            *    09:34:28

REGNO: 55931-060 NAME: ALFORD, ROSCOE
RSP OF...: CCN UNT/LOC/DST:                   QTR.:           RCV OFC: CAA
REMEDY ID: 733071-F1      SUB1: 34AS SUB2: 22ZS DATE RCV:   05-01-2013
UNT  RCV..: B1 UNIT      QTR RCV.: Z06-255LAD    FACL RCV: CAA
UNT  ORG..: B1 UNIT      QTR ORG.: Z06-255LAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  2                 RESP DUE:
ABSTRACT.: I/M ALLEGES NO REC IN SHU/STAFF UNPROFESSIONAL
STATUS DT: 05-06-2013  STATUS CODE: REJ STATUS REASON: MLT RSF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 05-06-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

0000192

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2014
  PAGE 006 OF 006 *            FULL SCREEN FORMAT            *        09:34:28

REGNO: 55931-060 NAME: ALFORD, ROSCOE
RSP OF...: CCN UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 733071-F2      SUB1: 34AS SUB2: 22ZS DATE RCV:   05-09-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-254LAD    FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-255LAD    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA 2                RESP DUE:  WED  05-29-2013
ABSTRACT.: I/M ALLEGES NO REC IN SHU/STAFF UNPROFESSIONAL
STATUS DT: 05-31-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-13-2013
REMARKS..:



               5 REMEDY SUBMISSION(S) SELECTED
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

0000193

# Document 1o

0000194

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        10-01-2014
   PAGE 001                                                              07:35:33
      FUNCTION: LST SCOPE: REG   EQ 47009-037   OUTPUT FORMAT: FULL
   -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
   DT RCV: FROM [          ] THRU [          ]  DT STS: FROM [          ] THRU [          ]
   DT STS: FROM [   ] TO [   ] DAYS BEFORE "OR" FROM [   ] TO [   ] DAYS AFTER DT RDU
   DT TDU: FROM [   ] TO [   ] DAYS BEFORE "OR" FROM [   ] TO [   ] DAYS AFTER DT TRT
   STS/REAS: [    ] [    ] [    ] [    ] [    ] [    ] [    ] [    ] [    ]
   SUBJECTS: [   ] [   ] [   ] [   ] [   ] [   ] [   ] [   ] [   ]
   EXTENDED: [ ] REMEDY LEVEL: [ ][ ]        RECEIPT: [ ][ ][ ] "OR" EXTENSION: [ ][ ][ ]
   RCV  OFC : EQ [    ]      [    ]    [    ]      [    ]      [    ]
   TRACK:  DEPT: [      ]    [    ]    [    ]      [      ]    [      ]
         PERSON: [   ]       [    ]   [    ]       [      ]    [      ]
           TYPE: [   ]       [    ]   [    ]       [      ]    [      ]
   EVNT FACL: EQ [    ]      [    ]    [    ]      [      ]    [      ]
   RCV FACL.: EQ [    ]      [    ]    [    ]      [      ]    [      ]
   RCV UN/LC: EQ [       ]   [      ]  [      ]    [       ]   [       ]
   RCV QTR..: EQ [       ]   [      ]  [      ]    [       ]   [       ]
   ORIG FACL: EQ [    ]      [    ]    [    ]      [      ]    [      ]
   ORG UN/LC: EQ [       ]   [      ]  [      ]    [       ]   [       ]
   ORIG QTR.: EQ [       ]   [      ]  [      ]    [       ]   [       ]


   G0002     MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
 PAGE 002          *          FULL SCREEN FORMAT                *      07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F              QTR.: E01-104U   RCV OFC: CAA
REMEDY ID: 654134-F1      SUB1: 26BM SUB2: 24AM DATE RCV:   08-26-2011
UNT  RCV..:B1 UNIT      QTR RCV.: B01-109U    FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: B01-109U    FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:                       RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE; GOT FOOD POISONING
STATUS DT: 08-30-2011  STATUS CODE: REJ STATUS REASON: UTF OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-30-2011
REMARKS..: THE BP-8 RESPONSE IS NOT ATTACHED




 G0002       MORE PAGES TO FOLLOW . . .
```

0000196
10/1/2014

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
   PAGE 003        *              FULL SCREEN FORMAT            *      07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F                QTR.: E01-104U   RCV OFC: CAA
REMEDY ID: 656867-F1      SUB1: 26BM SUB2:     DATE RCV:  09-15-2011
UNT  RCV..:B1 UNIT        QTR RCV.: B01-109U   FACL RCV: CAA
UNT  ORG..:B1 UNIT        QTR ORG.: B01-109U   FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 09-19-2011  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:            RCT:   EXT:    DATE ENTD: 09-19-2011
REMARKS..: NEED TO CLEARLY STATE WHAT REMEDY YOU ARE SEEKING




G0002      MORE PAGES TO FOLLOW . . .
```

0000197
10/1/2014

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
 PAGE 004           *          FULL SCREEN FORMAT            *        07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F            QTR.: E01-104U   RCV OFC: CAA
REMEDY ID: 657463-F1      SUB1: 26BM SUB2:  DATE RCV:   09-22-2011
UNT  RCV..:B1 UNIT      QTR RCV.: B01-109U  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: B01-109U  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                    RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 09-23-2011  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-23-2011
REMARKS..:


 G0002       MORE PAGES TO FOLLOW . . .
```

0000198
10/1/2014

```
   NERAT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-01-2014
   PAGE 005         *           FULL SCREEN FORMAT            *     07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F            QTR.: E01-104U   RCV OFC: BOP
REMEDY ID: 657463-A1     SUB1: 26BM SUB2:  DATE RCV:   10-24-2011
UNT  RCV..:B1 UNIT      QTR RCV.: B01-109U  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: B01-109U  FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:                     RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 11-03-2011  STATUS CODE: REJ STATUS REASON: WRL RSA
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 11-03-2011
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       10-01-2014
   PAGE 006          *            FULL SCREEN FORMAT             *       07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F                QTR.: E01-104U   RCV OFC: BOP
REMEDY ID: 654134-A1     SUB1: 26BM SUB2: 24AM DATE RCV:   10-24-2011
UNT  RCV..:B1 UNIT      QTR RCV.: B01-109U    FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: B01-109U    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                         RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE; GOT FOOD POISONING
STATUS DT: 11-03-2011  STATUS CODE: REJ STATUS REASON: WRL RSA
INCRPTNO.:            RCT:   EXT:    DATE ENTD: 11-03-2011
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

0000200
10/1/2014

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
   PAGE 007          *              FULL SCREEN FORMAT             *      07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F              QTR.: E01-104U   RCV OFC: BOP
REMEDY ID: 656867-A1      SUB1: 26BM SUB2:   DATE RCV:   10-24-2011
UNT  RCV..:B1 UNIT      QTR RCV.: B01-109U   FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: B01-109U   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                     RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 11-03-2011  STATUS CODE: REJ STATUS REASON: WRL RSA
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 11-03-2011
REMARKS..:


   G0002        MORE PAGES TO FOLLOW . . .
```

0000201

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
   PAGE 008        *            FULL SCREEN FORMAT             *      07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F                 QTR.: E01-104U   RCV OFC: NER
REMEDY ID: 654134-R1      SUB1: 26BM SUB2: 24AM DATE RCV:   11-25-2011
UNT  RCV..: B1 UNIT        QTR RCV.: B01-109U    FACL RCV: CAA
UNT  ORG..: B1 UNIT        QTR ORG.: B01-109U    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE; GOT FOOD POISONING
STATUS DT: 11-30-2011  STATUS CODE: REJ STATUS REASON: UTF INS INF
INCRPTNO.:          RCT:   EXT:    DATE ENTD: 11-30-2011
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

0000202
10/1/2014

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-01-2014
  PAGE 009            *            FULL SCREEN FORMAT            *     07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F            QTR.: E01-104U   RCV OFC: NER
REMEDY ID: 657463-R1      SUB1: 26BM SUB2: DATE RCV:   11-25-2011
UNT  RCV..:B1 UNIT      QTR RCV.: B01-109U  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: B01-109U  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                   RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 11-30-2011  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 11-30-2011
REMARKS..:



  G0002       MORE PAGES TO FOLLOW . . .
```

0000203

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
 PAGE 010          *              FULL SCREEN FORMAT            *      07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F              QTR.: E01-104U   RCV OFC: NER
REMEDY ID: 656867-R1       SUB1: 26BM SUB2:  DATE RCV:   11-25-2011
UNT  RCV..:B1 UNIT        QTR RCV.: B01-109U FACL RCV: CAA
UNT  ORG..:B1 UNIT        QTR ORG.: B01-109U FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:                       RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 11-30-2011  STATUS CODE: REJ STATUS REASON: INS INF
INCRPTNO.:           RCT:  EXT:   DATE ENTD: 11-30-2011
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

0000204

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
  PAGE 011           *              FULL SCREEN FORMAT           *      07:35:33

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F              QTR.: E01-104U   RCV OFC: NER
REMEDY ID: 654134-R2      SUB1: 26BM SUB2: 24AM DATE RCV:   01-23-2012
UNT  RCV..:B1 UNIT      QTR RCV.: B01-109U    FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: B01-109U    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                      RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE; GOT FOOD POISONING
STATUS DT: 03-19-2012   STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 03-19-2012
REMARKS..: YOU MUST PROVIDE THE WARDEN WITH A VALID REASON FOR
           FILING A LATE BP-9. REGION CANNOT ADDRESS BP-10
           WITHOUT RESPONSE FROM THE WARDEN.




G0002       MORE PAGES TO FOLLOW . . .
```

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
  PAGE 012          *              FULL SCREEN FORMAT         *      07:37:05

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F              QTR.: E01-104U   RCV OFC: NER
REMEDY ID: 656867-R2      SUB1: 26BM SUB2:   DATE RCV:  01-23-2012
UNT  RCV..:B1 UNIT       QTR RCV.: B01-109U  FACL RCV: CAA
UNT  ORG..:B1 UNIT       QTR ORG.: B01-109U  FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:                      RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 03-19-2012  STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 03-19-2012
REMARKS..: THE INSTITUTION ASKED FOR CLARIFICATION OF YOUR
           REMEDY. FOLLOW INSTRUCTIONS AND RESUBMIT BP-9 IN
           PROPER FORM.
```

G0002      MORE PAGES TO FOLLOW . . .

0000206

```
  NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
PAGE 013            *          FULL SCREEN FORMAT          *        07:37:05

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F              QTR.: E01-104U    RCV OFC: NER
REMEDY ID: 657463-R2      SUB1: 26BM SUB2:   DATE RCV:   01-23-2012
UNT  RCV..:B1 UNIT     QTR RCV.: B01-109U    FACL RCV: CAA
UNT  ORG..:B1 UNIT     QTR ORG.: B01-109U    FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                     RESP DUE:
ABSTRACT.: I/M ALLEGES LACK OF MEDICAL CARE
STATUS DT: 03-19-2012  STATUS CODE: REJ STATUS REASON: UTF OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-19-2012
REMARKS..:: BP-9 FILED UNTIMELY. YOU MUST PROVIDE THE WARDEN
            WITH A VALID REASON FOR THE LATE SUBMISSION.



G0002       MORE PAGES TO FOLLOW . . .
```

0000207

```
   NERAT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
  PAGE 014         *            FULL SCREEN FORMAT          *       07:37:05

REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F            QTR.: E01-104U   RCV OFC: NER
REMEDY ID: 732778-R1     SUB1: 20BS SUB2:  DATE RCV:   04-29-2013
UNT  RCV..:B1 UNIT       QTR RCV.: Z06-253UAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT       QTR ORG.: Z06-253UAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                      RESP DUE:
ABSTRACT.: APPEALS DHO HEARING
STATUS DT: 05-01-2013  STATUS CODE: REJ STATUS REASON: DHO OTH RSR
INCRPTNO.: 2404175   RCT:   EXT:   DATE ENTD: 05-01-2013
REMARKS..: DHO HEARING WAS 3/14/13. ATTACH A COPY OF DHO
            REPORT TO DETERMINE TIMELINESS.




G0002      MORE PAGES TO FOLLOW . . .
```

0000208
10/1/2014

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2014
  PAGE 015 OF 015 *             FULL SCREEN FORMAT              *      07:37:05


REGNO: 47009-037 NAME: LEGRAND, JOHN
RSP OF...: COP UNT/LOC/DST: E/F            QTR.: E01-104U    RCV OFC: NER
REMEDY ID: 732778-R2      SUB1: 20BS SUB2: DATE RCV:   05-13-2013
UNT  RCV..:B1 UNIT      QTR RCV.: Z06-252UAD  FACL RCV: CAA
UNT  ORG..:B1 UNIT      QTR ORG.: Z06-253UAD  FACL ORG: CAA
EVT FACL.:·CAA    ACC LEV:                    RESP DUE:
ABSTRACT.: APPEALS DHO HEARING
STATUS DT: 05-14-2013  STATUS CODE: REJ STATUS REASON: UTR OTH RSR
INCRPTNO.: 2404175   RCT:  EXT:    DATE ENTD: 05-14-2013
REMARKS..: UNTIMELY;DUE 4/21/13;PROVIDE STAFF VERIFICATION OF
           UNTIMELINESS




           14 REMEDY SUBMISSION(S) SELECTED
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

0000209

# Document 1p

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        02-12-2014
 PAGE 001                                                               09:47:00
     FUNCTION: |LST| SCOPE: |REG  | EQ |64363-053    |  OUTPUT FORMAT: |FULL       |
 ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
 DT RCV: FROM |_____| THRU |_____| DT |STS:| FROM |_____| THRU |____
 DT |STS:| FROM |___| TO |___| DAYS BEFORE "OR" FROM |___| TO |___| DAYS AFTER DT |RDU|
 DT |TDU:| FROM |___| TO |___| DAYS BEFORE "OR" FROM |___| TO |___| DAYS AFTER DT |TRT|
 STS/REAS: |_____| |_____| |_____| |_____| |_____| |_____| |_____| |_____|
 SUBJECTS: |_____| |_____| |_____| |_____| |_____| |_____| |_____| |_____|
 EXTENDED: |_| REMEDY LEVEL: |_| |_|        RECEIPT: |_| |_| |_| "OR" EXTENSION: |_| |_| |_|
 RCV  OFC : |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 TRACK:  DEPT: |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
       PERSON: |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
         TYPE: |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 EVNT FACL: |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 RCV FACL.: |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 RCV UN/LC: |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 RCV QTR..: |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 ORIG FACL: |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 ORG UN/LC: |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|
 ORIG QTR.: |EQ| |_____|  |_____|  |_____|  |_____|  |_____|  |_____|


    G0002       MORE PAGES TO FOLLOW . . .
```

```
      NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       02-12-2014
   PAGE 002            *              FULL SCREEN FORMAT              *       09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 678548-R1       SUB1: 20EJ SUB2:    DATE RCV:  02-24-2012
UNT  RCV..:G               QTR RCV.: Z08-922LDS   FACL RCV: BRO
UNT  ORG..:G               QTR ORG.: Z08-922LDS   FACL ORG: BRO
EVT FACL.: CNK     ACC LEV:  NER  1                  RESP DUE: SUN  03-25-2012
ABSTRACT.: CDC 1/31/11 CODE 200 IN-PERSON REHEARING
STATUS DT: 03-23-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2173063   RCT: P EXT:   DATE ENTD: 03-05-2012
REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   FRI 03-16-2012     DHO                03-05-2012     INV        03-16-2012




   G0002      MORE PAGES TO FOLLOW . . .
```

0000212

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-12-2014
PAGE 003         *             FULL SCREEN FORMAT           *     09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:           RCV OFC: NER
REMEDY ID: 684676-R1      SUB1: 33HS SUB2: 34AS DATE RCV:   04-11-2012
UNT  RCV..:G            QTR RCV.: Z08-925LDS    FACL RCV: BRO
UNT  ORG..:G            QTR ORG.: Z08-925LDS    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                        RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 04-17-2012  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:         RCT:   EXT:   DATE ENTD: 04-17-2012
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

0000213

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       02-12-2014
PAGE 004          *            FULL SCREEN FORMAT            *       09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                 QTR.:              RCV OFC: NER
REMEDY ID: 685076-R1      SUB1: 22ZM SUB2:    DATE RCV:   04-18-2012
UNT  RCV..:G           QTR RCV.: Z08-902LDS   FACL RCV: BRO
UNT  ORG..:G           QTR ORG.: Z08-902LDS   FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                    RESP DUE:
ABSTRACT.: SHU CONCERNS
STATUS DT: 04-19-2012  STATUS CODE: REJ STATUS REASON: INF INS
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 04-19-2012
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

0000214

```
     NERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
  PAGE 005             *              FULL SCREEN FORMAT             *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                        QTR.:            RCV OFC: BRO
REMEDY ID: 687778-F1        SUB1: 33HS SUB2:       DATE RCV:  05-09-2012
UNT  RCV..:G              QTR RCV.: Z08-910LDS    FACL RCV: BRO
UNT  ORG..:G              QTR ORG.: Z08-910LDS    FACL ORG: BRO
EVT FACL.: BRO     ACC LEV:                          RESP DUE:
ABSTRACT.: ISSUE FILING ADMIN REMEDIES
STATUS DT: 05-09-2012   STATUS CODE: REJ STATUS REASON: INF CON RSF OTH
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 05-09-2012
REMARKS..: IF YOU HAVE ISSUES FILING REMEDIES PLEASE CONTACT A
           MEMBER OF YOUR UNIT TEAM OR LEGAL SVCS WITH YOUR
           ISSUES




  G0002       MORE PAGES TO FOLLOW . . .
```

0000215

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
PAGE 006          *            FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:           RCV OFC: BRO
REMEDY ID: 692891-F1     SUB1: 26ES SUB2:     DATE RCV:  06-11-2012
UNT  RCV..: G            QTR RCV.: Z08-926LDS  FACL RCV: BRO
UNT  ORG..: G            QTR ORG.: Z08-926LDS  FACL ORG: BRO
EVT FACL.: BRO     ACC LEV:                      RESP DUE:
ABSTRACT.: RQST MEDICAL TESTS
STATUS DT: 06-15-2012  STATUS CODE: REJ STATUS REASON: CON RSF OTH
INCRPTNO.:          RCT:    EXT:   DATE ENTD: 06-15-2012
REMARKS..: YOUR RQST FOR TREATMENT HAS BEEN FORWARDED TO THE
           APPROPRIATE DEPARTMENT FOR REVIEW




G0002      MORE PAGES TO FOLLOW . . .
```

0000216

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
 PAGE 007            *             FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:           RCV OFC: NER
REMEDY ID: 687778-R1      SUB1: 33HS SUB2:    DATE RCV:  07-13-2012
UNT  RCV..:G             QTR RCV.: G04-429L   FACL RCV: BRO
UNT  ORG..:G             QTR ORG.: Z08-910LDS FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                     RESP DUE:
ABSTRACT.: ISSUE FILING ADMIN REMEDIES
STATUS DT: 07-16-2012  STATUS CODE: REJ STATUS REASON: INS OTH INF IRQ
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-16-2012
REMARKS..: FILE WITH INSTITUTION




G0002      MORE PAGES TO FOLLOW . . .
```

0000217

```
      NERAT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-12-2014
    PAGE 008        *            FULL SCREEN FORMAT              *     09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:           RCV OFC: NER
REMEDY ID: 696651-R1      SUB1: 20DS SUB2:     DATE RCV:  07-13-2012
UNT  RCV..:G          QTR RCV.: G04-429L       FACL RCV: BRO
UNT  ORG..:G          QTR ORG.: G04-429L       FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:  NER  2                  RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 07-16-2012  STATUS CODE: REJ STATUS REASON: DHO OTH UTR
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 07-16-2012
REMARKS..: PROVIDE STAFF VERIFICATION OF UNTIMELINESS




G0002      MORE PAGES TO FOLLOW . . .
```

0000218

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
 PAGE 009           *              FULL SCREEN FORMAT            *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:           RCV OFC: NER
REMEDY ID: 696653-R1       SUB1: 20DS SUB2:    DATE RCV:   07-13-2012
UNT  RCV..:G          QTR RCV.: G04-429L       FACL RCV: BRO
UNT  ORG..:G          QTR ORG.: G04-429L       FACL ORG: BRO
EVT FACL.: BRO     ACC LEV:  NER  2                 RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 07-16-2012  STATUS CODE: REJ STATUS REASON: DHO OTH UTR
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 07-16-2012
REMARKS..: PROVIDE STAFF VERIFICATION OF UNTIMELINESS




   G0002       MORE PAGES TO FOLLOW . . .
```

0000219

```
NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
PAGE 010         *           FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 696654-R1      SUB1: 20DS SUB2:     DATE RCV:  07-13-2012
UNT  RCV..:G            QTR RCV.: G04-429L     FACL RCV: BRO
UNT  ORG..:G            QTR ORG.: G04-429L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:  NER  2                  RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 07-16-2012  STATUS CODE: REJ STATUS REASON: DHO OTH UTR
INCRPTNO.: 2258271   RCT:    EXT:   DATE ENTD: 07-16-2012
REMARKS..: PROVIDE STAFF VERIFICATION OF UNTIMELINESS




G0002      MORE PAGES TO FOLLOW . . .
```

0000220

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
 PAGE 011          *          FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                  QTR.:          RCV OFC: NER
REMEDY ID: 696655-R1     SUB1: 20DS SUB2:    DATE RCV:  07-13-2012
UNT  RCV..:G            QTR RCV.: G04-429L   FACL RCV: BRO
UNT  ORG..:G            QTR ORG.: G04-429L   FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:  NER  2                 RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 07-16-2012   STATUS CODE: REJ STATUS REASON: DHO OTH UTR
INCRPTNO.: 2261922    RCT:    EXT:   DATE ENTD: 07-16-2012
REMARKS..: PROVIDE STAFF VERIFICATION OF UNTIMELINESS




G0002       MORE PAGES TO FOLLOW . . .
```

0000221

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
 PAGE 012          *            FULL SCREEN FORMAT             *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:           RCV OFC: NER
REMEDY ID: 696651-R2      SUB1: 20DS SUB2:     DATE RCV:   07-25-2012
UNT  RCV..:G           QTR RCV.: G04-429L      FACL RCV: BRO
UNT  ORG..:G           QTR ORG.: G04-429L      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:  NER  2                RESP DUE:  FRI  08-24-2012
ABSTRACT.: DHO APPEAL CODE 208/307
STATUS DT: 08-24-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2259899   RCT: P EXT:   DATE ENTD: 07-31-2012
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
 THU 08-09-2012    DHO                07-31-2012    INV        08-09-2012




 G0002      MORE PAGES TO FOLLOW . . .
```

0000222

```
     NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
  PAGE 013          *              FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                      QTR.:          RCV OFC: NER
REMEDY ID: 696653-R2      SUB1: 20DS SUB2:       DATE RCV:  07-25-2012
UNT  RCV..:G            QTR RCV.: G04-429L       FACL RCV: BRO
UNT  ORG..:G            QTR ORG.: G04-429L       FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: NER  2                   RESP DUE:  FRI  08-24-2012
ABSTRACT.: DHO APPEAL/CODE 197A
STATUS DT: 08-24-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2262978   RCT: P EXT:   DATE ENTD: 07-31-2012
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
 THU 08-09-2012      DHO                07-31-2012     INV        08-09-2012




 G0002       MORE PAGES TO FOLLOW . . .
```

0000223

```
NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
PAGE 014         *           FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 696654-R2      SUB1: 20DS SUB2:     DATE RCV:   07-25-2012
UNT  RCV..:G          QTR RCV.: G04-429L       FACL RCV: BRO
UNT  ORG..:G          QTR ORG.: G04-429L       FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:  NER  2                    RESP DUE:  FRI  08-24-2012
ABSTRACT.: DHO APPEAL/CODE 397
STATUS DT: 08-24-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2261922   RCT: P EXT:   DATE ENTD: 07-31-2012
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 08-09-2012      DHO                 07-31-2012   INV          08-09-2012




G0002       MORE PAGES TO FOLLOW . . .
```

0000224

```
      NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-12-2014
    PAGE 015          *           FULL SCREEN FORMAT             *      09:47:00

    REGNO: 64363-053 NAME: GAY, ERIC
    RSP OF...: CAA UNT/LOC/DST:                   QTR.:            RCV OFC: NER
    REMEDY ID: 696655-R2      SUB1: 20DS SUB2:    DATE RCV:   07-25-2012
    UNT  RCV..:G           QTR RCV.: G04-429L     FACL RCV: BRO
    UNT  ORG..:G           QTR ORG.: G04-429L     FACL ORG: BRO
    EVT FACL.: BRO    ACC LEV: NER  2                RESP DUE: FRI  08-24-2012
    ABSTRACT.: DHO APPEAL/CODE 397
    STATUS DT: 08-24-2012  STATUS CODE: CLD STATUS REASON: DNY
    INCRPTNO.: 2258271   RCT: P EXT:   DATE ENTD: 07-31-2012
    REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
    DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
    THU 08-09-2012      DHO                07-31-2012    INV          08-09-2012




    G0002       MORE PAGES TO FOLLOW . . .
```

0000225

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       02-12-2014
PAGE 016         *            FULL SCREEN FORMAT               *       09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:              RCV OFC: CAA
REMEDY ID: 721978-F1      SUB1: 19FM SUB2:     DATE RCV:  01-30-2013
UNT  RCV..:E1 UNIT       QTR RCV.: Z03-128UAD   FACL RCV: CAA
UNT  ORG..:E1 UNIT       QTR ORG.: Z03-128UAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1 NER  1 BOP  1   RESP DUE:  TUE  02-19-2013
ABSTRACT.: I/M ALLEGES STAFF REFUSED TO DO RELEASE PACKET
STATUS DT: 02-13-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 02-07-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

0000226

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-12-2014
 PAGE 017          *           FULL SCREEN FORMAT             *     09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:           RCV OFC: CAA
REMEDY ID: 722764-F1     SUB1: 25DS SUB2:      DATE RCV:   02-12-2013
UNT  RCV..: E1 UNIT       QTR RCV.: Z05-155LAD  FACL RCV: CAA
UNT  ORG..: E1 UNIT       QTR ORG.: Z05-155LAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                        RESP DUE:
ABSTRACT.: I/M ALLEGES MISSING PROPERTY WHEN PACKED OUT
STATUS DT: 02-14-2013  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-14-2013
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

0000227

```
    NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-12-2014
  PAGE 018           *            FULL SCREEN FORMAT               *     09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:            RCV OFC: CAA
REMEDY ID: 723912-F1      SUB1: 26DS SUB2:     DATE RCV:   02-22-2013
UNT  RCV..:E1 UNIT       QTR RCV.: Z05-153LAD  FACL RCV: CAA
UNT  ORG..:E1 UNIT       QTR ORG.: Z05-153LAD  FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1                  RESP DUE:  THU  03-14-2013
ABSTRACT.: I/M ALLEGES WANTS MEDICAL WHOLE NOT CRUSHED
STATUS DT: 03-13-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          .  RCT: P EXT:    DATE ENTD: 02-25-2013
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

0000228

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-12-2014
PAGE 019          *           FULL SCREEN FORMAT              *     09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:            RCV OFC: NER
REMEDY ID: 721978-R1      SUB1: 19FM SUB2:    DATE RCV:   02-27-2013
UNT  RCV..: E1 UNIT      QTR RCV.: Z05-153LAD    FACL RCV: CAA
UNT  ORG..: E1 UNIT      QTR ORG.: Z03-128UAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1 NER  1 BOP  1    RESP DUE: FRI  03-29-2013
ABSTRACT.: RRC PLACEMENT / QUESTIONS RRC PAPERWORK
STATUS DT: 03-28-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 02-27-2013
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 03-08-2013     CORR PGM            02-27-2013    INV        03-08-2013




G0002      MORE PAGES TO FOLLOW . . .
```

0000229

```
    NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
  PAGE 020          *           FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:            RCV OFC: NER
REMEDY ID: 722764-R1      SUB1: 25DS SUB2:     DATE RCV:  03-07-2013
UNT  RCV..: E1 UNIT       QTR RCV.: Z05-153LAD  FACL RCV: CAA
UNT  ORG..: E1 UNIT       QTR ORG.: Z05-155LAD  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                       RESP DUE:
ABSTRACT.: I/M ALLEGES MISSING PROPERTY WHEN PACKED OUT
STATUS DT: 03-11-2013   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 03-11-2013
REMARKS..: PROVIDE EXPLANATION FOR UNTIMELINESS TO INSTITUTION




    G0002      MORE PAGES TO FOLLOW . . .
```

0000230

```
   NERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
PAGE 021         *              FULL SCREEN FORMAT            *     09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                  QTR.:              RCV OFC: BOP
REMEDY ID: 721978-A1      SUB1: 19FM SUB2:     DATE RCV:  04-15-2013
UNT  RCV..: E1 UNIT      QTR RCV.: Z05-141LAD    FACL RCV: CAA
UNT  ORG..: E1 UNIT      QTR ORG.: Z03-128UAD    FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA  1 NER  1 BOP  1   RESP DUE:  FRI  06-14-2013
ABSTRACT.: RRC PLACEMENT / QUESTIONS RRC PAPERWORK
STATUS DT: 06-12-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 04-17-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

0000231

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
   PAGE 022           *            FULL SCREEN FORMAT             *      09:47:00

   REGNO: 64363-053 NAME: GAY, ERIC
   RSP OF...: CAA UNT/LOC/DST:                 QTR.:            RCV OFC: CAA
   REMEDY ID: 735159-F1      SUB1: 26AS SUB2:   DATE RCV:  05-20-2013
   UNT  RCV..:E1 UNIT      QTR RCV.: Z05-156LAD  FACL RCV: CAA
   UNT  ORG..:E1 UNIT      QTR ORG.: Z05-156LAD  FACL ORG: CAA
   EVT FACL.: CAA    ACC LEV:  CAA  1              RESP DUE:  SUN  06-09-2013
   ABSTRACT.: I/M ALLEGES NOT BEING SEEN BY MEDICAL
   STATUS DT: 05-29-2013  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT:   DATE ENTD: 05-21-2013
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

0000232

```
     NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
   PAGE 023          *          FULL SCREEN FORMAT          *      09:47:00

 REGNO: 64363-053 NAME: GAY, ERIC
 RSP OF...: CAA UNT/LOC/DST:                    QTR.:            RCV OFC: CAA
 REMEDY ID: 740667-F1      SUB1: 26BM SUB2:     DATE RCV:  06-24-2013
 UNT  RCV..: E1 UNIT      QTR RCV.: Z05-151LAD    FACL RCV: CAA
 UNT  ORG..: E1 UNIT      QTR ORG.: Z05-151LAD    FACL ORG: CAA
 EVT FACL.: CAA    ACC LEV:                      RESP DUE:
 ABSTRACT.: I/M ALLEGES NO MEDICAL CARE FOR INJURY FROM 02/2012
 STATUS DT: 07-02-2013  STATUS CODE: REJ STATUS REASON: UTF
 INCRPTNO.:          RCT:   EXT:   DATE ENTD: 07-02-2013
 REMARKS..:



 G0002      MORE PAGES TO FOLLOW . . .
```

0000233

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-12-2014
   PAGE 024 OF 024 *              FULL SCREEN FORMAT              *      09:47:00

REGNO: 64363-053 NAME: GAY, ERIC
RSP OF...: CAA UNT/LOC/DST:                    QTR.:            RCV OFC: NER
REMEDY ID: 740667-R1      SUB1: 26BM SUB2:    DATE RCV:   07-10-2013
UNT  RCV..: E1 UNIT       QTR RCV.: Z05-157LAD   FACL RCV: CAA
UNT  ORG..: E1 UNIT       QTR ORG.: Z05-151LAD   FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:                       RESP DUE:
ABSTRACT.: I/M ALLEGES NO MEDICAL CARE FOR INJURY FROM 02/2012
STATUS DT: 07-15-2013  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 07-15-2013
REMARKS..: CONCUR WITH INSTITUIONAL REJECTION OF UNTIMELY




                23 REMEDY SUBMISSION(S) SELECTED
   G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

0000234

# Document 1q

0000235

```
 NERAT  531.01 *                   INMATE HISTORY              *    09-18-2014
 PAGE 001      *                   ADM-REL                     *    08:02:11


   REG NO..: 68133-053 NAME....: HILL, DEMETRIUS
   CATEGORY: ARS       FUNCTION: PRT      FORMAT:


 FCL     ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 I-T     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-17-2014 0530 CURRENT
 LEW     FED WRIT   RELEASE ON FEDERAL WRIT        06-16-2014 0830 CURRENT
 A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  06-16-2014 0530 06-17-2014 0530
 A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-16-2014 0830 06-17-2014 0530
 LEW     A-DES      DESIGNATED, AT ASSIGNED FACIL  02-10-2014 1652 06-16-2014 0830
 A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  02-10-2014 1652 02-10-2014 1652
 A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-10-2014 0900 02-10-2014 1652
 OKL     HLD REMOVE HOLDOVER REMOVED              02-10-2014 0800 02-10-2014 0800
 OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF  02-03-2014 1650 02-10-2014 0800
 S39     RELEASE    RELEASED FROM IN-TRANSIT FACL  02-03-2014 1750 02-03-2014 1750
 S39     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-03-2014 0241 02-03-2014 1750
 BMP     TRANSFER   TRANSFER                       02-03-2014 0141 02-03-2014 0141
 BMP     A-DES      DESIGNATED, AT ASSIGNED FACIL  05-08-2013 1904 02-03-2014 0141
 A02     RELEASE    RELEASED FROM IN-TRANSIT FACL  05-08-2013 2004 05-08-2013 2004
 A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-08-2013 0945 05-08-2013 2004
 OKL     HLD REMOVE HOLDOVER REMOVED              05-08-2013 0845 05-08-2013 0845
 OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF  05-06-2013 1815 05-08-2013 0845
 A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  05-06-2013 1915 05-06-2013 1915
 A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-06-2013 0750 05-06-2013 1915
 CAA     TRANSFER   TRANSFER                       05-06-2013 0750 05-06-2013 0750
 CAA     A-DES      DESIGNATED, AT ASSIGNED FACIL  01-14-2013 1920 05-06-2013 0750
 A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  01-14-2013 1920 01-14-2013 1920
 A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-14-2013 0855 01-14-2013 1920
 OKL     HLD REMOVE HOLDOVER REMOVED              01-14-2013 0755 01-14-2013 0755
 OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF  01-09-2013 1015 01-14-2013 0755
 4-C     RELEASE    RELEASED FROM IN-TRANSIT FACL  01-09-2013 1115 01-09-2013 1115
 4-C     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-08-2013 2338 01-09-2013 1115
 OAK     TRANSFER   TRANSFER                       01-08-2013 2238 01-08-2013 2238
 OAK     A-DES      DESIGNATED, AT ASSIGNED FACIL  01-08-2013 2236 01-08-2013 2238
 4-C     RELEASE    RELEASED FROM IN-TRANSIT FACL  01-08-2013 2336 01-08-2013 2336
 4-C     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-08-2013 2332 01-08-2013 2336
 OAK     HLD REMOVE HOLDOVER REMOVED              01-08-2013 2232 01-08-2013 2232
 OAK     A-DES      DESIGNATED, AT ASSIGNED FACIL  06-20-2012 1340 01-08-2013 2232
 A02     RELEASE    RELEASED FROM IN-TRANSIT FACL  06-20-2012 1440 06-20-2012 1440
 A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-20-2012 1040 06-20-2012 1440
 OKL     HLD REMOVE HOLDOVER REMOVED              06-20-2012 0940 06-20-2012 0940
 OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF  06-18-2012 1646 06-20-2012 0940
 A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  06-18-2012 1746 06-18-2012 1746
 A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-18-2012 0804 06-18-2012 1746
 LEW     TRANSFER   TRANSFER                       06-18-2012 0804 06-18-2012 0804
 LEW     A-DES      DESIGNATED, AT ASSIGNED FACIL  03-05-2012 1522 06-18-2012 0804




   G0002        MORE PAGES TO FOLLOW . . .
```

```
  REG NO..: 68133-053 NAME....: HILL, DEMETRIUS
  CATEGORY: ARS        FUNCTION: PRT      FORMAT:


FCL     ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL 03-05-2012 1522 03-05-2012 1522
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-05-2012 0925 03-05-2012 1522
OKL     HLD REMOVE  HOLDOVER REMOVED              03-05-2012 0825 03-05-2012 0825
OKL     A-HLD       HOLDOVER, TEMPORARILY HOUSED  02-28-2012 1815 03-05-2012 0825
I-T     RELEASE     RELEASED FROM IN-TRANSIT FACL 02-28-2012 1915 02-28-2012 1915
I-T     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-08-2011 0530 02-28-2012 1915
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL 11-08-2011 0530 11-08-2011 0530
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-07-2011 1005 11-08-2011 0530
LEW     FED WRIT    RELEASE ON FEDERAL WRIT       11-07-2011 1005 03-05-2012 1522
LEW     A-DES       DESIGNATED, AT ASSIGNED FACIL 10-17-2011 1627 11-07-2011 1005
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL 10-17-2011 1627 10-17-2011 1627
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-17-2011 0839 10-17-2011 1627
OKL     HLD REMOVE  HOLDOVER REMOVED              10-17-2011 0739 10-17-2011 0739
OKL     A-BOP HLD   HOLDOVER FOR INST TO INST TRF 10-14-2011 1645 10-17-2011 0739
I-T     RELEASE     RELEASED FROM IN-TRANSIT FACL 10-14-2011 1745 10-14-2011 1745
I-T     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-08-2011 0530 10-14-2011 1745
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL 09-08-2011 0530 09-08-2011 0530
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-07-2011 0840 09-08-2011 0530
OKL     HLD REMOVE  HOLDOVER REMOVED              09-07-2011 0740 09-07-2011 0740
OKL     A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-30-2011 1858 09-07-2011 0740
I-T     RELEASE     RELEASED FROM IN-TRANSIT FACL 08-30-2011 1958 08-30-2011 1958
I-T     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-17-2011 0530 08-30-2011 1958
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL 05-17-2011 0530 05-17-2011 0530
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-16-2011 0730 05-17-2011 0530
LEW     FED WRIT    RELEASE ON FEDERAL WRIT       05-16-2011 0730 10-17-2011 1627
LEW     A-DES       DESIGNATED, AT ASSIGNED FACIL 11-29-2010 1929 05-16-2011 0730
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL 11-29-2010 1929 11-29-2010 1929
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-29-2010 0915 11-29-2010 1929
OKL     HLD REMOVE  HOLDOVER REMOVED              11-29-2010 0815 11-29-2010 0815
OKL     A-BOP HLD   HOLDOVER FOR INST TO INST TRF 11-10-2010 1515 11-29-2010 0815
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL 11-10-2010 1615 11-10-2010 1615
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-10-2010 0942 11-10-2010 1615
ATL     HLD REMOVE  HOLDOVER REMOVED              11-10-2010 0942 11-10-2010 0942
ATL     A-BOP HLD   HOLDOVER FOR INST TO INST TRF 11-08-2010 1653 11-10-2010 0942
B03     RELEASE     RELEASED FROM IN-TRANSIT FACL 11-08-2010 1653 11-08-2010 1653
B03     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-08-2010 1325 11-08-2010 1653
ATL     ADMIN REL   ADMINISTRATIVE RELEASE        11-08-2010 1325 11-08-2010 1325
ATL     A-ADMIN     ADMINISTRATIVE ADMISSION      11-08-2010 1315 11-08-2010 1325
B03     RELEASE     RELEASED FROM IN-TRANSIT FACL 11-08-2010 1315 11-08-2010 1315
B03     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-08-2010 0954 11-08-2010 1315
TDG     TRANSFER    TRANSFER                      11-08-2010 0854 11-08-2010 0854




G0002      MORE PAGES TO FOLLOW . . .
```

**0000237**

```
NERAT  531.01  *                 INMATE HISTORY                *    09-18-2014
PAGE 003        *                   ADM-REL                    *    08:02:11


  REG NO..: 68133-053 NAME....: HILL, DEMETRIUS
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
TDG    A-DES      DESIGNATED, AT ASSIGNED FACIL  03-23-2009 1433 11-08-2010 0854
S01    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-23-2009 1533 03-23-2009 1533
S01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-23-2009 0811 03-23-2009 1533
MCR    TRANSFER   TRANSFER                       03-23-2009 0811 03-23-2009 0811
MCR    A-DES      DESIGNATED, AT ASSIGNED FACIL  06-11-2008 1217 03-23-2009 0811
S01    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-11-2008 1217 06-11-2008 1217
S01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-11-2008 0934 06-11-2008 1217
LEE    TRANSFER   TRANSFER                       06-11-2008 0934 06-11-2008 0934
LEE    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-02-2007 1200 06-11-2008 0934
B02    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-02-2007 1200 10-02-2007 1200
B02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-02-2007 0628 10-02-2007 1200
ATL    HLD REMOVE HOLDOVER REMOVED               10-02-2007 0628 10-02-2007 0628
ATL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-20-2007 1813 10-02-2007 0628
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  09-20-2007 1813 09-20-2007 1813
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-20-2007 1223 09-20-2007 1813
WIL    HLD REMOVE HOLDOVER REMOVED               09-20-2007 1223 09-20-2007 1223
WIL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-20-2007 1222 09-20-2007 1223
WIL    ADM CHANGE RELEASE FOR ADMISSION CHANGE   09-20-2007 1221 09-20-2007 1222
WIL    A-DES      DESIGNATED, AT ASSIGNED FACIL  09-20-2007 1138 09-20-2007 1221
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  09-20-2007 1138 09-20-2007 1138
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-20-2007 0822 09-20-2007 1138
BSY    TRANSFER   TRANSFER                       09-20-2007 0822 09-20-2007 0822
BSY    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-18-2007 1427 09-20-2007 0822
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-18-2007 1427 07-18-2007 1427
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-18-2007 0600 07-18-2007 1427
ATL    HLD REMOVE HOLDOVER REMOVED               07-18-2007 0600 07-18-2007 0600
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  06-25-2007 1652 07-18-2007 0600
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-25-2007 1652 06-25-2007 1652
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-25-2007 1030 06-25-2007 1652
OKL    HLD REMOVE HOLDOVER REMOVED               06-25-2007 0930 06-25-2007 0930
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  06-20-2007 1730 06-25-2007 0930
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-20-2007 1830 06-20-2007 1830
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-20-2007 1009 06-20-2007 1830
THP    TRANSFER   TRANSFER                       06-20-2007 1009 06-20-2007 1009
THP    A-DES      DESIGNATED, AT ASSIGNED FACIL  05-03-2007 1540 06-20-2007 1009
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  05-03-2007 1540 05-03-2007 1540
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-03-2007 0945 05-03-2007 1540
OKL    HLD REMOVE HOLDOVER REMOVED               05-03-2007 0845 05-03-2007 0845
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  04-24-2007 1805 05-03-2007 0845
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-24-2007 1905 04-24-2007 1905
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-24-2007 0842 04-24-2007 1905




G0002      MORE PAGES TO FOLLOW . . .
```

```
NERAT  531.01 *                   INMATE HISTORY            *     09-18-2014
PAGE 004       *                   ADM-REL                  *     08:02:11


 REG NO..: 68133-053 NAME....: HILL, DEMETRIUS
 CATEGORY: ARS        FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
HAZ    TRANSFER   TRANSFER                      04-24-2007 0842 04-24-2007 0842
HAZ    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-28-2006 2134 04-24-2007 0842
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-28-2006 2134 11-28-2006 2134
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-28-2006 1130 11-28-2006 2134
OKL    HLD REMOVE HOLDOVER REMOVED              11-28-2006 1030 11-28-2006 1030
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-15-2006 1637 11-28-2006 1030
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-15-2006 1737 11-15-2006 1737
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-15-2006 0845 11-15-2006 1737
NYM    HLD REMOVE HOLDOVER REMOVED              11-15-2006 0845 11-15-2006 0845
NYM    A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-25-2006 1648 11-15-2006 0845
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-25-2006 1648 10-25-2006 1648
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-25-2006 0710 10-25-2006 1648
ATL    HLD REMOVE HOLDOVER REMOVED              10-25-2006 0710 10-25-2006 0710
ATL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-24-2006 1838 10-25-2006 0710
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-24-2006 1838 10-24-2006 1838
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-24-2006 1030 10-24-2006 1838
OKL    HLD REMOVE HOLDOVER REMOVED              10-24-2006 0930 10-24-2006 0930
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-17-2006 1655 10-24-2006 0930
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-17-2006 1755 10-17-2006 1755
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-17-2006 0930 10-17-2006 1755
HAZ    FED WRIT   RELEASE ON FEDERAL WRIT       10-17-2006 0930 11-28-2006 2134
HAZ    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-12-2006 1658 10-17-2006 0930
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-12-2006 1658 09-12-2006 1658
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-12-2006 0900 09-12-2006 1658
OKL    HLD REMOVE HOLDOVER REMOVED              09-12-2006 0800 09-12-2006 0800
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-11-2006 1705 09-12-2006 0800
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-11-2006 1805 09-11-2006 1805
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-11-2006 0815 09-11-2006 1805
LEW    TRANSFER   TRANSFER                      09-11-2006 0815 09-11-2006 0815
LEW    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-14-2006 1010 09-11-2006 0815
LEW    ADM CHANGE RELEASE FOR ADMISSION CHANGE  08-14-2006 1009 08-14-2006 1010
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED  06-19-2006 1523 08-14-2006 1009
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED     03-01-2006 1948 06-19-2006 1523
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-17-2005 0554 03-01-2006 1948
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 11-17-2005 0249 11-17-2005 0554
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-13-2005 1928 11-17-2005 0249
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 11-10-2005 1424 11-13-2005 1928
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-08-2005 1555 11-10-2005 1424
6-B    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-08-2005 1555 11-08-2005 1555
6-B    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-12-2005 1251 11-08-2005 1555
BRO    HLD REMOVE HOLDOVER REMOVED              10-12-2005 1251 10-12-2005 1251




G0002      MORE PAGES TO FOLLOW . . .
```

```
NERAT  531.01 *                   INMATE HISTORY                *     09-18-2014
PAGE 005          *                  ADM-REL                    *     08:02:11


  REG NO..: 68133-053 NAME....: HILL, DEMETRIUS
  CATEGORY: ARS        FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED 10-12-2005 1249 10-12-2005 1251
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-12-2005 1249 10-12-2005 1249
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-12-2005 0535 10-12-2005 1249
LEW    HLD REMOVE HOLDOVER REMOVED             10-12-2005 0535 10-12-2005 0535
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED 09-22-2005 1749 10-12-2005 0535
3-D    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-22-2005 1749 09-22-2005 1749
3-D    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-22-2005 0801 09-22-2005 1749
LEW    HLD REMOVE HOLDOVER REMOVED             09-22-2005 0801 09-22-2005 0801
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED 07-26-2005 1306 09-22-2005 0801
LEW    ADM CHANGE RELEASE FOR ADMISSION CHANGE 07-26-2005 1306 07-26-2005 1306
LEW    A-PRE      PRE-SENT ADMIT, ADULT        07-21-2005 1144 07-26-2005 1300
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED    07-21-2005 0854 07-21-2005 1144
BRO    A-PRE      PRE-SENT ADMIT, ADULT        01-22-2005 0427 07-21-2005 0854
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 01-21-2005 2346 01-22-2005 0427
BRO    A-PRE      PRE-SENT ADMIT, ADULT        12-10-2004 1737 01-21-2005 2346
NYM    PRE REMOVE PRE SENT DETAINEE REMOVED    08-11-2004 0717 12-10-2004 1737
NYM    A-PRE      PRE-SENT ADMIT, ADULT        01-09-2004 1259 08-11-2004 0717
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED    01-09-2004 1221 01-09-2004 1259
BRO    A-PRE      PRE-SENT ADMIT, ADULT        12-19-2003 1800 01-09-2004 1221
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED    12-09-2003 0834 12-19-2003 1800
BRO    A-PRE      PRE-SENT ADMIT, ADULT        11-18-2003 1143 12-09-2003 0834
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED    10-30-2003 0700 11-18-2003 1143
BRO    A-PRE      PRE-SENT ADMIT, ADULT        09-02-2003 1740 10-30-2003 0700
NYM    PRE REMOVE PRE SENT DETAINEE REMOVED    09-02-2003 0817 09-02-2003 1740
NYM    A-PRE      PRE-SENT ADMIT, ADULT        08-29-2003 0929 09-02-2003 0817
NYM    STDY CMPLT STUDY AND OBS COMPLETED      08-29-2003 0928 08-29-2003 0929
NYM    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-31-2003 0607 08-29-2003 0928
NYM    ADM CHANGE RELEASE FOR ADMISSION CHANGE 07-31-2003 0606 07-31-2003 0607
NYM    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 07-30-2003 1709 07-31-2003 0606
NYM    ADM CHANGE RELEASE FOR ADMISSION CHANGE 07-30-2003 1708 07-30-2003 1709
NYM    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-30-2003 1419 07-30-2003 1708
NYM    ADM CHANGE RELEASE FOR ADMISSION CHANGE 07-30-2003 1418 07-30-2003 1419
NYM    A-PRE      PRE-SENT ADMIT, ADULT        07-30-2003 1020 07-30-2003 1418
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED    07-30-2003 0728 07-30-2003 1020
BRO    A-PRE      PRE-SENT ADMIT, ADULT        07-07-2003 1920 07-30-2003 0728
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED    07-07-2003 0800 07-07-2003 1920
BRO    A-PRE      PRE-SENT ADMIT, ADULT        12-10-2002 2049 07-07-2003 0800
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 12-10-2002 1452 12-10-2002 2049
BRO    A-PRE      PRE-SENT ADMIT, ADULT        12-09-2002 2228 12-10-2002 1452
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 12-09-2002 1450 12-09-2002 2228
BRO    A-PRE      PRE-SENT ADMIT, ADULT        11-06-2002 1957 12-09-2002 1450




  G0002       MORE PAGES TO FOLLOW . . .
```

**0000240**

```
 NERAT  531.01 *                INMATE HISTORY          *     09-18-2014
PAGE 006 OF 006 *                  ADM-REL              *     08:02:11

 REG NO..: 68133-053 NAME....: HILL, DEMETRIUS
 CATEGORY: ARS        FUNCTION: PRT     FORMAT:

FCL     ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
BRO    PRE REMOVE PRE SENT DETAINEE REMOVED   11-06-2002 0811 11-06-2002 1957
BRO    A-PRE      PRE-SENT ADMIT, ADULT       09-18-2002 2209 11-06-2002 0811
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

0000241

# Document 1r

```
   NERAT          *        INMATE DISCIPLINE DATA        *    09-18-2014
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD   *    08:03:47


REGISTER NO: 47009-037 NAME..: LEGRAND, JOHN FITZGERA
FUNCTION...: PRT     FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 09-18-2014

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2404175 - SANCTIONED INCIDENT DATE/TIME: 01-31-2013 1010
DHO HEARING DATE/TIME: 03-14-2013 1100
FACL/CHAIRPERSON.....: CAA/M. RENDA
REPORT REMARKS.......: I/M REFUSED TO RELEASE FROM SHU TO GENERAL POPULATION/
                       UNVERIFIED PC CASE
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 3
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
         DS         / 180 DAYS / CS
         COMP:      LAW:   6 MONTHS PER 5270.09 EXPIRES 9/14/2013
         IMPOUND    / 6 MONTHS / CS
         COMP:      LAW:   EXCLUDING RELIGIOUS AND LEGAL MATERIAL
         LP COMM    / 6 MONTHS / CS
         COMP:      LAW:   EXPIRES 11/14/2013 CS W/ ALL TERMS
         LP EMAIL   / 6 MONTHS / CS
         COMP:      LAW:   EXPIRES 9/14/2013
         LP PHONE   / 6 MONTHS / CS
         COMP:      LAW:   EXPIRES 11/14/2013 CS W/ ALL TERMS
         LP VISIT   / 6 MONTHS / CS
         COMP:      LAW:   EXPIRES 9/14/2013
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2395588 - SANCTIONED INCIDENT DATE/TIME: 01-10-2013 1035
UDC HEARING DATE/TIME: 01-14-2013 1245
FACL/UDC/CHAIRPERSON.: CAA/B1 UNIT/D. COMPTON
REPORT REMARKS.......: UDC FINDS INMATE REFUSED TO ENTER GP BASED ON THE STAFF
                       STATEMENT IN SECT. 11 & INMATE'S OWN ADMISSION.
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP COMM    / 120 DAYS / CS
         COMP:      LAW:
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 120 DAYS / CS
         COMP:      LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2368630 - SANCTIONED INCIDENT DATE/TIME: 10-28-2012 1240
UDC HEARING DATE/TIME: 10-30-2012 1330
FACL/UDC/CHAIRPERSON.: CAA/B1 UNIT/BRANDENBUR
REPORT REMARKS.......: UDC FINDS INMATE GUILTY BASED UPON STAFF STATEMENT IN
                       SECTION 11 IN INCIDENT REPORT.
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:      LAW:
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP OTHER   / 30 DAYS / CS
         COMP:      LAW:   30 DAYS LOSS OF TRU-LINKS


   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```