

GOVERNMENT
EXHIBIT

1

CARDELL 800-763-0399

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEMETRIUS HILL, et al.,                    :
            Plaintiff,                     :
                                           :
    - v -                                  :        C. A. No. 4:13-CV-00668-MWB-JVW
                                           :
DAVID EBBERT, WARDEN, et al.,              :
            Defendants.                    :

### DECLARATION OF ERIKA FENSTERMAKER

I, Erika Fenstermaker, make the following declaration under penalty of perjury:

1.   I am a Legal Assistant employed by the United States Department of Justice, Federal Bureau of Prisons, United States Penitentiary (USP), Canaan, Waymart, Pennsylvania.  I have held this position since approximately January 2, 2011.  I have been employed by the Bureau of Prisons since approximately January 2, 2011.  As a Legal Assistant, I have access to most records maintained in the ordinary course of business at USP Canaan, including records maintained in inmate Central Files for inmates who are incarcerated at USP Canaan.

3.   The institution lockdown at USP Canaan, which followed the homicide of a staff member, spanned February 25, 2013, through approximately April 8, 2013.

2.   Attached hereto, please find true and correct copies of the following documents which are maintained in the ordinary course of business at USP Canaan:

    a.   Administrative Remedy Case Number 723894-F2, with Response;
    b.   Administrative Remedy Case Number 726125-F1, with Response;
    c.   Administrative Remedy Case Number 726126-F1, with Response;
    d.   Administrative Remedy Case Number 726192-F1, with Response;
    e.   Administrative Remedy Case Number 726193-F1, with Response;
    f.   Administrative Remedy Case Number 726203-F1, with Response;
    g.   Administrative Remedy Case Number 726204-F1, with Response;
    h.   Administrative Remedy Case Number 727500-F1, with Response;
    i.   Administrative Remedy Case Number 727501-F1, with Response;
    j.   Administrative Remedy Case Number 727502-F1, with Response;
    k.   Administrative Remedy Case Number 727503-F1, with Response;
    l.   Administrative Remedy Case Number 727504-F1, with Response;
    m.  Administrative Remedy Case Number 727505-F1, with Response;
    n.   Administrative Remedy Case Number 727507-F1, with Response;
    o.   Administrative Remedy Case Number 728523-F1, with Response;
    p.   Administrative Remedy Case Number 728525-F1, with Response;
    q.   Administrative Remedy Case Number 727823-F2, with Response;
    r.   Administrative Remedy Case Number 731064-F1, with Response;
    s.   Administrative Remedy Case Number 731067-F1, with Response;
    t.   Administrative Remedy Case Number 731068-F1, with Response;

u.  Administrative Remedy Case Number 731069-F1, with Response;
v.  Administrative Remedy Case Number 730670- F1 and R1, with Responses;
w.  Administrative Remedy Case Number 733068-F2, with Response;
x.  Administrative Remedy Case Number 734590-F1, with Response;
y.  Administrative Remedy Case Number 733070-F1, with Response;
z.  Administrative Remedy Case Number 733066-F1, with Response;
aa.  Administrative Remedy Case Number 729960-F3, with Response;
bb.  Administrative Remedy Case Number 735155-F1 with Response;
cc.  Administrative Remedy Case Number 733071-F2, with Response;
dd.  Administrative Remedy Case Number 735159-F1, with Response.

I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this          21ᵗʰ                  day February 2014.


*Erika Fenstermaker*
Erika Fenstermaker
Legal Assistant
United States Penitentiary Canaan
Waymart, Pennsylvania

# Document 2a

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ___Daniel as Hill___   ___EM3303 STH___   ___CANAW___
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I want a new pencil issued every day in SHU or I want access to a pencil sharpener to be provided daily. I do alot of legal writing and need a sharp pencil each time my pencil goes dull.

___2/18/13___
DATE

_(signature)_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

02-27-2013 ⊘

03-05-2013
Resubmitted +

FINAL

_____   _____
DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

CASE NUMBER: ___723894-F1 F2___

CASE NUMBER: ___733894-F1 F2___

**Part C– RECEIPT**

Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____   _____
DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

U. S. Department of Justice            **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

---

**Name:** Hill, Demetrius
**Reg. No.:** 68133-053
**Admin. Remedy No.:** 723894-F2

---

This is in response to your Request for Administrative Remedy, which was received in this office on March 5, 2013. You are requesting a new pencil or access to a pencil sharpener daily.

Writing supplies are issued biweekly by the Special Housing Unit (SHU) staff. In the event that you require a new pencil, a request can be made to a SHU staff member and they will provide one to you.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____                              ___3/29/13___
David J. Ebbert, Warden                                        Date

CAA-1330.16
December 31, 2009
Attachment A

**ATTEMPT AT INFORMAL RESOLUTION**
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: _____ REG. NO.: _____ UNIT: _____

1. Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____

2. What resolution is requested/expected: _____

**TO BE COMPLETED BY STAFF**

3. Summary of investigation (place response on this form): _See Attached_

4. What actions were taken to resolve this matter informally (place response on this form): _See Attached_

5. Explain reasons for no resolution (place response on this form): _See Attached_

Date & Time Issued (BP-8): _____ Unit Team Member: _____
Date & Time Returned (BP-8): 2/11/13  Free   Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP-229(13) issued: ___ 2/11/13 200

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

Inmate Signature                    Date

Response to Informal Resolution Attempt

Hill, D. #68133-053

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received February 11, 2013. You state that you need additional pencil every day or a pencil sharpener available to you for use.

**4. What actions were taken to resolve this matter informally:**

Inmates in SHU have pencils, paper, and envelopes available for their use to be given out by staff on supply issue days in SHU. Additional supplies and access to the law library may be requested by copout to SHU staff.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-299(13).

S. Montauredes/Counselor

# Document 2b

U.S. DEPARTMENT OF JUSTICE                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Demetrius Hill   #65053 SHU   Canaan
        LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

National Policy allows a prisoner to have a minimum of 12 inches of legal material in their cell. C.O. Dominic refused to allow me the full 12 inches of documents inside my cell. Be advised if I am not allowed the full 12 inches I will seek Bivens lawsuit for obstructing my ability to litigate. I a full 12 inches of my legal papers, in my cell.

2/20/13 _____          _____
        DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

03-05-2013

_____          _____
        DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**          CASE NUMBER: 726125-F1

                                                            CASE NUMBER: 726125-F1

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____          _____
        DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)
                                                                            APRIL 1982
USP LVN

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

**Request for Administrative Remedy, Part B - Response**

**Name:** Hill, Demetrius
**Reg. No.:** 68133-053
**Admin. Remedy No.:** 726125-F1

This is in response to your Request for Administrative Remedy, which was received in this office on March 5, 2013. You are requesting twelve inches of legal work to be allowed in your cell in order to conduct court litigation.

During the initial property review in the Special Housing Unit, you were authorized and given twelve inches of legal work to utilize inside your cell by the property officer.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

3/28/13
Date

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP-229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Demetrius Hill _____ REG. NO.: _____ UNIT: SHU

1.  Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): C. O. Downing returned _____ me 12 inches _____ of my legal _____

2.  What resolution is requested/expected: I _____ of my legal _____ Want _____ to me _____

**TO BE COMPLETED BY STAFF**

3.  Summary of investigation (place response on this form): See Attachd

4.  What actions were taken to resolve this matter Informally (place response on this form): See Attachd

5.  Explain reasons for no resolution (place response on this form): See attachd

Date & Time Issued (BP-8): 2/20/13 4:3 pm   Unit Team Member: Brandenbyl
Date & Time Returned (BP-8): 2/25/13 pm   Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 2/27/13 pm

Satellite Operations Administrator/Unit Manager Signature: _____ Wlmg vlm

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

Inmate Signature _____   Date _____

000011

Response to Informal Resolution Attempt

Hill, D. #68133-053

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received February 25, 2013.  You state that Officer Dominic refused to provide you with 12 inches of legal material when he did the initial issue of your personal property. You would like your legal work issued to you.

**4. What actions were taken to resolve this matter informally:**

Inmate's concerns were addressed with the aforementioned staff. They state that on February 21, 2013, you were issued your personal property to include your current case legal work.  You may request to review you property via copout so the SHU Property Officer.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-9.

S.. Montaufedes/Counselor

# Document 2c

000013

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill          63103-053     SHU     CANAAN
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

Prior to coming to CANAAN, the Region (North East) and South East Region authorized and approved Symbicort to be purchased OFF formulart for my asthma, I came to CANAAN w/ a prescription for 6 months yet this facility has not given me a refill for my Symbicort asthma inhaler, I want my meds refilled. This is exhaustion!

2/28/12     D. Hill
DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

03-05-2012

DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 726126-F1

CASE NUMBER: 726126-F1

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)
                                                                                APRIL 1982
USP LWN

000014

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

---

**Name**: Hill, Demetrius
**Reg. No.**: 68133-053
**Admin. Remedy No.**: 726126-F1

---

This is in response to your Request for Administrative Remedy, received March 5, 2013, wherein you indicate that prior to coming to this institution, you were authorized and approved Symbicort, a non-formulary medication, for treatment of your Asthma. You indicate that for the last 6 months, you have not had a prescription at this institution.

A review of this matter reveals you had a non-formulary approval for this medication that recently expired on March 12, 2013. This medication was last dispensed to you on January 18, 2013.

On March 11, 2013, the Chief Pharmacist conducted a review of your medical file and noted you are currently on a high dose of ergocalciferal and calcium/Vitamin D. Additionally, on February 7, 2013, you refused to have your lab work drawn as ordered by the Clinical Director. Thus, your medication request cannot be renewed at this time without the appropriate laboratory work to reveal your current levels. If you are willing to allow your laboratory work to be drawn, notify the Health Services Administrator via an inmate request to staff and it will be re-ordered for you.

This response is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

Date  3/22/13

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Demetrius Hill     REG. NO.: 68133055     UNIT: SHu

1.   Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): I Need My Medication Symbicort refilled for my Asthma

2.   What resolution is requested/expected: I want a refill as mine is empty.

**TO BE COMPLETED BY STAFF**

3.   Summary of investigation (place response on this form): See Attached

4.   What actions were taken to resolve this matter informally (place response on this form): See attached

5.   Explain reasons for no resolution (place response on this form): See attached

Date & Time Issued (BP-8): 2-20-13  4:30 pm  Unit Team Member: Branderly
Date & Time Returned (BP-8): 2/26/13 AM   Unit Team Member: ___
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 2/27/13 Ave

Satellite Operations Administrator/Unit Manager Signature: ___

**Distribution:** (1) *If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
(2) *If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____          _____
Inmate Signature                    Date

Response to Informal Resolution Attempt

Hill, D. # 68133-053

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received February 26, 2013.  You state that you have need your Symbicort refilled for your asthma.

**4. What actions were taken to resolve this matter Informally:**

Inmate's concerns were addressed through Health Services Staff. They advise you received your final refill of your medication on January 18, 2013. You must fill out a sick call request and see the doctor for your medication to be refilled.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-9.

S.. Montauredes/Counselor

000017

# Document 2d

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill     08183-053   SHU   CANAAN
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**   Pursuant to 28 CFR 540.103 I am requesting a legal call to my attorney as I have 11 active litigations, and several due dates. Policy states the Warden shall not apply frequency limitations to calls to attorneys.

3/2/13
DATE

_Demetrius Hill_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

03-08-2013

DATE     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: 726192-F1

CASE NUMBER: 726192-F1

**Part C– RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

000019

U. S. Department of Justice    **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
·USP, Canaan, Pennsylvania

Name: Hill, Demetrius
Reg. No.: 68133-053
Admin. Remedy No.: 726192-F1

This is in response to your Request for Administrative Remedy received in this office on March 8, 2013, in which you request a legal call.

Program Statement 5264.08, Inmate Telephone Regulations, Page 11, states in part, "Based on these provisions, frequent confidential inmate-attorney calls should be allowed only when an inmate demonstrates that communication with his or her attorney by other means is not adequate. For example, when the inmate or the inmate's attorney can demonstrate an imminent court deadline (see the Program Statements Inmate Correspondence or Inmate Legal activities).

In order to be considered for a confidential legal call, you will need to submit an "Inmate Request for a Legal Telephone Call" form. This form can be obtained from a member of your assigned unit team. If approved, your unit team will then facilitate a confidential legal telephone call with your legal representative.

This response is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, 7th Floor, Philadelphia, PA 19106.

_____                    _____
David J. Ebbert, Warden                    Date   3/25/13

PRA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

*TO BE COMPLETED BY INMATE*

INMATE'S NAME: Demtrius Hill     REG. NO.: _____     UNIT: SHU

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): Pursuant to 28 C.F.R. 540.103 I am requesting a legal call to my attorney as I was no active inmate

2. What resolution is requested/expected: To be allowed to call my attorney without this being a not a civilian

*TO BE COMPLETED BY STAFF*

3. Summary of Investigation (place response on this form): See Attached

4. What actions were taken to resolve this matter informally (place response on this form): See Attached

5. Explain reasons for no resolution (place response on this form): See Attached

Date & Time Issued (BP-8): 2/5y/12     Unit Team Member: ____
Date & Time Returned (BP-8): 7/7/12 rec     Unit Team Member: ____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: ____

Satellite Operations Administrator/Unit Manager Signature: ____

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

Inmate Signature          Date

000021

Response to Informal Resolution Attempt

Hill, Demetrius # 68133-053

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received in this office on March 3, 2013. You would like to make a legal call to your attorney for you active legal cases.

**4. What actions were taken to resolve this matter informally:**

A legal call request form must be completed and turned in to your unit manager for consideration prior to completing your legal call. I've attached the form to complete and submit.

**5. Explain reasons for no resolution:**

Inmate not satisfied with response and requested a BP-9.

S. Montauredes/Counselor

# Document 2e

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill     68133-053   SHU     CANAAN

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

I want the SHU staff directed to provide the book cart to prisoners on a weekly basis. The staff refused to bring the book cart on c-range 3 weeks in a row.

3/2/13
DATE

_Demetrius Hill_
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

03-08-2013

DATE

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

WARDEN OR REGIONAL DIRECTOR

CASE NUMBER: 726193-F1

CASE NUMBER: 726193-F1

**Part C- RECEIPT**

Return to:

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT:

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN       BP-229(13)
APRIL 1982

000024

U. S. Department of Justice      **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

---

**Name**: Hill, Demetrius
**Reg. No.**: 68133-053
**Admin. Remedy No.**: 726193-F1

---

This is in response to your Request for Administrative Remedy, which was received in this office on March 8, 2013. You are requesting the book cart be available weekly to inmates housed in the Special Housing Unit.

The SHU book cart is made available to all inmates housed in the Special Housing Unit on a weekly basis.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____          _3/28/13_____
David J. Ebbert, Warden                                Date

CAA-1330.16
December 31, 2009
Attachment A

### ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Demetrius Hill   REG. NO.: 88135□   UNIT: BHU

1.   Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): I request a memo send to unit staff to no the Book Unit (  ) week

2.   What resolution is requested/expected: weekly book cart

**TO BE COMPLETED BY STAFF**

3.   Summary of investigation (place response on this form): See Attached

4.   What actions were taken to resolve this matter informally (place response on this form): See Attached

5.   Explain reasons for no resolution (place response on this form): See Attached

Date & Time Issued (BP-8): 2/24/17   Unit Team Member: _____
Date & Time Returned (BP-8): 3/1/13 Am   Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 3/4/13 Am

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution:*   (1) *If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
   (2) *If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____   _____
Inmate Signature             Date

000026

**Response to Informal Resolution Attempt**

**Hill, Demetrius # 68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received in this office on March 3, 2013. You would like access to the book cart on a weekly basis while housed in SHU.

**4. What actions were taken to resolve this matter informally:**

After speaking with SHU staff, the book cart is made available on a weekly basis to all inmates assigned in SHU for use.

**5. Explain reasons for no resolution:**

Inmate not satisfied with response and requested a BP-9.

S. Montauredes/Counselor

000027

# Document 2f

000028

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Demetrius Hill**          **68153-053**   **3H1**   **CANAAN**
LAST NAME, FIRST, MIDDLE INITIAL.          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST**

Oakdale, Talladega, lewisburg SIS dept
all did threat assessments and concluded that
there was an active threat on my life amongst
both East and West coast organizations. Yet I was
sent to CAnaan where I have several separations
and where two staff write memos about a incident,
involving multiple other prisoners. yet my transfer still has
not been gone I want to be transfered.

3/4/13          Demetrius Hill
DATE          SIGNATURE OF REQUESTER

**Part B- RESPONSE**

03-08-2013

_____          _____
DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**          CASE NUMBER: 726263-F1

CASE NUMBER: 726263-F1

**Part C- RECEIPT**

Return to: _____          _____   _____   _____
LAST NAME, FIRST, MIDDLE INITIAL.          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN

U.S. Department of Justice                    *Request for Administrative Remedy, Part B - Response*
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

**Name**: Hill, Demetrius
**Reg. No.**: 68133-053
**Admin. Remedy No.**: 726203-F1

This is in response to your Request for Administrative Remedy, dated March 2, 2013, which was received in this office on March 8, 2013. You claim in your Administrative Remedy that you have several CIM assignments at this institution but you still have not been transferred.

An investigation into your claim revealed that on March 13, 2013, a completed SIS report recommended that you be classified as a Verified Protective Custody case. The report also recommended that you receive a CIM assignment of Separation from several inmates at USP Canaan and that you be submitted for transfer to a facility commensurate with your security and programming needs.

This response is for informational purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

_3/21/13_
Date

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

*TO BE COMPLETED BY INMATE*

INMATE'S NAME: *Hill*          REG. NO. *08330*    UNIT: *9Hu*

1.  Complaint (be specific, if related to UDC appeal, specify relevant section of Inmate Discipline Policy): *SIS Still has not completed my Threat*
    *assessment so that I could be Transfered*

2.  What resolution is requested/expeded: *I W/ the assessment*
    *completed so I can be Transfered*

*TO BE COMPLETED BY STAFF*

3.  Summary of investigation (place response on this form): *See Attached*

4.  What actions were taken to resolve this matter informally (place response on this form): *See Attached*

5.  Explain reasons for no resolution (place response on this form): *See Attached*

Date & Time Issued (BP-8): *02-25-13/2:32pm*  Unit Team Member: *D. Compton*
Date & Time Returned (BP-8): *3/3/13 Avg*  Unit Team Member: *Supt*
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: *3/4/13 Ave*

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____          _____
Inmate Signature          Date

**Response to Informal Resolution Attempt**

**Hill, Demetrius # 68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received in this office on March 3, 2013. You would like your threat assessment completed so you may be transferred to an appropriate institution.

**4. What actions were taken to resolve this matter informally:**

After speaking with SIS staff a protective custody investigation, at your request, is currently being conducted to substantiate a threat against your life. If an imminent threat can be established against you, you will be transferred to an institution more conducive with your security needs.

**5. Explain reasons for no resolution:**

Inmate not satisfied with response and requested a BP-9.

S. Montauredes/Counselor

000032

# Document 2g

000033

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill                    09155-088 SHU        C-NLW
_____
LAST NAME, FIRST, MIDDLE INITIAL.          REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**

The Week of Feb 6 I attempted to Print legal cases from the law library computer and the week of Feb 22, both times there was no Paper in the printer and the Cases did not print I told Lt. Thomas Who Said he Would Call education or Computer Services. I still have not gotten the Cases I Want the Cases Printed and Provided to me.

_____3/2/13_____          Demetrius Hill
DATE                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

received
03-08-2013

_____          _____
DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 726204-F1

                                                 CASE NUMBER: 726204-F1

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT        INSTITUTION

**000034**

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Demetrius Hill       REG. NO.: _____       UNIT: SMU

1.  Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): On Feb 16 and the will on Feb 22 I printed legal cases off the law library and I could not print due to lack of paper I took on true facts

2.  What resolution is requested/expected: I ____ the legal cases reprinted off the law library camp

**TO BE COMPLETED BY STAFF**

3.  Summary of investigation (place response on this form): See Attached

4.  What actions were taken to resolve this matter informally (place response on this form): See Attached

5.  Explain reasons for no resolution (place response on this form): See Attached

Date & Time Issued (BP-8): 2/24/13       Unit Team Member: _____
Date & Time Returned (BP-8): 3/7/13 rec.       Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 3/4/13 rec.

Satellite Operations Administrator/Unit Manager Signature: Uncle Wilmington

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____        _____
Inmate Signature        Date

000035

**Response to Informal Resolution Attempt**

**Hill, Demetrius # 68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received in this office on March 3, 2013. On February 6th, and the week of February 22 you printed legal cases from SHU's law library. You claim the computer was out of paper, but your monetary account was charged for the copies. You would like to receive the copies.

**4. What actions were taken to resolve this matter informally:**

After speaking with education staff, they will investigate your claims. If your claim can be substantiated, the copies will be distributed to you for use.

**5. Explain reasons for no resolution:**

Inmate not satisfied with response and requested a BP-9.

S. Montauredes/Counselor



U. S. Department of Justice

Federal Bureau of Prisons

~~USP Canaan~~
*3057 Easton Turnpike*
*Waymart, PA 18472*

March 27, 2013

## MEMORANDUM TO ADMINISTRATIVE REMEDY COORDINATOR

**FROM:**       Hill, Demetrius #68133-053

**SUBJECT:**       Withdraw of Request to Staff (BP-9 726204-F1)

. Hill, Demetrius Reg. No. 68133-053 withdraw this Request to Staff, willingly and without
·Juress, as this matter has been resolved (or as my concerns in this matter have been
.iddressed).

Inmate Signature _____       Date: 3/27/13

Staff Witness: _____       Date: 3·27-13

DEMETRIUS HILL, 68133-053
CANAAN USP     UNT: E2 UNIT     QTR: Z06-254UAD
PO BOX 400
WAYMART, PA 18472

# Document 2h

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill    61103-053    SHU    CANAAN
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

The SHU law library computer does not allow me to e-mail sexual abuse complaints (PREA) directly to the O.I.G. National policy requires all prisoner computers have e-mail access to the OIG directly. This facility is attempting to hide an condone sexual abuse; I want e-mail access granted.

8/13/13      D Hill
DATE      SIGNATURE OF REQUESTER

**Part B- RESPONSE**

03-22-2013

DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 787500-F1

CASE NUMBER: 787500-F1

**Part C- RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____      _____
DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      BP-229(13)
APRIL 1982

000040

-U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

**Name**: Hill, Demetrius
**Reg. No.**: #68133-053
**Admin. Remedy No.**: 727500-F1

This is in response to your Request for Administrative Remedy dated March 13, 2013, in which you allege that you cannot email the Office of the Inspector General (O.I.G) from the law library in the Special Housing Unit computer.

PREA regulation on this topic, states: § 115.51 Inmate reporting.
(a) The agency shall provide multiple internal ways for inmates to privately report sexual abuse and sexual harassment, retaliation by other inmates or staff for reporting sexual abuse and sexual harassment, and staff neglect or violation of responsibilities that may have contributed to such incidents.
(b) The **agency shall also provide at least one way for inmates to report abuse or harassment to a public or private entity or office that is not part of the agency,** and that is able to receive and immediately forward inmate reports of sexual abuse and sexual harassment to agency officials, allowing the inmate to remain anonymous upon request. Inmates detained solely for civil immigration purposes shall be provided information on how to contact relevant consular officials and relevant officials at the Department of Homeland Security.

Therefore, inmates are afforded special mail privileges to report allegations to OIG which is sufficient for PREA compliance.

This response is for informational purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office/U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden                                Date 4/15/13

CAR-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP-229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229(13) form.*

### TO BE COMPLETED BY INMATE

INMATE'S NAME: _Demetrius H___   REG. NO. _18133-05_   UNIT: _H__

1. Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
   _____
   _____

2. What resolution is requested/expected: _____
   _____

### TO BE COMPLETED BY STAFF

3. Summary of investigation (place response on this form): _See Attach'd_
   _____

4. What actions were taken to resolve this matter informally (place response on this form): ____
   _See Attach'd_
   _____

5. Explain reasons for no resolution (place response on this form): _See Attach'd_
   _____

Date & Time Issued (BP-8): _____   Unit Team Member: _____
Date & Time Returned (BP-8): _3/6/13 ___ ____   Unit Team Member: ___
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: _3/6/13 ____

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
   *(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____         _____
Inmate Signature                  Date

000042

Response to Informal Resolution Attempt

Hill,D. #68133-053

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received March 18, 2013. You state that SHU's law library has no access to email for your access. You would like to email OIG for abuse.

**4. What actions were taken to resolve this matter informally:**

Inmate's concerns were addressed through Education staff, the law library is currently maintained to BOP program statement standards. You may correspond with OIG, through outgoing mail.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-9.

S.. Montauredes/Counselor

000043

# Document 2i

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill            bx123053    3/4    CANAAN
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

On 3/9/13 CO Brill opened my out-going media mail and legal mail, read the contents and initiated a Campaign of harassment and abuse in retaliation. I want this officer and his co-worker Suspended; And Someone assigned to Pick up legal mail, and media mail.

3/19/13
DATE

*D Hill*
SIGNATURE OF REQUESTER

0322-2013

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**          CASE NUMBER: 727501-F1

CASE NUMBER: 727501-F1

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          _____
DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                   BP–229(13)
                                                          APRIL 1982

000045

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

<hr>

**Name**: Hill, Demetrius
**Reg. No.**: 68133-053
**Admin. Remedy No.**: 727501-F1

<hr>

This is in response to your Request for Administrative Remedy, dated March 19, 2013, which was received in this office on March 22, 2013. You claim in your Administrative Remedy that staff assigned to the Special Housing Unit opened your media mail and legal mail, read the contents and initiated a campaign of harassment and retaliation. You request to have someone assigned to pick up legal mail and media mail.

A review into your claim revealed that you are not the subject of harassment and retaliation as you allege. Furthermore, staff are authorized to open both media and legal mail in order to ascertain they are such and that inmates are not attempting to circumvent mailing procedures.

This response is for information purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____
David J Ebbert, Warden

_____
Date   4/2/13

000046

CAR-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

### TO BE COMPLETED BY INMATE

INMATE'S NAME: Dometric H ___ REG. NO. _____ UNIT: _____

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
_____
_____

2. What resolution is requested/expeded: _____
_____

### TO BE COMPLETED BY STAFF

3. Summary of Investigation (place response on this form): ___See Attach___
_____

4. What actions were taken to resolve this matter informally (place response on this form): ___See Attach___

5. Explain reasons for no resolution (place response on this form): ___See Attach___

Date & Time Issued (BP-8): _____ Unit Team Member: _____
Date & Time Returned (BP-8): 1/18/17 Unit Team Member _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 1/18/13 ___

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____
Inmate Signature                    Date

000047

INMATE'S NAME:   Hill, D.
INMATE'S REG. NUMBER:   68133-053
DATE: 3-10-2013

3.    Summary of Investigation:

This is in response to your request for administrative remedy received on March 10, 2013. You allege that on March 4, 2013 Officer Brill opened your legal mail and harassed and abused you. You would like the officer suspended and for his actions.

After speaking with the above mentioned staff, he denies your allegations. It is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner.   Additionally, allegations such as yours are taken seriously and will be given an appropriate amount of review and/or investigation.   Due to the privacy interest of the staff member which you name, we are unable to disclose to you any findings or the result or our review of this matter.

4.    What actions were taken to resolve this matter informally:

The inmate was advised to proceed to the BP-9 level as it can't be resolved at this level.

5.    Explain reasons for no resolution:

Inmate Hill must proceed to BP-9 level due to his Staff allegations.

S. Montantedes / Counselor

# Document 2j

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Benefirus Hill_ _____ _61722?_ _3H_ _CNVN_
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A- INMATE REQUEST**

C. O. Gurns refused to turn my light
out upon request, this was the third # time
this week. I want the cameras reviewed.
this is a pattern an practice of abuse in
retaliation for filing complaints about staff.
dereliction of duty.

_3/3/13_ _____ _D Hall_
　　DATE　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B- RESPONSE**

03-22-2013

_____　　　　　_____
　　　DATE　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**　　CASE NUMBER: _727508-F1_

CASE NUMBER: _727508-F1_

**Part C- RECEIPT**

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　　⊗　　　_____
　　DATE　　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LWN　　　　　　　　　　　　　　　　　　　　　　BP-229(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　APRIL 1982

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

---

**Name**: Hill, Demetrius
**Reg. No.**: 68133-053
**Admin. Remedy No.**: 727502-F1

---

This is in response to your Request for Administrative Remedy, dated March 19, 2013, which was received in this office on March 22, 2013. You claim in your Administrative Remedy that a staff member assigned to the Special Housing Unit (SHU) refused to turn off the light in your cell for the third time this week. You request to have the cameras reviewed.

A review into your claim revealed that the staff member you referenced worked in SHU on March 17, 2013, but was not assigned to SHU on March 18 or March 19, 2013. Therefore, this staff member could not have refused to turn off the lights in your cell for the third time that week. Furthermore, you failed to provide a specific date and time these incidents allegedly occurred, therefore, no camera footage could be observed.

This response is for informational purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

Date   4/5/13

CAA-1330.16
December 31, 2009
Attachment A

ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: _____   REG. NO.: _____   UNIT: _____

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____

_____

_____

2. What resolution is requested/expected: _____

_____

_____

**TO BE COMPLETED BY STAFF**

3. Summary of investigation (place response on this form): _See Attach_

_____

4. What actions were taken to resolve this matter informally (place response on this form): _See Attach_

5. Explain reasons for no resolution (place response on this form): _See Attach_

_____

Date & Time Issued (BP-8) 2-20-13 @ 1:30     Unit Team Member: _____
Date & Time Returned (BP-8): 3/8/13 am     Unit Team Member _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: 3/8/13 sam

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

Inmate Signature _____   Date _____

INMATE'S NAME:  Hill, D.
INMATE'S REG. NUMBER:  68133-053
DATE: 3-10-2013

3.      Summary of Investigation:

This is in response to your request for administrative remedy received on March 10, 2013. You allege that on March 5, 2013 Officer Gurns refused to turn off your cell light and you were subjected to sleep deprivation as a result. You would like the video reviewed for the time period and the officer suspended and for his actions.

After speaking with staff assigned to SHU, he denies your allegations. It is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner.   Additionally, allegations such as yours are taken seriously and will be given an appropriate amount of review and/or investigation.   Due to the privacy interest of the staff member which you name, we are unable to disclose to you any findings or the result or our review of this matter.

4.      What actions were taken to resolve this matter informally:

The inmate was advised to proceed to the BP-9 level as it can't be resolved at this level.

5.      Explain reasons for no resolution:

Inmate Hill must proceed to BP-9 level due to his Staff allegations.

S. Montanredes / Counselor

# Document 2k

000054

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill    62123-053    SHU    CANAAN
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

C.O. Brill & his co-worker refused to turn my light out (again) the following night forcing me to remain awake all night. Sensory deprivation is a form of torture, I want these officers suspended. This matter must be investigated and cameras reviewed.

3/19/13
DATE

D. Hill
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

03-22-20

DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

CASE NUMBER: 727503-F1

CASE NUMBER: 727503-F1

**Part C- RECEIPT**
Return to:
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT:

DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

000055

U. S. Department of Justice                    *Request for Administrative Remedy, Part B - Response*
Federal Bureau of Prisons
*USP, Canaan, Pennsylvania*

*Name*: Hill, Demetrius
*Reg. No.*: 68133-053
*Admin. Remedy No.*: 727503-F1

This is in response to your Request for Administrative Remedy, dated March 19, 2013, which was received in this office on March 22, 2013. You claim in your Administrative Remedy that staff assigned to the Special Housing Unit (SHU) refused to turn off the light in your cell again the following night and are therefore torturing you. You request the officers be suspended, the matter investigated and the cameras reviewed.

A review into your claim revealed that you requested to have your lights turned off when the officer made rounds in SHU. However, you had a towel hanging from the bed frame which obstructed a clear view. Staff requested that you remove the towel in order for them to be able to visually observe you. You initially refused and after several orders, you removed the towel from the bed.   At that time, staff turned your lights off. Camera footage was not viewed because you did not provide a specific date of the alleged incident.

This response is for informational purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____                    ___4/5/13___
David J. Ebbert, Warden                       Date

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

*TO BE COMPLETED BY INMATE*

INMATE'S NAME: Demetrius H. ll     REG. NO. 8X12xxx     UNIT: 3HU

1.  Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): on 3/4/13 at Wdm I.C. cells and t.

2.  What resolution is requested/expeded:

*TO BE COMPLETED BY STAFF*

3.  Summary of investigation (place response on this form):     See Attached

4.  What actions were taken to resolve this matter informally (place response on this form):     See Attached

5.  Explain reasons for no resolution (place response on this form):     See Attached

Date & Time Issued (BP-8): _____     Unit Team Member: _____
Date & Time Returned (BP-8): 3/8/13 pm     Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: 3/8/13 pm

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____     _____
Inmate Signature     Date

INMATE'S NAME:  Hill, D.
INMATE'S REG. NUMBER:  68133-053
DATE: 3-10-2013

3.      Summary of Investigation:

This is in response to your request for administrative remedy received on March 10, 2013. You
allege that on March 4, 2013 Officer Brill and an unknown officer refused to turn off your cell
light. You claim when you asked him to turn it off, they used racial slurs toward you. You would
like the officers suspended and moved out of the unit for their actions.

After speaking with staff assigned to SHU, they deny your allegations. It is the policy of the
Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair
and impartial manner.   Additionally, allegations such as yours are taken seriously and will be
given an appropriate amount of review and/or investigation.   Due to the privacy interest of the
staff member which you name, we are unable to disclose to you any findings or the result of our
review of this matter.

4.      What actions were taken to resolve this matter informally:

The inmate was advised to proceed to the BP-9 level as it can't be resolved at this level.

5.      Explain reasons for no resolution:

Inmate Hill must proceed to BP-9 level due to his Staff allegations.

S. Monfauredes / Counselor

# Document 21

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Dennis C. B. Hill     681  053     SHu     CANAAN
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

I want to know why 10$ was (stolen) expropriated out of my account. The PLRA filing fee only directs money to be taken "if" I received money the prior month. There is No court order directing any PLRA filing fee be taken on 3/8/13. I want said money returned.

_____ DATE            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

03-22-2013

_____
DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: 787504-F1

                                      CASE NUMBER: 787504-F1

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)     BP-229(13)
                                                  APRIL 1982
USP LVN

U. S. Department of Justice

*Request for Administrative Remedy, Part B - Response*

Federal Bureau of Prisons
*USP, Canaan, Pennsylvania*

---

**Name**: Hill, Demetrius
**Reg. No.**: 68133-053
**Admin. Remedy No.**: 727504-F1

---

This is in response to your Request for Administrative Remedy, dated March 22, 2013, which was received in this office on March 29, 2013.  You allege Ten dollars was removed from your account.

When you file a PLRA the filing fees are removed from your account from the last six months deposits to make the twenty percent for the initial PLRA payment.  After the initial payment has been met every deposit made into your account for the month has twenty percent calculated and encumbered to go towards that payment that is due the first of every month.

This response is for informational purposes only.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____
David J. Ebbert, Warden

_____
Date  4/5/13

000061

ATTEMPT INFORMAL RESOLUTION
(Request for Administrative Remedy)

The Federal Bureau of Prisons Program Statement 1330.13, Administrative Remedy Program, dated December 22, 1995, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.

*TO BE COMPLETED BY INMATE*

INMATE'S NAME: _____   REG. NO.: _____   UNIT: _____

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
   _____
   _____

2. What resolution is requested/expected: _____
   _____
   _____
   _____

*TO BE COMPLETED BY STAFF*

3. Summary of investigation: _See Attached_
   _____
   _____

4. What actions were taken to resolve this matter informally: _See Attached_
   _____
   _____

5. Explain reasons for no resolution: _See Attach_
   _____
   _____

Date & Time Issued: _____   Correctional Counselor: _____
Date & Time Returned: 7/18/13  Aug   Correctional Counselor: _____
Date & Time Investigation Completed and BP229(13) Issued: 7/18/13   2:55p

Camp Administrator/Unit Manager Signature: _____

Distribution:   (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
   (2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____   _____
Inmate Signature                          Date

000062

**Response to Informal Resolution Attempt**

**Hill, Demetrius # 68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received in this office on March 18, 2013. You claim you had money removed from your account without your consent and would like it returned. .

**4. What actions were taken to resolve this matter informally:**

After investigating your claims, money was removed from your account for your initial PLRA payment for filling fees.

**5. Explain reasons for no resolution:**

Inmate not satisfied with response and requested a BP-9.

S. Montauredes/Counselor

# Document 2m

000064

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill                68133-053        SHU        CANAAN
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**   On 3/11/13 at or around 4 am c.o.
John Doe turned my light on and then refused to
turn the light out, when I asked for the light
out c.o. John Doe stated "go to sleep boy". In
accordance with PS 3920.09 (employee conduct) I
want this officer suspended.

3/11/13                                        D. Hill
DATE                                        SIGNATURE OF REQUESTER

**Part B- RESPONSE**

03-22-2013

DATE                                        WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: 727505-F1

                                                        CASE NUMBER: 727505-F1

**Part C- RECEIPT**
Return to:
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT:

DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)        BP-229(13)
                                                                                        APRIL 1982
USP LVN

U. S. Department of Justice                    *Request for Administrative Remedy, Part B - Response*
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

---

*Name*: Hill, Demetrius
*Reg. No.*: 68133-053
*Admin. Remedy No.*: 727505-F1

---

This is in response to your Request for Administrative Remedy, dated March 19, 2013, which was received in this office on March 22, 2013. You claim in your Administrative Remedy that on March 4, 2013, staff assigned to SHU refused to turn off the light in your cell. You request that this officer be suspended.

A review into your claim revealed that you requested to have your lights turned off when the officer made rounds in SHU. However, you had your towel hanging from the bed frame and it was covering you. Staff requested that you remove the towel in order for them to be able to visually observe you. You initially refused and after several orders, you removed the towel from the bed, at that time, staff turned your lights off

This response is for information purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____                          _____
David J. Ebbert, Warden                           Date  4/9/13

CAA-1330.16
December 31, 2009
Attachment A

**ATTEMPT AT INFORMAL RESOLUTION**
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that Inmates attempt to Informally present their complaint to staff and allow staff to attempt to Informally resolve any Issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If Informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: _____   REG. NO. _____   UNIT: _____

1.   Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
     _____
     _____

2.   What resolution Is requested/expected: _____
     _____

**TO BE COMPLETED BY STAFF**

3.   Summary of Investigation (place response on this form): _See Attached_
     _____

4.   What actions were taken to resolve this matter informally (place response on this form): _See Attached_

5.   Explain reasons for no resolution (place response on this form): _See Attached_
     _____

Date & Time Issued (BP-8): _____   Unit Team Member: _____
Date & Time Returned (BP-8): 7/31/13  Aver   Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: 7/18/13 Aver

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
          *(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____              _____
Inmate Signature                 Date

**000067**

INMATE'S NAME:  Hill, D.
INMATE'S REG. NUMBER:  68133-053
DATE: 3-10-2013

3.      Summary of Investigation:

This is in response to your request for administrative remedy received on March 10, 2013. You allege that on March 4, 2013 an unknown officer refused to turn off your cell light. You claim when you asked him to turn it off, he stated," Go so sleep boy." You would like the officer suspended for his actions.

After speaking with staff assigned to SHU, they deny your allegations. It is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner.   Additionally, allegations such as yours are taken seriously and will be given an appropriate amount of review and/or investigation.   Due to the privacy interest of the staff member which you name, we are unable to disclose to you any findings or the result or our review of this matter.

4.      What actions were taken to resolve this matter informally:

The inmate was advised to proceed to the BP-9 level as it can't be resolved at this level.

5.      Explain reasons for no resolution:

Inmate Hill must proceed to BP-9 level due to his Staff allegations.

S. Montauredes / Counselor

# Document 2n

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ___Dennis J. Hill_____ __6173-03__ __3HU__ __CANAAN__
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A- INMATE REQUEST**

Pursuant to 28 CFR 542.17 I request
to view the BP-9 index of all BP-9's filed in
2012 and 2013, at this facility. I will then
identify the actual BP-9 and response I want to
view. National policy above requires the administrative
remedy clerk to comply with this request promptly.

___3/19/13___
　　DATE

___D.H.___
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

received
03-22-2013

_____
DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 727501-F1

CASE NUMBER: 727501-F1

**Part C- RECEIPT**

Return to: _____ _____ _____ _____
　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

000070

PAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: _____ REG. NO.: _____ UNIT: _____

1.  Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____

    _____

    _____

2.  What resolution is requested/expected: _____

    _____

**TO BE COMPLETED BY STAFF**

3.  Summary of Investigation (place response on this form): *See Attached*

    _____

4.  What actions were taken to resolve this matter informally (place response on this form): *See Attached*

    _____

5.  Explain reasons for no resolution (place response on this form): *See Attach*

    _____

Date & Time Issued (BP-8): _____ Unit Team Member: _____
Date & Time Returned (BP-8): 7/16/13 _____ Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 7/17/13 ____

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____          _____
Inmate Signature                 Date

000071

This is in response to your Attempt at Informal Resolution.  You request information pertaining to other inmate's administrative remedy files. Specifically, you ask to review all BP-09's filed in 2012 and 2013.

A review of this matter reveals that you are not authorized to obtain information or property belonging to another inmate.

Should you wish to make a request through the Freedom of Information Act (FOIA), you may do so to the following address:

> Central Office, Office of General Counsel,
> Freedom of Information (FOI) Section
> 320 First Street NW
> Washington DC  20534.



U. S. Department of Justice

Federal Bureau of Prisons

---

*USP Canaan*
*3057 Easton Turnpike*
*Waymart, PA 18472*

April 2, 2013

## MEMORANDUM TO ADMINISTRATIVE REMEDY COORDINATOR

FROM:          Kyle Lindsay, Unit Manager

SUBJECT:       Withdraw of Request for Administrative Remedy - #727507-F1

I, Hill, Demetrius Reg. No. _68133-053_, withdraw this Request for Administrative Remedy, willingly and without duress, as this matter has been resolved (or as my concerns in this matter have been addressed).

Inmate Signature _D.H.H_____ Date: _4/2/13_

Staff Witness: _Kyle Lindsay___ Date: _4/2/13_

DEMETRIUS HILL, 68133-053
CANAAN USP      UNT: E2 UNIT      QTR: Z06-254UAD
PO BOX 400
WAYMART,   PA 18472

# Document 2o

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill      D53     SHU     CANAAN

         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

National Policy requires that 2 blankets be issued to each prisoner. And I want another blanket provided in stru, especially when the weather is below 30 degrees.

3/31/13

DATE

Demetrius Hill

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 728523-F1

                                  CASE NUMBER: 728523-F1

**Part C– RECEIPT**

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____

DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

000076

U. S. Department of Justice       **Request for Administrative Remedy, Part B – Response**
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Name*: Hill, Demetrius
*Reg. No.*: 68133-053
*Admin. Remedy No.*: 728523-F1

This is in response to your Request for Administrative Remedy, which was received in this office on April 4, 2013. You claim the quantity of blankets (1ea) issued in the Special Housing Unit is unsatisfactory and that it does not fit the requirements of national policy.

The Special Housing Unit at USP Canaan is kept at a comfortable 74 degrees throughout the year. You have been provided with the necessary linen authorized by policy.

For these reasons, your request for administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____                           _____
David J. Ebbert, Warden                                     Date   4/9/13

000077

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229(13)form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Demetrius Hill _____ REG. NO.: _____ UNIT: ____

1. Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____

2. What resolution is requested/expected: _____

**TO BE COMPLETED BY STAFF**

3. Summary of investigation (place response on this form): *See Attach*

4. What actions were taken to resolve this matter informally (place response on this form): *See Attach*

5. Explain reasons for no resolution (place response on this form): *See Attach*

Date & Time Issued (BP-8): 3/20/13   5:48 pm   Unit Team Member: Brandon

Date & Time Returned (BP-8): 3/26/13 Pass   Unit Team Member: ____

Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 7/22/13 Pass

Satellite Operations Administrator/Unit Manager Signature: _____

**Distribution:** (1) *If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
(2) *If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____ , this issue was informally resolved.

Inmate Signature _____ Date _____

**Response to Informal Resolution Attempt**

**Hill, D. # 68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received March 26, 2013. You state that you need two blankets be provided to you during winter months in SHU.

**4. What actions were taken to resolve this matter informally:**

After speaking with SHU staff, you were issued the appropriate number of blankets within policy to accommodate your needs.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-299(13).

S. Montauredes/Counselor

# Document 2p

000080

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius All          32053     BHa     CANAAN

      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

I have a right to be given a new pair of underwear everyday. I cannot be compelled to wear the same underwear for three days in a row. No sytm in the BOP only issues one pair of underwear. CANAAN is no exception.

3/31/13

DATE                   SIGNATURE OF REQUESTER

**Part B- RESPONSE**

04-01-2013

3/29/13

DATE                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**     CASE NUMBER: 728535-F1

                                    CASE NUMBER: 728535-F1

**Part C- RECEIPT**

Return to:

      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT:

DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

                                                 BP-229(13)
                                                 APRIL 1982

USP LVN

000081

U. S. Department of Justice          **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

**Name:** Hill, Demetrius
**Reg. No.:** 68133-053
**Admin. Remedy No.:** 728525-F1

This is in response to your Request for Administrative Remedy, which was received in this office on April 1, 2013. You are requesting a new pair of boxers be issued to you daily.

The inmate initial clothing issue in the Special Housing Unit (SHU) consists of a jumpsuit, boxers, t-shirt, socks and canvas slip on shoes. Laundry exchange is conducted three times a week for boxers, t-shirts, and socks.

According to Program Statement 5270.10, Special Housing Units, you will receive adequate institution clothing, including footwear, while housed in the SHU.   You will be provided necessary opportunities to exchange clothing and/or have it washed.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____          _____
David J. Ebbert, Warden                            Date
4/19/13

000082

CAA-1330.16
December 31, 2009
Attachment A

**ATTEMPT AT INFORMAL RESOLUTION**
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: _Derrick D. Hill_    REG. NO.: _8133-05_    UNIT: _3 Mid_

1.   Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____

2.   What resolution is requested/expected: _____ to be given clean underwear every day in _____

**TO BE COMPLETED BY STAFF**

3.   Summary of investigation (place response on this form): _See Attached_

4.   What actions were taken to resolve this matter informally (place response on this form): _See Attached_

5.   Explain reasons for no resolution (place response on this form): _See Attached_

Date & Time Issued (BP-8): _____    Unit Team Member: _____
Date & Time Returned (BP-8): _3/26/13 Tue_    Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: _3/27/13 Wed_

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
           *(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____          _____
Inmate Signature                          Date

000083

**Response to Informal Resolution Attempt**

**Hill, D. #68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received March 26, 2013. You state that you need additional clothing issued to you. You want clean underclothing to be issued every day in SHU.

**4. What actions were taken to resolve this matter informally:**

Inmates in SHU are offered clothing exchange three times per week as per program statement policy.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-299(13).

S. Montauredes/Counselor

**§ 541.30  Lack of verification of need for protection.**

**If a staff investigation fails to verify your need for placement in the SHU as a protection case, you will be instructed to return to the general population.  If you refuse to return to the general population under these circumstances, you may be subject to disciplinary action.**

Inmates refusing placement in general population should be maintained in Administrative Detention status and, if appropriate, initiate disciplinary action.

12.  CONDITIONS OF CONFINEMENT IN THE SHU

**§ 541.31  Conditions of confinement in the SHU.**

**Your living conditions in the SHU will meet or exceed standards for healthy and humane treatment, including, but not limited to, the following specific conditions:**

**(a)  *Environment.*  Your living quarters will be well-ventilated, adequately lighted, appropriately heated, and maintained in a sanitary condition.**

**(b)  *Cell Occupancy.*  Your living quarters will ordinarily house only the amount of occupants for which it is designed.  The Warden, however, may authorize more occupants so long as adequate standards can be maintained.**

**(c)  *Clothing.*  You will receive adequate institution clothing, including footwear, while housed in the SHU.  You will be provided necessary opportunities to exchange clothing and/or have it washed.**

**(d)  *Bedding.*  You will receive a mattress, blankets, a pillow, and linens for sleeping.  You will receive necessary opportunities to exchange linens.**

If the institution issues the combination mattress with a pillow incorporated, a separate pillow will not be issued. Staff may remove an inmate=s mattress during non-sleeping daytime hours as a "loss of privilege" sanction imposed by the UDC/DHO.  Removal of an inmate=s mattress is otherwise prohibited, absent life or safety concerns as specifically documented and authorized by the Warden, or his or her designee.

**(e)  *Food.*  You will receive nutritionally adequate meals.**

Refer to the Program Statement Food Service Manual for standards and guidelines for feeding inmates in Special Housing Units.

000085

## 2. Cell Occupancy

The number of inmates confined to each cell or room in the Special Housing Unit should not exceed the number for which the space was designated. The Warden may approve excess occupancy if the Warden finds there is a pressing need for this action, and basic living standards can still be maintained.

## 3. Clothing and Bedding

An inmate in the Special Housing Unit may wear normal institution clothing but may not have a belt. Cloth or paper slippers may be substituted for shoes at the discretion of the Warden. Staff shall furnish a mattress and bedding. An inmate may not be placed in the Special Housing Unit without clothing, mattress, blankets and pillow, except when prescribed by the medical officer for medical or psychiatric reasons.

Inmates in special housing status will be provided, as nearly as practicable, the same opportunity for the issue and exchange of clothing, bedding, and linen, and for laundry as inmates in the general population.

If an inmate is so seriously disturbed that the inmate is likely to destroy clothing or bedding or create a disturbance which would be seriously detrimental to others, the Medical Department shall be notified immediately and a regimen of treatment and control instituted with the concurrence of the Medical Officer, in consultation with mental health staff.

## 4. Personal Hygiene

Special Housing Unit inmates shall have the opportunity to maintain an acceptable level of personal hygiene. Staff shall provide toilet tissue, wash basin, tooth brush, eyeglasses, shaving utensils, etc., as needed. Staff may issue a retrievable kit of toilet articles. Each inmate shall have the opportunity to shower and shave at least three times a week, unless these procedures would present an undue security hazard.

This security hazard will be documented and signed by the Warden, indicating the Warden's review and approval.

Issue of inmate hygiene items requires clear procedures in either post orders or an institutional supplement. Each issue must be clearly documented, and the documents must be securely maintained. Some hygiene items can be used as weapons or used in the manufacture of drugs or alcohol, and the issue of such items requires strict control.

Inmates in the Special Housing Unit will be provided, where practicable, barbering and hair care services. Exceptions to this procedure may be permitted only when found necessary by the Warden or designee.

# Document 2q

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill                    48133-083        SHU        CANAAN
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**

Staff insitu are repeatedly serving Cold food at lunch. Policy requires a hot meal at least once a day even during lock-downs. Staff must ensure the food at lunch is hot when served.

3/11/13                                  D.Hill
DATE                                     SIGNATURE OF REQUESTER

**Part B– RESPONSE**

03-22-2023

5
Re-Submitted

DATE                                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: 727823-F/2

                                                         CASE NUMBER: 727823-F/2

**Part C– RECEIPT**

Return to:
            LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____            _____
DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)
USP LVN                                                                   APRIL 1982

000088

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

*Name*: HILL, Demetirus
*Reg. No.*: 68133-053
*Admin. Remedy No.*: 727823-F2

This is in response to your Request for Administrative Remedy, received in this office on April 5, 2013. You state that staff in the Special Housing Unit (SHU) repeatedly serves cold food at lunch. You further state that policy requires a hot meal at least once a day even during a lock down.

Program Statement 4700.06 Food Service Manual: The Satellite Feeding Video states that if time is being used as the rule for food delivery, than no more than 2 hours may elapse from the time food is removed from temperature controls until it has been consumed. All hot foods are plated at 140 degrees or above and are delivered to SHU and served immediately. You have presented no documentary evidence to further support your allegation.

The above information is provided for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____
David Ebbert, Warden

_____
Date  4/16/13

ATTEMPT AT INFORMAL RESOLUT'     206-255
(Request for Administrative Remedy)

The Federal Bureau of Prisons Program Statement 1330.13, Administrative Remedy Program, dated December 22, 1995, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.

*TO BE COMPLETED BY INMATE*

INMATE'S NAME: _____ REG. NO.: _____ UNIT: _____

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
   _____
   _____

2. What resolution is requested/expected: _____
   _____
   _____

*TO BE COMPLETED BY STAFF*

3. Summary of investigation: _See Attached_
   _____
   _____

4. What actions were taken to resolve this matter informally: _See attach_
   _____

5. Explain reasons for no resolution: _See Attach_
   _____
   _____

Date & Time Issued: _____ Correctional Counselor: _____
Date & Time Returned: _3/18/13 pm_ Correctional Counselor: _____
Date & Time Investigation Completed and BP229(13) issued: _7/18/13 2013_

Camp Administrator/Unit Manager Signature: _____

Distribution:   (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
                (2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____          _____
Inmate Signature                        Date

**Response to Informal Resolution Attempt**

**Hill, Demetrius # 68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received in this office on March 18, 2013. You claim your hot meals have been served cold in SHU. You would like staff to serve the meals hot.

**4. What actions were taken to resolve this matter informally:**

After speaking with SHU staff all hot meals are checked and served at the appropriate temperate.

**5. Explain reasons for no resolution:**

Inmate not satisfied with response and requested a BP-9.

_____

S. Montauredes/Counselor

000091

# Document 2r

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill  63133-053  SHU  CANAAN
　　　LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**

The law library Computer in SHU only allows me to log on for 30 minutes. This was altered from the 2 hour Period that the Computer allowed. I want the 2 hour Window Period placed back on the computer. This is Preventing me from research.

4/10/13　　　　　　　　　　　D Hill
　DATE　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B- RESPONSE**

04-15-2013 ℗

　DATE　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**　　　CASE NUMBER: 731064-F1

　　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: 731064-F1

**Part C- RECEIPT**

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

　DATE　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN　　　　　　　　　　　　　　　　　　　　BP-229(13)
　　　　　　　　　　　　　　　　　　　　　　　　APRIL 1982

000093

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

---

**Name**: Hill, Demetrius
**Reg. No.**: 68133-053
**Admin. Remedy No.**: 731064-F1

---

This is in response to your Request for Administrative Remedy, dated April 19, 2013, which was received in this office on May 1, 2013.   You allege that the Law Library computer located in the Special Housing Unit (SHU) only allows you 30 minutes of access. You request to be given the 2 hours of access allotted.

A review into your claim reveals the Law Library computer in SHU is properly functioning and affording the user 2 hours of access before timing out the session. The TRULINCS-Electronic Law Library user will be automatically timed-out of a workstation after 2 hours.

This response is for informational purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____
David J. Ebbert, Warden

5/14/13
Date

CAA-1330.16
December 31, 2009
Attachment A

### ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: _____   REG. NO.: _____   UNIT: _____

1.   Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
_____
_____

2.   What resolution is requested/expected: _____
_____
_____

**TO BE COMPLETED BY STAFF**

3.   Summary of investigation (place response on this form): _See Attach_
_____

4.   What actions were taken to resolve this matter informally (place response on this form): _____
_See Attach_

5.   Explain reasons for no resolution (place response on this form): _See Attach_
_____

Date & Time Issued (BP-8): _____   Unit Team Member: _____
Date & Time Returned (BP-8): _4/2/13 Pres_   Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: _4/8/13 Pres_

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____       _____
Inmate Signature       Date

**000095**

**Response to Informal Resolution Attempt**

**Hill, Demetrius #68133-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 7, 2013. You state the amount of law library time you receive has been reduced from 2 hours to 30 minutes and you would like to be given more time in the law library.

**4. What actions were taken to resolve this matter informally:**

Inmate's concerns were addressed with the aforementioned SHU staff. They state you are on the approved waiting list to attend the law library. Based upon having over 200 inmates living in SHU, law library time is limited to 1 hour time blocks to accommodate everyone in SHU.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-9.

S. Montauredes/Counselor

# TRULINCS-Electronic Law Library (ELL) Conversion
# USP CANAAN

- During the week of August 24, 2009, the current electronic law library will be replaced with the TRULINCS-ELL system.

- During the conversion, the existing law library will remain operational.

- To access the TRULINCS-ELL, you will log on to a TRULINCS workstation in the law library area. To do so, you will need your PIN, PAC, and registration numbers.

- Once registered, you will not need to re-register to use the system, even if you are transferred.

- Orientation sessions on the TRULINCS-ELL system will be provided.

- TRULINCS-ELL work stations will be located in the designated law library area. Service will be dedicated for legal research only. Inmate messaging will not be available in the law library.

- "Quick Reference Search Cards" and an informational DVD will be available to help you use the new system. Additionally, a tutorial located in the software will help you learn how to do research.

- A minimal number of miscellaneous texts (not available in electronic format) will remain. However, American Jurisprudence will no longer be available in print or electronic format. A replacement resource, <u>Moore's Federal Practice Update</u>, will now be available in the software menu.

- Word processing will not be included as a component of the TRULINCS-ELL system.

- To obtain copies, you can highlight text directly from the computer screen which is then forwarded to designated printers. The cost per page will be 15 cents, which is the same as the cost associated with inmate messaging.

- TRULINCS-ELL users will be automatically timed-out of a work station after 2 hours. However, you may log in again after 15 minutes has elapsed (if workstations are available).

- Access to law clerks, and other dedicated resources, will remain in the law library during posted library hours of operation.

- The TRULINCS-ELL system will be available in the Special Housing Unit.

# USP CANAAN EDUCATION DEPARTMENT
## CONVERSION DE LA
## BIBLIOTECA LEGAL ELECTRONICA (ELL)

1.  Durante la semana del 24 de agosto del 2009, será instalado y activado el nuevo sistema de Biblioteca Legal Electrónica (ELL).

2.  Durante la transición, La Biblioteca Legal existente en forma impresa seguirá operando.  No obstante, la instalación y la orientación se llevaran a cabo en el área de Educación.

3.  Para tener acceso al (ELL), Biblioteca Legal Electrónica, usted  entrará su información en una estación de trabajo disponible en la Biblioteca Legal.  Para ésto usted necesitará sus números PIN, PAC y de registro.

4.  Una vez registrado, usted no necesitará volver a registrarse de nuevo para usar el sistema, aunque usted sea transferido a otra institución.

5.  Las sesiones de orientación para el nuevo sistema (ELL) se ofrecerán durante la semana de activación.  Se proveerán los recursos necesarios para continuar más sesiones de orientación posteriormente.  Si usted esta interesado por favor someta una petición "Cop-out" a cualquier miembro del personal de Educación.

6.  Las estaciones de trabajo del ELL estarán  ubicadas en el área designada de la Biblioteca Legal.  El servicio estará dedicado solamente para la investigación legal. El sistema de mensajes (e-mails) no va a estar disponible en la Biblioteca Legal.

7.  Las Tarjetas de Referencia para la Búsqueda Rápida "Quick Reference Search Cards" (en inglés y español),  un DVD informativo y un programa tutorial localizado dentro del programa, estarán disponibles para ayudarlo a aprender como usar el nuevo programa (ELL).

8.  Un número mínimo de diversos libros (no disponibles en formato electrónico) se mantendrán en la Biblioteca Legal.

9.  El Procesador de Palabras "Word Processing" no será incluido como un componente del sistema (ELL).

10. Para obtener copias usted puede subrayar "highlight" el texto directamente de la pantalla de la computadora el cual será enviado a la impresora designada.  El costo por página será de 15 centavos, el cual es igual al costo de los mensajes impresos del correo electrónico (e-mail).

11. Los usuarios del (ELL) estarán automáticamente limitados a una sección de trabajo de dos (2) horas.  Después de quince (15) minutos tendrán acceso de nuevo al sistema (si hay estaciones de trabajo disponibles).

12. El acceso a los asistentes de la Biblioteca Legal y otros recursos, permanecerán en la Biblioteca Legal durante las horas fijadas para la operación de la biblioteca.

13. El sistema (ELL) también estará disponible en la Unidad de Segregación (SHU).

# Document 2s

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Demetrius Hill     68133-053     SHU     CANAAN
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

Pursuant to 28 CFR 541.32(b) the Psychology staff are required to pull each prisoner out of there cell for a interview after each 30 days that Passes in SHU, Passing by every week waving at Prisoners as if they are animals serves no Psychological benifit. I request to speak to Psychology Privately.

DHill

4/10/13
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

04-15-2013

DATE     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: 731067-F1

CASE NUMBER: 731067-F1

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)     SP-229(13)
USP LVN     APRIL 1982

**0000100**

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

**Name**: Hill, Demetrius
**Reg. No.**: #68133-053
**Admin. Remedy No.**: 731067-F1

This is in response to your Request for Administrative Remedy dated April 10, 2013, in which you request to be seen by Psychology Services privately for your thirty-day Special Housing Unit (SHU) reviews.

According to P.S. 5310.12, Psychology Services Manual, "Those inmates housed in Administrative or Disciplinary Segregation for thirty days or longer, a psychological assessment will be completed at 30 day intervals."   Since your arrival at this institution on January 14, 2013, you have been seen for review on January 15, 2013, February 13, 2013, March 13, 2013, and April 10, 2013, and have never raised any mental health concern to merit individual therapy. Further, when afforded the opportunity for Psychological Services on January 15, 2013 and March 4, 2013, you denied requiring any mental health intervention or services.

Your request to be seen individually for routine 30 day SHU reviews is denied.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

5/6/13

Date

CPA-1330.16
December 31, 2009
Attachment A

**ATTEMPT AT INFORMAL RESOLUTION**
**(Request for Administrative Remedy)**

*The Federal Bureau of Prisons Program Statement 1330.18 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

*TO BE COMPLETED BY INMATE*

INMATE'S NAME: _____   REG. NO.: _____   UNIT: _____

1.   Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____

_____

_____

2.   What resolution is requested/expected: _____

_____

_____

*TO BE COMPLETED BY STAFF*

3.   Summary of investigation (place response on this form): _See Attached_

_____

4.   What actions were taken to resolve this matter informally (place response on this form): _See Attach_

_____

5.   Explain reasons for no resolution (place response on this form): _See Attach_

_____

Date & Time Issued (BP-8): _____   Unit Team Member: _____
Date & Time Returned (BP-8): _4/7/11 Pool_   Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: _4/8/11 9am_

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____        _____
Inmate Signature              Date

0000102

Response to Informal Resolution Attempt

Hill, Demetrius #68133-053

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 7, 2013. You state that no psychology services staff, have interviewed you in SHU. You would like all inmates interviewed by psychology services every thirty days in SHU.

**4. What actions were taken to resolve this matter informally:**

Psychology services make weekly walk through rounds to address the needs of the inmate population. If you feel you need additional services, you may request to be seen via copout and your needs will be addressed on a one on one basis.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

S. Montauredes/Counselor

# Document 2t

0000104

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Demetrius Hill    62133203    SHU    CANAAN
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Case manager Richardson routinely fails to either carry any admin remedy forms, or to pick up any forms, stating I am not on her case load. The entire unit team needs to be instructed they are required to provide remedys upon request to all prisoners on B & E units.

1/10/13
DATE

D. Hill
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

See Attach

04-15-2013

See Attach

See Attach

DATE        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 731068-F1

CASE NUMBER: 731068-F1

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

0000105

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

---

*Name*:   HILL, Demetrius
*Reg. No.*:   68133-053
*Admin. Remedy No.*:   731068-F1

---

This is in response to your Request for Administrative Remedy received in this office on April 15, 2013. You allege institution staff fail to carry, or pick-up, Administrative Remedy forms. You request the entire Unit Team be instructed to provide Administrative Remedy forms upon request.

A review of this matter reveals you arrived at USP Canaan on January 14, 2013, and were placed in the Special Housing Unit (SHU) the following day. Our records reveal, since your placement in the SHU, you have submitted thirty-nine (39) Request for Administrative Remedy forms. Based on this information, institution staff are providing you Administrative Remedy forms and addressing your concerns.

This information is provided for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____
fd David J. Ebbert, Warden

_____
4/26/13
Date

CAA-1330.16
December 31, 2009
Attachment A



### ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

## TO BE COMPLETED BY INMATE

INMATE'S NAME: *Demetrius H.l*          REG. NO.: 6/32          UNIT: ___

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____

2. What resolution is requested/expected: _____

## TO BE COMPLETED BY STAFF

3. Summary of investigation (place response on this form): *See Attach*

4. What actions were taken to resolve this matter informally (place response on this form): *See Attach*

5. Explain reasons for no resolution (place response on this form): *See Attach*

Date & Time Issued (BP-8): 3/7/12 @ 6⁰⁰      Unit Team Member: *KBgeN*
Date & Time Returned (BP-8): 4/7/17 *2ns*     Unit Team Member: *Sny*
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: ___ 4/8/15 *Bns*

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____          _____
Inmate Signature                      Date

**0000107**

Attempt at Informal Resolution response:
Hill, Demetrius
68133-053

A review of this matter reveals you arrived at this facility on January 14, 2013, to continue service of a 240 month sentence for Felon in Possession of a Firearm and Robbery.   A review of our records reveals a member of your assigned unit team makes rounds throughout the Special Housing Unit (SHU) each day in an attempt to address the needs of the inmate population.   A further review of our records reveals you have filed 34 Request for Administrative Remedy forms since you placement in SHU on January 15, 2013.   Based on the above information, your assigned unit team is making SHU rounds on a daily basis, providing you requested forms and information, and attempting to address your concerns.

April 4, 2013

K Lindsay, Unit Manager

# Document 2u

0000109

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ___Demitrius Hill___ ___681330053___ ___SHU___ ___CANAAN___
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A– INMATE REQUEST**

I was denied Rec by C.O. Kubicki
On 4/3/13 and 4/4/13. The C.O. Kubicki fatuously
stated Rec was a "privelelge" he could take.
I want all SHU staff directed not to deny rec
to any Prisoner Pursuant to 28 CFR 541.31(a)
I want monetary damages for each day I am denied rec.

___4/10/13___　　　　　　　___D Hill___
DATE　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B– RESPONSE**

04-15-2013 ℗

_____　　　_____
DATE　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE　　CASE NUMBER: __731069-F1__

　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: __731069-F1__

**Part C– RECEIPT**

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　⊛　　　_____
DATE　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN　　　　　　　　　　　　　　　　　　　　　　BP-229(13)
　　　　　　　　　　　　　　　　　　　　　　　　　APRIL 1982

0000110

U. S. Department of Justice          **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

**Name:** Hill, Demetrius
**Reg. No.:** 68133-053
**Admin. Remedy No.:** 731069-F1

This is in response to your Request for Administrative Remedy, which was received in this office on April 15, 2013. You claim Special Housing Unit staff denied you access to recreation on April 4, 2013, and April 5, 2013.

A review of your BP-292, Special Housing Unit Record reveals you accepted recreation on April 1, 2013, from 6:45 am until 7:45 am. From April 2, 2013, to April 5, 2013, you refused recreation that was offered by staff.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____                    _4/26/13_____
David J. Ebbert, Warden                              Date

CAA-1330.16
December 31, 2009
Attachment A

### ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: _____ REG. NO.: _____ UNIT: _____

1.  Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
    _____
    _____

2.  What resolution is requested/expected: _____
    _____
    _____

**TO BE COMPLETED BY STAFF**

3.  Summary of investigation (place response on this form): _See Attach._

4.  What actions were taken to resolve this matter informally (place response on this form): _See Attach._

5.  Explain reasons for no resolution (place response on this form): _See Attach._
    _____

Date & Time Issued (BP-8): _____ Unit Team Member: _____
Date & Time Returned (BP-8): 4/2/17 Avos Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: 4/8/17 Pm

Satellite Operations Administrator/Unit Manager Signature: _____

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____   _____
Inmate Signature                      Date

Response to Informal Resolution Attempt

Hill, Demetrius #68133-053

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 7, 2013.  You state that staff assigned to work SHU denied your recreation on April 4th and 5th, 2013. You would like staff reprimanded.

**4. What actions were taken to resolve this matter informally:**

Inmates housed in the Special Housing Unit have to opportunity to participate in recreation 5 times a week in 1 hour increments. After speaking with SHU staff you were offered and decline to attend recreation.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

S. Montauredes/Counselor

# Document 2v

0000114

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Corret Nestor A                     41510-050        SHU        Canaan
_____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** That I be properly examined by a
Doctor and not a PA My back is messed up I
have sharp pain, I'm also having problems with
the nerves in my hand and ankle due to the hand
restraints. The PA told me to get some Ibuprof.
from commssary. I don't plus I've take my on
Pain Pill. They are not working. I'm asking that
I please be examined by a doctor and not a PA

4/8/13                                  Nestor Corret
_____                         _____
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

04-11-2013
(ED)

_____                         _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**          CASE NUMBER: 730670-F1
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                           CASE NUMBER: 730670-F1

**Part C– RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                         _____
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER                    BP–229(13)
                                                           APRIL 1982

0000115

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

---

*Name*: Cercet, Nester
*Reg. No.*: 41510-050
*Admin. Remedy No.*: 730670-F1

---

This is in response to your Request for Administrative Remedy, received April 11, 2013, wherein you indicate you want to be examined by the physician and not the physician assistant (PA.) You indicate your back is messed up and you have a problem with nerve issue in your hands and ankle due to restraints. You indicate you have purchased Ibuprofen from commissary and they are not working.

A review of this matter reveals, on March 5, 2013, you were the subject of an immediate use of force. During your assessment by the paramedic, you did not indicate any injuries to your hands, back, or ankle. You were advised to follow up with sick call as needed.

On March 27, 2013, you were evaluated by the PA who noted a complaint of sharp back pain. No gross deformities or trauma were noted to your back at this time. You were advised to purchase Ibuprofen from the commissary.

On April 5, 2013, your TruAccess account reveals you purchased Ibuprofen from the commissary.

Although you may request to see the physician at any time, per the local policy on Patient Care 6031.03, a referral to the physician is conducted after three (3) assessments and treatment plans are identified by the PA. The PA is adequately qualified to assess and treat a large variety of symptoms and conditions. You should request another sick call evaluation and notify the Clinical Director via Inmate Request to Staff Form if you feel that your treatment is not adequate.

This response is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____
David J. Ebbert, Warden

_____ 4/22/13 _____
Date

0000116

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

### TO BE COMPLETED BY INMATE

INMATE'S NAME: Cercet _____ REG. NO.: 41510-050 UNIT: SHU

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): My complaint is to medical. I put in numerous of sickcall slips scene March. 5 2013 When I was assaulted by numerous USP Canaan offcers. I havien been seened yet I have sharp pain in my back, and my ankle and wrist is mess up and still numb cause of the cuffs. I also get dizey and have headache from time to time.

2. What resolution is requested/expected: That I get treated due to injury's that was caused. by USP Canaan offcers.

### TO BE COMPLETED BY STAFF

3. Summary of investigation (place response on this form): See Attached

4. What actions were taken to resolve this matter informally (place response on this form): See Attached

5. Explain reasons for no resolution (place response on this form): See Attached

Date & Time Issued (BP-8): 03.25.13 / 5:00 PM    Unit Team Member: D. Compton
Date & Time Returned (BP-8): 4/5/13  1230h    Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 4/5/13

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____    _____
Inmate Signature                    Date

**Response to Informal Resolution Attempt**

**Cercet, Nester #41510-050**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 3, 2013. You claim that you have placed several sick call slips in to be seen by Health Services since March 5, 2013 when you were assaulted by USP Canaan staff. You claim that you are experiencing pain in your back and ankle. You also claim that your wrist is still numb from when you were placed in hand restraints. Finally you claim that you are suffering from headaches and have had dizzy spells from time to time.

You request to be seen by medical staff.

**4. What actions were taken to resolve this matter informally:**

Inmate's concerns were addressed through Health Services Staff. They advise that you were examined by medical staff on March 5, 2013 upon be admitted to SHU. You were also seen by medical staff on March 27, 2013 and you were advised to purchase some Motrin from the commissary.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-9.

L. Brandenburg/Counselor

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Cerret, Nestor A        41510-050        SHU        Canaan
 LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** On, March, 5, 2013 I was assaulted by numerous of staff at USP Canaan with my hand's cuff behind my back in front of countless of other staff who did nothing to stop the assaults. The C.O. threaten to kill us and continue to assault us If we keep screaming "help" and "stop Please". This is why I didn't say nothing to the Paramedic on 3/5/13 about my problem's. I feared for my life and I didn't want to get beaten anymore. No one was on our side no one. They all knew what happen to us even the warden but fail to stop It. The next day and day's after I put in numerous of sick call slip's about my back, ankle's, hand's and my finger's also my head. On March, 27, 2013 a PA came and saw me at the door of my cell in the SHU, she went over was my problem were on a paper. I told her every thing that was wrong with me and the pain I was suffering from, she stated buy some Ibuprofen from commissary. with out ever acknowledge my problem's or examining me due to the injury USP Canaan officer's done to me. I purchased Ibuprofen for the record. It not working at all. I don't see why are they making me purchased pain pill from the injury they costed on me. I'm suffering mentally and Physically and they fail to treat me and anyway

5/3/13
 DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
MAY 1 0 2013
REGIONAL COUNSEL OFFICE
NERO - PHILADELPHIA PA

_____        _____
 DATE                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY        CASE NUMBER: 730670A4

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
 LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
 DATE                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

0000119

CERCET, Nester
Reg. No. 41510-050
Appeal No. 730670-R1
Page One

---

### Part B - Response

You appeal the response from the Warden at USP Canaan and state that you are experiencing pain in your back, ankles, hands and fingers. You wish to be examined by a doctor and not the physician assistant. You state that you are suffering mentally and physically and are not being treated.

You have been treated by Health Services staff on March 27, 2013, and on May 10, 2013, for muscle spasms.  On May 10, 2013, lab work and x-rays were ordered.   Program Statement 6031.03 (14) <u>Patient Care</u>: Referral Procedures between Health Care Providers, provides that inmates who are evaluated by a Mid-Level Provider (MLP) on three separate occasions, without a definitive diagnosis or response to treatment, will be referred to a physician for evaluation.  The MLP is capable and competent to diagnose and treat a wide variety of conditions.  Should you continue to have questions regarding your treatment plan, please request a sick call evaluation or submit an Inmate Request to Staff to the Clinical Director.

Psychology Department staff walk Special Housing Unit rounds once a week.   Records indicate that you spoke with them on March 13, 2013, April 10, 2013, and April 18, 2013.  If you need further evaluation please submit an Inmate Request to Staff to the Psychology Department. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons.  Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: June 6, 2013

J. L. NORWOOD
Regional Director

0000120

# Document 2w

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Corret Nestor A          4151-050      SHU        Canaan
      **LAST NAME, FIRST, MIDDLE INITIAL**      **REG. NO.**      **UNIT**      **INSTITUTION**

**Part A- INMATE REQUEST** I am requesting that ~~me the~~ some one over these
C/O's come and investigate this "SHU" because everytime me
myself, or other inmates try to go to recreation C.O. Kubich,
will make up something to deny us recreation, and he will have
the other C.O.'s follow suit. He needs to be removed because
he is violating inmates Eighth amendment "basic human needs"

5/7/13
**DATE**                                          **SIGNATURE OF REQUESTER**

**Part B- RESPONSE**

05-09-2013
Resubmitted @

_____

_____         _____
**DATE**                    **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**     CASE NUMBER: 730283 F1

                                                        CASE NUMBER: 730283 F1

**Part C- RECEIPT**

Return to: _____   _____   _____   _____
           **LAST NAME, FIRST, MIDDLE INITIAL**   **REG. NO.**   **UNIT**   **INSTITUTION**

SUBJECT: _____

_____      ⊛      _____   BP-229(13)
**DATE**                    **RECIPIENT'S SIGNATURE (STAFF MEMBER)**    APRIL 1982
USP LVN

U. S. Department of Justice          *Request for Administrative Remedy, Part B - Response*
Federal Bureau of Prisons
USP, Canaan, Pennsylvania

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

*Name*: Cercet, Nester
*Reg. No.*:  41510-050
*Admin. Remedy No.*:  733068-F2

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

This is in response to your Request for Administrative Remedy dated May 7, 2013, which was
received in this office on May 9, 2013. You claim in your Administrative Remedy that staff
assigned to the Special Housing Unit (SHU), refused to allow you and other inmates go to
recreation.

The Warden may deny your exercise when your activities pose a threat to the safety, security and
orderly operation of this facility, or health conditions of the unit.  In addition, inmates in SHU
must be dressed in the assigned SHU uniform and must be ready when staff arrive at the cell door
for recreation.

This response is for informational purposes only.   In the event you are not satisfied with this
response and wish to appeal, you may do so within 20 calendar days of the date of this response
by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast
Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

5/28/13
Date

**0000123**

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Nestor Cercet            REG. NO.: 41510-050 UNIT: SHU

1.  Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): That every time we ~~an~~ try to go to recreation C.O. Kubicki ~~an~~ ~~Kubicki~~ will make up something to deny us recreation and will have all the other officers follow suit. ~~an~~ when we complain to him about It He says this is his whole and the warden or nobody else is going to tell him how to run It

2.  What resolution is requested/expected: ~~That this officer the~~ That this officer be stoped and stop deny and taken people person property and making racial comments

**TO BE COMPLETED BY STAFF.**

3.  Summary of Investigation (place response on this form):_____ See Attelid

4.  What actions were taken to resolve this matter informally (place response on this form):_____ See Attedd

5.  Explain reasons for no resolution (place response on this form):_____ See Attebel

Date & Time Issued (BP-8): 3/27/13 5:44p        Unit Team Member: Bandely

Date & Time Returned (BP-8):                    Unit Team Member

Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued:

Satellite Operations Administrator/Unit Manager Signature: Uyle Mming

**Distribution:** (1) If complaint is informally resolved, forward the original, signed and dated by the inmate; to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

Inmate Signature                    Date

**Response to Informal Resolution Attempt**

**Cercet, Nester #41510-050**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 24. 2013. You claim that every time you and your cellmate try to go to recreation a SHU Staff member will make up something in order to deny you your recreation. You also claim that when you complain to this SHU Staff member that he says this is his SHU and nobody not even the Warden is going to tell him how to run it.

You request that the SHU Staff member is reprimanded for his actions.

**4. What actions were taken to resolve this matter informally:**

Inmates housed in the Special Housing Unit have to opportunity to participate in recreation 5 times a week in 1 hour increments. After speaking with SHU staff you were denied recreation due to the fact that your cell was unsanitary.

It is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner. Additionally, allegations such as yours are taken seriously and will be given an appropriate amount of review and/or investigation. Due to the privacy interest of the staff member which you name, we are unable to disclose to you any findings or the result or our review of this matter.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

L. Brandenburg/Counselor

# Document 2x

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

From: _Cercet Nestor A_      _41510-050_   _B-1_   _Canaan_
LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.       UNIT        INSTITUTION

**Part A– INMATE REQUEST** on 4/24/13 counselor L. Brandenburg stop at my cell #252 in the SHU to get a couple of things from me/cellmate. She stated to me" tell your mother/sister to stop calling up here saying u need medical treatment." It nothing wrong with you and your not a doctor. I stated to her that "I never received any medical treatment for my back, hand's and ankles and finger that occurred on 3/5/13, that she witness. She stated to me "I don't give a fuck wat happen to you"! I'm asking that she keep her comments to her self.

_5/8/13_                          _Nest Cut_
DATE                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

05-14-2013

DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: 731590-F1

                                                         CASE NUMBER: 731590-F1

**Part C– RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                              BP-229(13)
                                                                    APRIL 1982

U. S. Department of Justice
Federal Bureau of Prisons
*USP, Canaan, Pennsylvania*

*Request for Administrative Remedy, Part B - Response*

*Name*: CERCET, Nester
*Reg. No.*: 41510-050
*Admin. Remedy No.*: 734590-F1

This is in response to your Request for Administrative Remedy, received May 14, 2013, in which you indicate your Unit Counselor approached your cell in the Special Housing Unit (SHU), to address your concerns. You claim during this verbal interaction your Unit Counselor advised you to inform your mother to stop calling here in relation to your medical concerns. You claim you reiterated your complaint to your Unit Counselor concerning not receiving proper medical treatment after an incident in which you claim you were assaulted, and claim your Unit Counselor witnessed said assault. You claim she replied by stating, "I don't give a ---- what happened to you." You request your Unit Counselor keep her comments to herself, and not to provide false information to your family.

An investigation into your claim reveals that your Unit Counselor did, in fact, address your daily concerns during SHU rounds on April 24, 2013. Furthermore, your Unit Counselor advises that your medical care has never been discussed with any of your family members. Your information is safe guarded and prior to any release of information you would be advised, and provided an opportunity to sign a release of information form authorizing any such release. Lastly, your Counselor has never witnessed you being assaulted in any way. Your Unit Counselor treats all inmates in a fair and impartial manner in accordance with the policy of the Federal Bureau of Prisons.

This is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

Date 6/4/13

**0000128**

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

**The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.**

## TO BE COMPLETED BY INMATE

INMATE=S NAME: Nestor Cercet          REG. NO. 41510-050     UNIT: SHU

1.  Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): On 4/24/13 counselor L. Brandenburg stop sat my cell #252 to get example of things from me/cellmate. She stated to me tell your Mother/sister to stop calling up here saying u need medical treatment, nothing is wrong with you and your not a doctor. I stated to her that I never received any medical treatment for my back, hands and my ankles from the assaults that occured on 3/5/13, that she witness She stated to me she don't give a "fuck what happen to me!

2.  What resolution is requested/expected: That she keep her comments to her self and to stop lieing to my family about my well being stating "that I'm fine because "she not a doctor"

## TO BE COMPLETED BY STAFF

3.  Summary of investigation (place response on this form): _____ See Attached

4.  What actions were taken to resolve this matter informally (place response on this form): _____ See Attached

5.  Explain reasons for no resolution (place response on this form): _____ See Attached

Date & Time Issued (BP-8): 4/26/13 @ 5:50 pm          Unit Team Member: E. RICHARDSON /EO
Date & Time Returned (BP-8): 5/29/13 / 1:45 pm          Unit Team Member: Brandly f
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 05.02.13 / 3:00 PM
Satellite Operations Administrator/Unit Manager Signature.

**Distribution:** (1) If complaint is informally resolved, forward the original, signed and dated by the                inmate, to the Unit Counselor for filing
                (2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____
Inmate Signature                    Date

INMATE'S NAME:  CERCET, NESTOR
INMATE'S REG. NUMBER:  41510-050
DATE: 05-02-2013

3.    Summary of Investigation:

This is in response to your request for administrative remedy which you initiated on April 29, 2013, wherein you claim on April 24, 2013, your Unit Counselor approached your cell in the Special Housing Unit (SHU), to address your concerns.   You claim during this verbal interaction your Unit Counselor advised you to inform your Mother to stop calling her in relation to your medical concerns.   You claim you reiterated your complaint to your Unit Counselor concerning not receiving proper medical treatment after an incident in which you claim you were assaulted, and claim your Unit Counselor witnessed said assault.   You claim she replied by stating, "She don't give a fuck what happened to you."   You request your Unit Counselor keep her comments to herself, and not to provide false information to your Family.

Your Unit Counselor states that she did in fact address your daily concerns during her assigned day of SHU rounds on April 24, 2013.   However, your Unit Counselor denies ever using obscene language during her interaction with you.   Furthermore, your Unit Counselor advises she never had any communication with any of your Family members related to your medical care.   Your information is safe guarded and prior to any release of information you would be advised, and provided an opportunity to sign a release of information form authorizing any such release. Additionally, your Unit Counselor advises she never witnessed you being assaulted in any way. Your Unit Counselor advised she treats all inmates in a fair and impartial manner in accordance with the policy of the Federal Bureau of Prisons.

4.    What actions were taken to resolve this matter informally:

Inmate was advised of above stated response.   Inmate also advised that Medical Staff make rounds daily in SHU should he need unresolved medical concerns addressed.

5.    Explain reasons for no resolution:

Inmate requested BP-9.

D. Compton / Counselor

# Document 2y

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** _____
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST**

_____ DATE                       SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____ DATE                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____ DATE                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

**Request for Administrative Remedy, Part B - Response**

**Name**: Washington, Anthony
**Reg. No.**: 41756-050
**Admin. Remedy No.**: 733070-F1

This is in response to your Request for Administrative Remedy, which was received in this office on May 1, 2013. You claim Special Housing Unit staff are denying you access to recreation based on the conditions of your cell.

A review of your BP-292, Special Housing Unit Record, reveals you accepted and were provided recreation. However, on several dates you refused recreation when it was provided by staff.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____
David J. Ebbert, Warden

_____
5/22/13
Date

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

### TO BE COMPLETED BY INMATE

INMATE'S NAME: Washington Anthony   REG. NO.: #41756-050 UNIT: B-1 Unit

1.  Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): Every time me in my cell mate and others on the cmp try to go to recreation C.O. Kubicki will make up some thing just so the can deny us recreation. And other officers is follow suit. When we complain to him about this he says this is his hole and the warden or Nobody else is gong to tell him how to run it

2.  What resolution is requested/expected: That this officers be stopp Stoped, Because what he's doing is not right

### TO BE COMPLETED BY STAFF

3.  Summary of investigation (place response on this form): See Attached

4.  What actions were taken to resolve this matter informally (place response on this form): See Attached

5.  Explain reasons for no resolution (place response on this form): See Attached

Date & Time Issued (BP-8): 04-08-13/ 3:30 pm   Unit Team Member: D. Compton
Date & Time Returned (BP-8):                    Unit Team Member
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued:

Satellite Operations Administrator/Unit Manager Signature: Ugo Mmrary

*Distribution:* (1) *If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
(2) *If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____          _____
Inmate Signature                Date

0000134

**Response to Informal Resolution Attempt**

**Washington, Anthony #41756-050**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 24, 2013. You claim that every time you and your cellmate try to go to recreation a SHU Staff member will make up something in order to deny you your recreation. You also claim that when you complain to this SHU Staff member that he says this is his SHU and nobody not even the Warden is going to tell him how to run it.

You request that the SHU Staff member is reprimanded for his actions.

**4. What actions were taken to resolve this matter informally:**

Inmates housed in the Special Housing Unit have to opportunity to participate in recreation 5 times a week in 1 hour increments. After speaking with SHU staff you were denied recreation due to the fact that your cell was unsanitary.

It is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner. Additionally, allegations such as yours are taken seriously and will be given an appropriate amount of review and/or investigation. Due to the privacy interest of the staff member which you name, we are unable to disclose to you any findings or the result or our review of this matter.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

L. Brandenburg/Counselor

0000135

# Document 2z

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: [illegible] | [illegible] | [illegible] | [illegible]
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

[illegible] in the [illegible] police [illegible] a Fair and Impartial [illegible] The [illegible] on [illegible] USP Canaan [illegible] these officers [illegible] [illegible]

[illegible]
DATE

[illegible]
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

05-01-2013

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

CASE NUMBER: 733066-F1

CASE NUMBER: 733066-F1

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

U. S. Department of Justice          **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

**Name**: Washington, Anthony
**Reg. No.**: 41756-050
**Admin. Remedy No.**: 733066-F1

This is in response to your Request for Administrative Remedy, which was received in this office on May 1, 2013. You claim Special Housing Unit staff are denying you access to recreation based on the conditions of your cell.

A review of your BP-292, Special Housing Unit Record, reveals you refused recreation from April 21, 2013, to May 5, 2013. The last recorded period of recreation you accepted was on April 10, 2013, from 7:30 am to 8:30 am.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden                    5/16/13
                                            Date

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

*TO BE COMPLETED BY INMATE*

INMATE'S NAME: Washington Anthony   REG. NO. #41756-050 UNIT: B-1

1.  Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): On April 19, 2013 While being denied once again rec reation by C.O. Kubicki, I was told by him the reason I was denied is because I was monkeying around. Now Numerous time's he's used these type of racial comments to inmates. Never once have I ever disrespect this C.O. or said any thing to him.

2.  What resolution is requested/expected: That he be removed from the Shu in placed in a unit, or that he keep his racial comments to him self.

*TO BE COMPLETED BY STAFF*

3.  Summary of investigation (place response on this form): See Attached

4.  What actions were taken to resolve this matter informally (place response on this form): See Attached

5.  Explain reasons for no resolution (place response on this form): See Attached

Date & Time Issued (BP-8): 3/27/13  54f   Unit Team Member Bondely
Date & Time Returned (BP-8): 4/24/13  1:35p   Unit Team Member Bean
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: 4/24/13  5:00p

Satellite Operations Administrator/Unit Manager Signature: Urso Wrmgula

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

Inmate Signature _____   Date _____

Response to Informal Resolution Attempt

Washington, Anthony #41756-050

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 24, 2013. You claim that on April 19, 2013 you were denied recreation. You claim a SHU Staff member told you the reason you were denied recreation is because you were monkeying around. You also claim that this SHU Staff member has used these types of racial comments before. Finally you claim you have never spoken to or disrespected this SHU Staff member.

You request that the SHU Staff member is removed from SHU or that he keeps his racial comments to himself.

**4. What actions were taken to resolve this matter informally:**

Inmates housed in the Special Housing Unit have to opportunity to participate in recreation 5 times a week in 1 hour increments. After speaking with SHU staff you were denied recreation due to the fact that you were told to tidy up your cell and to be dressed and ready when SHU Staff returned to get you. Upon their return you were not ready and your cell was still untidy.

It is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner. Additionally, allegations such as yours are taken seriously and will be given an appropriate amount of review and/or investigation. Due to the privacy interest of the staff member which you name, we are unable to disclose to you any findings or the result or our review of this matter.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

L. Brandenburg/Counselor

# Document 2aa

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**

DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

01-09-2013

01-19-2013
Resubmitted

05-03-2013
Resubmitted

DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

                                                          CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)
                                                                            APRIL 1982
USP LVN

0000142

U. S. Department of Justice      **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
USP, Canaan, Pennsylvania

Name: Washington, Anthony
Reg. No.: 41756-050
Admin. Remedy No.: 729960-F3

This is in response to your Request for Administrative Remedy received in this office on
May 3, 2013.   You allege your legal mail is not being opened in your presence.   You allege it clearly
states open only in the presence of inmate.   You further allege it is stamped on your envelope US
District Court, Middle District of Pennsylvania, Office of the Clerk.   You also allege that your mail is
not going out to your family.   You allege you sent three letters out in March, one certified, and you
received no receipt.

If the Legal Mail in question did not meet the requirements for Legal Mail, mailroom staff will open
and read as general correspondence.   Based on the information you provided, the sender was not
specifically identified.   Office of the Clerk does not identify the sender.

Program Statement 5265.014, Correspondence, page 14, Section 10. Special Mail, subsection (a)
states:  The Warden shall open incoming special mail only in the presence of the inmate for
inspection for physical contraband and the qualification of any enclosures as special mail.   The
correspondence may not be read or copied if **the sender is adequately identified on the envelope**,
and the front of the envelope is marked "Special Mail — Open only in the presence of the inmate".
Under the same aforementioned Program Statement, page 15 subsection (b) states: **In the absence of
either adequate identification** or the "special mail" marking indicated in paragraph (a) of this
section appearing on the envelope, staff may treat the mail as general correspondence and may open,
inspect, and read the mail.

A review of this matter indicates that all mail is delivered to the local post office, Monday through
Friday, except weekends and holidays.   If you did not place your name on the certified receipt, the
mailroom has no way of returning the receipt to you.   However, based on your request, the tracking
number was researched and you were provided a copy of the receipt.

Therefore, as you have not provided any evidence or documentation indicating your mail is being
mishandled your allegation is considered unsubstantiated.

Given the facts stated, your Request for Administrative Remedy is denied.   In the event you are not
satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of
this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons,
Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden                          Date   5/22/13



**U. S. Department of Justice**

Federal Bureau of Prisons
**USP Canaan**
*3057 Easton Turnpike*
*Waymart, PA 18472*

05-03-2013

**MEMORANDUM FOR: Administrative Remedy Coordinator**

**FROM:**   L. Brandenburg, Counselor.

**SUBJECT**: Inmate Washington #41756-050

Inmate Washington just received this portion of the Administrative Remedy in the mail on
~~05-01-2013~~. Due to this fact the Administrative Remedy is late.
4/16/2013

LB

253

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: *Anthony Washington*     REG. NO. *#41756-050* UNIT: *SHU*

1.  Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): *My legal mail suppose to be opened in my presence and it is not its being sent to me with regular mail. And that's not suppose to happen*

2.  What resolution is requested/expected: *That all my mail be opened in my presence*

**TO BE COMPLETED BY STAFF**

3.  Summary of investigation (place response on this form): *See Attached*

4.  What actions were taken to resolve this matter informally (place response on this form): *See Attached*

5.  Explain reasons for no resolution (place response on this form): *See Attached*

Date & Time Issued (BP-8): 12|9|12  2:00pm  Unit Team Member: *Brandybury*
Date & Time Returned (BP-8): 4|5|13  11:45am  Unit Team Member: *Brandybury*
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued: 4|5|13

Satellite Operations Administrator/Unit Manager Signature: _____

*Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
*(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On _____, this issue was informally resolved.

_____
Inmate Signature                    Date

**Response to Informal Resolution Attempt**

**Washington, Anthony #41756-050**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 4, 2013.  You claim that your Legal Mail is not being opened in your presence as per BOP Policy.   You claim you received your Legal mail already opened with your regular mail.

You are requesting that all of your mail is opened in your presence.

**4. What actions were taken to resolve this matter informally:**

Inmate's concerns were addressed through the mail room they advised if the correspondence in question was opened by the mailroom, then it did not meet the requirements for Legal Mail.  As you have not provided any evidence or documentation indicating your mail is being mishandled your allegations are considered unsubstantiated.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

L. Brandenburg/Counselor

0000146

English      Customer Service      USPS Mobile                                                                Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

## Track & Confirm

GET EMAIL UPDATES      PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70707100002712457744 | First-Class Mail™ | Delivered | March 30, 2013, 12:58 pm | JERSEY CITY, NJ 07305 | **Expected Delivery By:** March 30, 2013<br>Certified Mail™ |
| | | Arrival at Unit | March 30, 2013, 7:28 am | JERSEY CITY, NJ 07305 | |
| | | Depart USPS Sort Facility | March 30, 2013 | KEARNY, NJ 07099 | |
| | | Processed at USPS Origin Sort Facility | March 29, 2013, 9:40 pm | KEARNY, NJ 07099 | |
| | | Depart USPS Sort Facility | March 29, 2013 | KEARNY, NJ 07099 | |
| | | Depart USPS Sort Facility | March 29, 2013 | LEHIGH VALLEY, PA 18002 | |
| | | Processed at USPS Origin Sort Facility | March 28, 2013, 10:34 pm | LEHIGH VALLEY, PA 18002 | |
| | | Dispatched to Sort Facility | March 28, 2013, 2:44 pm | WAYMART, PA 18472 | |
| | | Acceptance | March 28, 2013, 8:45 am | WAYMART, PA 18472 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**

About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

# Document 2bb

0000148

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

| From: | WASHINGTON, ANTHONY, (DEBTOR) | 47156-050 | SHU | CANAAN |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST :** I was severely gang-jumped, by multiple staff, while in hand cuffs, and leg restraints. Is it that burdensome to request an X-ray of my body, and a refill of pain medication? The only medical treatment I recieved was the Ibuprofen, prescribed, and that I recieved on April 23, 2013. Health Service is correct! I am requesting that the prescription be: REFILLED, as the refill expiration date said, [July 30th 2013] I am requesting to be treated like a human, and (no longer) the victim of misplaced aggression, by Reckless and Indifferent staff, conducting themselves, out side the color of Law.

* Therefore, it can not be implied, nor claimed that: "Inmate did not WISH to informally resolve." Here's the WISH, again: I WISH For an ax-Ray! I wish for pain Medication refills, as my back has not been the same since, and I keep having migraine head aches, as well!! Thank you for hearing MY WISHES; Please reconsider my clear, concise attempt, at informal resolution.

| May 17, 2013 | _anthony Washington_ |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

05-20-2013

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

CASE NUMBER: 735155-F1

CASE NUMBER: 735155-F1

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP-229(13) APRIL 1982 |
|---|---|---|---|

USP LVN

0000149

U. S. Department of Justice
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

*Request for Administrative Remedy, Part B - Response*

**Name**: Washington, Anthony
**Reg. No**.: 41756-050
**Admin. Remedy No**.: 735155-F1

This is in response to your Request for Administrative Remedy, received May 20, 2013, wherein you indicated you were injured by staff while you were restrained in restraints. You are requesting an x-ray of your back, pain medication refills, and evaluation for migraine headaches.

A review of this matter reveals on March 5, 2013, you had an injury assessment completed after an immediate use of force. Your complaint at this time was right eye pain. Your vital signs were assessed and found to be within normal limits.

On April 23, 2013, you were evaluated by the Physician Assistant for a complaint of lower back pain. You were prescribed a 7 day supply of Ibuprofen and an x-ray was ordered of your lumbar spine at this time. Your x-ray will be completed within the next 3 weeks.

As for your pain medications, per BOP national formulary and Program Statement 6541.02 "Over the Counter Medications", you are not an indigent qualifying inmate and therefore, must purchase pain medication of your choice from commissary. There are different options available for you to choose from, please see the Health Services Administrator during mainline with questions.

This response is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

David J. Ebbert, Warden

Date  6/7/13

0000150

234

CAA-1330.16
December 31, 2009
Attachment A

**ATTEMPT AT INFORMAL RESOLUTION**
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program,
dated December 31, 2007, requires that inmates attempt to informally present their
complaint to staff and allow staff to attempt to informally resolve any issue prior to the
inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is
unable to be accomplished, the inmate will be given a BP.229(13)form.*

## TO BE COMPLETED BY INMATE

INMATE=S NAME: Anthony Washington    REG. NO.: 41756-050    UNIT: SHU

1. Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): On April 23, 2013 I was giving pain medication for the pain I am in. I gave the PA her a refill bag on the 30th of April but they never came back with my refill. I put in request slips for my refill but nothing never came and they never replied to me

2. What resolution is requested/expected: I would like my refills just as I asked for and I would like to know when will I be x-rayed

## TO BE COMPLETED BY STAFF

3. Summary of Investigation (place response on this form): See Attached

4. What actions were taken to resolve this matter informally (place response on this form): See Attached

5. Explain reasons for no resolution (place response on this form): See Attached

Date & Time Issued (BP-8): 4/24/13 @ 550 pm    Unit Team Member: E Richardson
Date & Time Returned (BP-8):    Unit Team Member: Brandy
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) issued:
Satellite Operations Administrator/Unit Manager Signature:

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the    inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.
On _____, this issue was informally resolved.

Inmate Signature    Date

0000151

**Response to Informal Resolution Attempt**

**Washington, Anthony #41756-050**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received May 10. 2013. You claim that you were prescribed pain medication by Health Services. You claim that you turn in your refill to the P.A. and have not received your pain medication as of yet.

You request a refill on your pain medication.

**4. What actions were taken to resolve this matter informally:**

Inmates concerns were addressed through Health Services they advised that you were prescribed 7 days worth of Ibuprofen and received it on April 23, 2013.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

L. Brandenburg/Counselor

# Document 2cc

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Alfred Rosioe, C          5593I-066      3-1/     U.S.C. Canaan
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST** I am complaining about the discrimination of the officer Kubik who works first shift. She is targeting myself and others in retaliation for filing complaints on Him. He comes and takes my right to recreation without the authority to do so. He has taken my recreation on a daily basis. Under B.O.P. policy Recreation is a right as a prisoner. It is nowhere in B.O.P. policy that in order to go to Rec we as prisoners must be subject to A search of all our property as well as our person & strip searches (in front of inmate) in order to go to recreation. I request that it's said officer be placed in other areas of the prison. Under the situation because the more I complain the more vendictive the officer becomes.

5-7-13                                         Rosioe C. Alfred  5593I-066
DATE                                              SIGNATURE OF REQUESTER

**Part B- RESPONSE**

05-09-2013


DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

CASE NUMBER

CASE NUMBER

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

SUBJECT:

DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)
                                                                            APRIL 1982
USP LVN

0000154

U. S. Department of Justice                  **Request for Administrative Remedy, Part B - Response**
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬

**Name:** Alford, Roscoe
**Reg. No.:** 55931-060
**Admin. Remedy No.:** 733071-F2

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬

This is in response to your Request for Administrative Remedy, which was received in this office on May 9, 2013. You claim Special Housing Unit staff denied you access to recreation.

A review of your BP-292, Special Housing Unit Record reveals that on days you accepted recreation it was provided.

For these reasons, your request for an Administrative remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____          ____5__/31//13____
David J. Ebbert, Warden                              Date

**0000155**

CAA-1330.16
December 31, 2009
Attachment A

**ATTEMPT AT INFORMAL RESOLUTION**
(Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program, dated December 31, 2007, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13) form.*

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Roscoe L. Alford          REG. NO. 55931-060   UNIT: B-1/shu

1.   Complaint (be specific. If related to UDC appeal, specify relevant section of Inmate Discipline Policy): I am complaining about the discrimination of the officers who work the A.M. shift or 1rst shift in the shu. officer Kibiki they are targeting my self and others in retaliation for filing complaints on them. They continuely show no regard for out rights (see Attached They repeatedly take us rec from us without just cause or the authority to do so.

2.   What resolution is requested/expected: That every prisoner being housed in shu be allowed 1hr of recreation every day except Saturday and Sunday without harrassment or discrimination. And that the said officer be placed in other area's of the prison besides S.HU. Because of vendictive Behavior

**TO BE COMPLETED BY STAFF**

3.   Summary of investigation (place response on this form):   See Attached

4.   What actions were taken to resolve this matter informally (place response on this form):   See Attached

5.   Explain reasons for no resolution (place response on this form):   See Attached

Date & Time Issued (BP-8): 4/10/13   4:34          Unit Team Member Brandly
Date & Time Returned (BP-8): 4/19/13  2:45          Unit Team Member Brandly
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: 4/19/13 @ 4:30 pm

Satellite Operations Administrator/Unit Manager Signature:   Uyb Whmuhn

*Distribution:* (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.
           (2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

Inmate Signature                          Date

**Response to Informal Resolution Attempt**

**Alford, Roscoe #55931-060**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received April 19, 2013. You claim that the SHU staff is targeting you for discrimination. You claim they are doing this in retaliation for the complaints you have been filing on them for harassment. Finally you claim they are refusing to afford you the opportunity for recreation which is your right.

You request that you are afforded the right to recreation for one hour a day without harassment or discrimination.

**4. What actions were taken to resolve this matter informally:**

Inmates housed in the Special Housing Unit have to opportunity to participate in recreation 5 times a week in 1 hour increments. After speaking with SHU staff you were denied recreation due to the fact that your cell was unsanitary.

It is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner. Additionally, allegations such as yours are taken seriously and will be given an appropriate amount of review and/or investigation. Due to the privacy interest of the staff member which you name, we are unable to disclose to you any findings or the result or our review of this matter.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-09.

L. Brandenburg/Counselor

0000157

# Document 2dd

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** GAY, ERIC S      64363-053      SHU      USP CANAAN

    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST** I HAVE REPEATEDDLY SENT OVER RX 30 SICKCALL SLIPSTO THE MEDICAL DEPARTMENT SINCE JANUARY 2013 AND HAVE YET BEEN TO SEE ANYONE FOR MY SITUATIONS.I ASK THAT I BE PUT INTO AN EMERGENCY VIEW FOR THE FACT THAT I HAVE PUT IN MANY SLIPS AND TILL THIS DATE HAVE YET BEEN SEEN BY ANY ONE.

                THANK YOU FOR YOUR TIME YOUER RESPONCE IS EAGERLY AWAING.

5-16-13

DATE             RESPECTFULLY          SIGNATURE OF REQUESTER

**Part B- RESPONSE**

05-20-2013

---

DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**      CASE NUMBER: 735159-F1

                                            CASE NUMBER: 735159-F1

**Part C- RECEIPT**

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)     BP-229(13)

USP LVN                                                        APRIL 1982

U. S. Department of Justice                    *Request for Administrative Remedy, Part B - Response*
Federal Bureau of Prisons
**USP, Canaan, Pennsylvania**

---

*Name*: Gay, Eric
*Reg. No.*: 64363-053
*Admin. Remedy No.*: 735159-F1

---

This is in response to your Request for Administrative Remedy, received May 20, 2013, wherein you indicate you have sent in over 30 sick call requests since January 2013 and have not been seen by anyone for your situation. You are requesting to be seen.

A review of this matter reveals on May 21, 2013, you were evaluated by the Clinical Director during a chronic care evaluation. A complaint of neck pain was noted at this time with a notation revealing your previous pain medications were discontinued due to an attempt at diverting the medication. You were issued a prescription for Ibuprofen to assist with your pain. Additionally, a consultation for an MRI and Neurology were submitted. When these two requests are reviewed by the Utilization Review Committee, you will receive written notification of the decisions.

This response is for informational purposes only.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

_____                          _____
David J. Ebbert, Warden                          Date   5/29/13

156

CAA-1330.16
December 31, 2009
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

*The Federal Bureau of Prisons Program Statement 1330.16 Administrative Remedy Program,
dated December 31, 2007, requires that inmates attempt to informally present their
complaint to staff and allow staff to attempt to informally resolve any issue prior to the
inmate filing a Request for Administrative Remedy, BP.229( 13). If informal resolution is
unable to be accomplished, the inmate will be given a BP.229(13)form.*

### TO BE COMPLETED BY INMATE

INMATE=S NAME: _____   REG. NO.: _____   UNIT: _____

1.  Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): _____
    _____
    _____
    _____

2.  What resolution is requested/expected: _____
    _____
    _____
    _____

### TO BE COMPLETED BY STAFF

3.  Summary of investigation (place response on this form):   *See Attach*

4.  What actions were taken to resolve this matter informally (place response on this form):   *See Attach*

5.  Explain reasons for no resolution (place response on this form):   *See Attach*

Date & Time Issued (BP-8): **5/10/13   12/5pm**   Unit Team Member: *Richardson*
Date & Time Returned (BP-8): **5/14/13   And**   Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and (BP-9)BP229(13) Issued: **5/15/13   2pm**
Satellite Operations Administrator/Unit Manager' Signature: _____

**Distribution:** (1) If complaint is informally resolved, forward the original, signed and dated by the    inmate, to the Unit
Counselor for filing.
                (2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

On _____, this issue was informally resolved.

_____            _____
Inmate Signature                 Date

**Response to Informal Resolution Attempt**

**Gay,E. #64363-053**

**3. Summary of Investigation:**

This is in response to your request for administrative remedy received May 14, 2013.  You state that you have submitted multiple sick call requests and have not been seen by staff. You would like to be medically assessed and treated.

**4. What actions were taken to resolve this matter informally:**

Inmate's concerns were addressed through health services. They advise you are currently on the waiting list to be seen and evaluated by the P.A.

**5. Explain reasons for no resolution:**

Inmate did not wish to informally resolve and requested a BP-9.

S.. Montauredes/Counselor

0000162