**GOVERNMENT EXHIBIT 3**

# US District Court Civil Docket

## U.S. District - Pennsylvania Middle
### (Williamsport)

## 4:13cv668

## Hill et al v. Ebbert et al

This case was retrieved from the court on Thursday, October 02, 2014

Date Filed: **03/13/2013**
Assigned To: **Honorable Matthew W. Brann**
Referred To: **Pro Se Law Clerk JV**
Nature of suit: **Prisoner - Other (550)**
Cause: **Federal Question: Other Civil Rights**
Lead Docket: **None**
Other Docket: **None**
Jurisdiction: **U.S. Government Defendant**

Class Code: **OPEN**
Closed:
Statute: **28:1331**
Jury Demand: **None**
Demand Amount: **$0**
NOS Description: **Prisoner - Other**

### Litigants

**Demetrius Hill**
Plaintiff

**Nestor Cercet**
Plaintiff

**Anthony Washington**
Plaintiff

### Attorneys

Demetrius Hill
PRO SE
68133-053
Usp - Beaumont
Special Mail - Open Only In The Presence Of The Inmate
Po Box 26030
Beaumont, TX 77720
USA

Nestor Cercet
PRO SE
41510-050
Usp-Canaan
Special Mail-Open Only In The Presence Of The Inmate
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 300
Waymart, PA 18472
USA

Anthony Washington
PRO SE
41756-050
Usp-Canaan
Special Mail-Open Only In The Presence Of The

|  |  |
|---|---|
|  | Inmate<br>U.S. Penitentiary<br>Inmate Mail/Parcels<br>P.O. Box 300<br>Waymart , PA  18472<br>USA |
| Kevin Lawson<br>Plaintiff | Kevin Lawson<br>PRO SE<br>41004-037<br>Usp-Pollock<br>Special Mail-Open Only In The Presence Of The Inmate<br>U.S. Penitentiary<br>Inmate Mail/Parcels<br>P.O. Box 2099<br>Pollock , LA  71467<br>USA |
| Marvin Castellano Eduardo<br>Plaintiff |  |
| Roscoe L Alford<br>Plaintiff | Roscoe L Alford<br>PRO SE<br>55931-060<br>Fci Gilmer<br>Special Mail-Open Only In The Presence Of The Inmate<br>Po Box 6000<br>Glenville , WV  26351<br>USA |
| John F Legrand<br>Plaintiff | John F Legrand<br>PRO SE<br>47009-037<br>Usp-Canaan<br>Special Mail-Open Only In The Presence Of The Inmate<br>U.S. Penitentiary<br>Inmate Mail/Parcels<br>P.O. Box 300<br>Waymart , PA  18472<br>USA |
| Warden David Ebbert<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| A.W. Oddo<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office |

|                              |                                                                                                                                                                                          |
| ---------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|                              | 228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov                                                      |
| Co Schwartz<br>Defendant     | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| John Does<br>4/5/13 incident<br>Defendant |                                                                                                                                                                            |
| Co Heenan<br>Defendant       | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Captain Keyazal<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Lt. Sudol<br>Defendant       | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Burkett<br>HSA<br>Defendant  | G. Thiel<br>ATTORNEY TO BE NOTICED<br>U.S. Attorney's Office<br>235 N. Washington Avenue<br>P.O. Box 309<br>Scranton , PA  18503                                                         |

|  |  |
|---|---|
|  | USA<br>570-348-2800<br>Fax: 3482830<br>Email:Mike.Thiel@usdoj.Gov |
|  | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Burns<br>CO<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Rosencrance<br>CO<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Co Kubicki<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Co Hayden<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Co John Does |  |

4/5/13 assault
Defendant

| | |
|---|---|
| Lindsey<br>Unit Manager<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Sample<br>UM<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Gugliatti<br>UM<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Durkin<br>Counselor<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Tamano<br>Counselor<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Counselor Newcomb<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220 |

|  |  |
|---|---|
|  | Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |
| Mailrom Staff<br>Defendant | G. Thiel<br>ATTORNEY TO BE NOTICED<br>U.S. Attorney's Office<br>235 N. Washington Avenue<br>P.O. Box 309<br>Scranton , PA  18503<br>USA<br>570-348-2800<br>Fax: 3482830<br>Email:Mike.Thiel@usdoj.Gov |
| Trently<br>Defendant | Michael Butler<br>ATTORNEY TO BE NOTICED<br>United States Attorney's Office<br>228 Walnut Street Suite 220<br>Harrisburg , PA  17108<br>USA<br>717-221-4482<br>Fax: 17172212246<br>Email:Michael.J.Butler@usdoj.Gov |

| Date | # | Proceeding Text | Source |
|---|---|---|---|
| 03/13/2013 | 1 | COMPLAINT against All Defendants, filed by Demetrius Hill. (Attachments: # 1 Affidavit John F. Legrand, # 2 Affidavit Roscoe L. Alford)(lh) (Entered: 03/13/2013) |  |
| 03/13/2013 | 2 | MOTION for Preliminary Injunction by Demetrius Hill.(lh) (Entered: 03/13/2013) |  |
| 03/13/2013 | 3 | STANDING PRACTICE ORDER sent to all Plaintiffs. (lh) (Entered: 03/13/2013) |  |
| 03/19/2013 | 4 | REQUEST dtd 3/17/13 for copy of Complaint and Doc #3 by Nestor Cercet. (ao) (Entered: 03/19/2013) |  |
| 03/20/2013 | 5 | 30 DAY ADMINISTRATIVE ORDER directing all of the prisoners to pay the filing fee or file Application to Proceed IFP within 30 days or case will be dismissed.Signed by L. Potoeski on 03/20/13. (lp) (Entered: 03/20/2013) |  |
| 03/20/2013 | 6 | REQUEST for a copy of complaint by Anthony Washington. (lh) (Entered: 03/20/2013) |  |
| 03/21/2013 | 7 | Letter from L. Potoeski in response to Plaintiff Cercet's request for copies. (lp) (Entered: 03/21/2013) |  |
| 03/26/2013 | 8 | Mail Returned (Doc #5) as Undeliverable. Mail sent to Martin Castellano Eduardo (ao) (Entered: 03/26/2013) |  |
| 03/28/2013 | 9 | PRISONER AUTHORIZATION by Anthony Washington allowing prison to submit copy of prisoner's trust fund account to the court, and approving the entire filing fee to be deducted from prisoner inmate account.. (lh) (Entered: 03/28/2013) |  |
| 03/28/2013 | 10 | MOTION for Leave to Proceed in forma pauperis by Anthony Washington. (lh) (Entered: 03/28/2013) |  |

| Date | # | Description |
|---|---|---|
| 03/28/2013 | 11 | Mail Returned as Undeliverable (docket sheet). Mail sent to Anthony Washington (lh) (Entered: 03/28/2013) |
| 03/29/2013 | 12 | ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden (lh) (Entered: 03/29/2013) |
| 04/04/2013 | 13 | AMENDED COMPLAINT against Burkett, Burns, John Does, John Does, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Mailrom Staff, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently, filed by Demetrius Hill.(lh) (Entered: 04/04/2013) |
| 04/04/2013 | 14 | MOTION for Leave to Proceed in forma pauperis by Roscoe L Alford.(lh) (Entered: 04/04/2013) |
| 04/04/2013 | 15 | PRISONER AUTHORIZATION by Roscoe L Alford allowing prison to submit copy of prisoner's trust fund account to the court, and approving the entire filing fee to be deducted from prisoner inmate account.. (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 16 | MOTION for Leave to Proceed in forma pauperis by Martin Castellano Eduardo.(lh) (Entered: 04/04/2013) |
| 04/04/2013 | 17 | PRISONER AUTHORIZATION by Martin Castellano Eduardo allowing prison to submit copy of prisoner's trust fund account to the court, and approving the entire filing fee to be deducted from prisoner inmate account.. (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 18 | MOTION for Leave to Proceed in forma pauperis by Demetrius Hill.(lh) (Entered: 04/04/2013) |
| 04/04/2013 | 19 | PRISONER AUTHORIZATION by Demetrius Hill allowing prison to submit copy of prisoner's trust fund account to the court, and approving the entire filing fee to be deducted from prisoner inmate account.. (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 20 | MOTION for Leave to Proceed in forma pauperis by Kevin Lawson.(lh) (Entered: 04/04/2013) |
| 04/04/2013 | 21 | PRISONER AUTHORIZATION by Kevin Lawson allowing prison to submit copy of prisoner's trust fund account to the court, and approving the entire filing fee to be deducted from prisoner inmate account.. (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 22 | MOTION for Leave to Proceed in forma pauperis by Nestor Cercet.(lh) (Entered: 04/04/2013) |
| 04/04/2013 | 23 | PRISONER AUTHORIZATION by Nestor Cercet allowing prison to submit copy of prisoner's trust fund account to the court, and approving the entire filing fee to be deducted from prisoner inmate account.. (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 24 | ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 25 | ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 26 | ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 27 | ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden (lh) (Entered: 04/04/2013) |
| 04/04/2013 | 28 | ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden (lh) (Entered: 04/04/2013) |
| 04/10/2013 | 29 | PRISONER AUTHORIZATION by John F Legrand allowing prison to submit copy of prisoner's trust fund account to the court, and approving the entire filing fee to be deducted from prisoner inmate account.. (lh) (Entered: 04/10/2013) |

| Date | # | Description |
|---|---|---|
| 04/10/2013 | 30 | MOTION for Leave to Proceed in forma pauperis by John F Legrand.(lh) (Entered: 04/10/2013) |
| 04/10/2013 | 31 | ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden (lh) (Entered: 04/10/2013) |
| 04/10/2013 | 32 | Letter from Demetrius Hill re: mail tampering. (lh) (Entered: 04/10/2013) |
| 04/15/2013 | 33 | RECEIPT LETTER $ 21.10, receipt number 333029125 Anthony Washington partial FF 4/15/13 (ao) (Entered: 04/15/2013) |
| 04/17/2013 | 34 | Letter from Demetrius Hill entitled "Writ of Mandamus" (ts) (Entered: 04/17/2013) |
| 04/17/2013 | 35 | Mail Returned as Undeliverable. Doc 31 Mail sent to Mark Castellano Eduardo (ts) (Entered: 04/17/2013) |
| 04/18/2013 | 36 | RECEIPT LETTER $ 34.40, receipt number 333029173 Kevin Lawson partial filing fee 4/18/13 (lh) (Entered: 04/18/2013) |
| 04/18/2013 | 37 | RECEIPT LETTER $ 109.49, receipt number 333029174 Nestor Cercet partial filing fee 4/18/13 (lh) (Entered: 04/18/2013) |
| 04/18/2013 | 38 | RECEIPT LETTER $ 2.45, receipt number 333029175 Roscoe L. Alford partial filing fee 4/18/13 (lh) (Entered: 04/18/2013) |
| 04/18/2013 | 39 | RECEIPT LETTER $ 21.38, receipt number 333029176 Martin Castellano Eduardo partial filing fee 4/18/13 (lh) (Entered: 04/18/2013) |
| 04/22/2013 | 40 | Mail Returned (Doc #26) as Undeliverable. Mail sent to Demetrius Hill (ao) (Entered: 04/22/2013) |
| 04/25/2013 | 41 | Letter from Martin Castellano re: prisoner id number. (lh) (Entered: 04/25/2013) |
| 04/25/2013 | | DOCKET ANNOTATION: Updated prisoner id number for Martin Castellano. (lh) (Entered: 04/25/2013) |
| 04/25/2013 | 42 | Letter from Demetrius Hill re: mail tampering. (lh) (Entered: 04/25/2013) |
| 05/01/2013 | 43 | Mail Returned as Undeliverable (Doc. 26). Mail sent to Martin Castellano Eduardo (lh) (Entered: 05/01/2013) |
| 05/01/2013 | 44 | REQUEST for a copy of the second Complaint by Anthony Washington. (lh) (Entered: 05/01/2013) |
| 05/02/2013 | 45 | Mail Returned as Undeliverable (Doc. 25). Mail sent to Martin Castellano Eduardo (lh) (Entered: 05/02/2013) |
| 05/06/2013 | 46 | Letter from L. Potoeski in response to Plaintiff Washington's request for a copy of second complaint. (lp) (Entered: 05/06/2013) |
| 05/10/2013 | 47 | RECEIPT LETTER $ 20.00, receipt number 333029701 Nester Cercet partial FF 5/10/13 (ao) (Entered: 05/10/2013) |
| 05/16/2013 | 48 | Letter from Anthony Washington requesting a copy of the comp[laint and copy of rules and procedures. (lh) (Entered: 05/16/2013) |
| 05/20/2013 | 49 | Letter from L. Potoeski in response to plaintiff's letter to the court. (lp) (Entered: 05/20/2013) |
| 06/04/2013 | 50 | NOTICE of Change of Address dtd 5/12/13 by Demetrius Hill to USP-Beaumont. (ao) (Entered: 06/04/2013) |
| 06/06/2013 | 51 | ORDER: (1) Plaintiffs' request for class certification is DENIED.(2) Plaintiffs' individual motions to proceed in forma pauperis are construed as motions to proceed without full prepayment of fees and costs and the motions are GRANTED. (3) The Plaintiffs shall submit a brief in support of their motion for preliminary injunctive relief within 14 days of the date of this Order or said motion will be de deemed withdrawn pursuant to M.D. Pa. Local Rule 7.5. (4) The United States Marshal is directed to SERVE the motion for preliminary injunction (Doc. 2) and Plaintiffs Amended Complaint (Doc. 13) and on the Defendants named therein. Signed by |

| | | |
|---|---|---|
| | | Honorable Matthew W. Brann on 6/6/13. (km) (Main Document 51 replaced on 6/6/2013) (km). Modified on 6/6/2013 (km). Modified on 6/6/2013 (km). (Entered: 06/06/2013) |
| 06/06/2013 | 52 | Summons Issued as to All Defendants and provided TO U.S. MARSHAL for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (km) (Entered: 06/06/2013) |
| 06/06/2013 | | Motions terminated: 30 MOTION for Leave to Proceed in forma pauperis filed by John F Legrand, 14 MOTION for Leave to Proceed in forma pauperis filed by Roscoe L Alford, 22 MOTION for Leave to Proceed in forma pauperis filed by Nestor Cercet, 16 MOTION for Leave to Proceed in forma pauperis filed by Marvin Castellano Eduardo, 18 MOTION for Leave to Proceed in forma pauperis filed by Demetrius Hill, 20 MOTION for Leave to Proceed in forma pauperis filed by Kevin Lawson, 10 MOTION for Leave to Proceed in forma pauperis filed by Anthony Washington. (km) (Entered: 06/06/2013) |
| 06/11/2013 | 53 | RECEIPT LETTER $ 5.00, receipt number 333030415 Kevin Lawson partial FF 6/11/13 (ao) (Entered: 06/11/2013) |
| 06/11/2013 | 54 | RECEIPT LETTER $ 80.00, receipt number 333030416 Nester Cercet partial FF 6/11/13 (ao) (Entered: 06/11/2013) |
| 06/14/2013 | 55 | RECEIPT LETTER $ 8.00, receipt number 333030557 Roscoe Alford partial filing fee 6/14/13 (lh) (Entered: 06/14/2013) |
| 06/21/2013 | 56 | MOTION for Extension of Time to File Brief to 2 MOTION for Preliminary Injunction filed by Anthony Washington.(lh) (Entered: 06/21/2013) |
| 06/28/2013 | 57 | ORDER granting 56 Motion for Extension of Time to File Response/Reply re 2 MOTION for Preliminary Injunction; Brief in Support due by 7/15/2013. Signed by Honorable Matthew W. Brann on 6/28/13 (lg) (Entered: 06/28/2013) |
| 07/12/2013 | 58 | U.S. MARSHAL - 285 FORM of Summons &amp; Complaint on Attorney General on 7/12/13 (lh) (Entered: 07/12/2013) |
| 07/15/2013 | 59 | U.S. MARSHAL - 285 FORM of Summons &amp; Complaint served on US Attorney on 6/17/13 by personal service (ao) (Entered: 07/15/2013) |
| 07/30/2013 | 60 | U.S. MARSHAL - 285 FORM of Summons &amp; Complaint on US Attorney on 6/17/13 (lh) (Entered: 07/30/2013) |
| 08/16/2013 | 61 | MOTION for Extension of Time to File Answer re 13 Amended Complaint, by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently. (Attachments: # 1 Proposed Order) (Butler, Michael) (Entered: 08/16/2013) |
| 08/26/2013 | 62 | RECEIPT LETTER $ 2.12, receipt number 333032082 Anthony Washington partial FF 8/26/13 (ao) (Entered: 08/27/2013) |
| 09/05/2013 | 63 | CERTIFICATE OF SERVICE by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently re 61 MOTION for Extension of Time to File Answer re 13 Amended Complaint, Amended (Butler, Michael) (Entered: 09/05/2013) |
| 09/17/2013 | 64 | RECEIPT LETTER $ 1.05, receipt number 333032734 Nester Cercet partial filing fee 9/17/13 (lh) (Entered: 09/17/2013) |
| 09/17/2013 | 65 | RECEIPT LETTER $ 21.59, receipt number 333032732 Anthony Washington partial filing fee 9/17/13 (lh) (Entered: 09/17/2013) |
| 09/17/2013 | 66 | RECEIPT LETTER $ 13.00, receipt number 333032727 Kevin Lawson partial filing fee 9/17/13 (lh) (Entered: 09/17/2013) |
| 10/02/2013 | 67 | ORDER: GRANTING the 61 motion for an enlargement of time filed on behalf of all defendants; defendants may file a response to the 13 |

| | | |
|---|---|---|
| | | Amended Complaint, on or before 10/22/2013. Signed by Honorable Matthew W. Brann on 10/2/13 (km) (Entered: 10/02/2013) |
| 10/11/2013 | 68 | RECEIPT LETTER $ 1.05, receipt number 333033278 Nestor Cercet partial filing fee 10/11/13 (lh) (Entered: 10/16/2013) |
| 10/11/2013 | 69 | RECEIPT LETTER $ 12.00, receipt number 333033494 Martin Castellano Eduardo partial filing fee 10/11/13 (lh) (Entered: 10/16/2013) |
| 10/22/2013 | 70 | MOTION for Extension of Time to File Answer re 13 Amended Complaint, by Burkett. (Attachments: # 1 Proposed Order)(Butler, Michael) (Entered: 10/22/2013) |
| 10/28/2013 | 71 | ORDER: Granting 70 Motion for Extension of Time; defendants may file a response to the 13 Amended Complaint due on or before 12/13/2013.Signed by Honorable Matthew W. Brann on 10/28/13. (km) (Entered: 10/28/2013) |
| 11/12/2013 | 72 | RECEIPT LETTER $ 74.65, receipt number 333034050 Nester Cercet partial filing fee 11/12/13 (lh) (Entered: 11/13/2013) |
| 11/15/2013 | 73 | ORDER: Plaintiffs' 2 Motion for Preliminary Injunctive Relief is DEEMED WITHDRAWN. (See Order for details.)Signed by Honorable Matthew W. Brann on 11/15/13. (km) (Entered: 11/15/2013) |
| 11/25/2013 | 74 | RECEIPT LETTER $ 12.39, receipt number 333034338 Martin Castellano Eduardo partial FF 11/25/13 (ao) (Entered: 11/25/2013) |
| 12/10/2013 | 75 | RECEIPT LETTER $ 5.00, receipt number 333034771 Kevin Lawson partial FF 12/10/13 (ao) (Entered: 12/10/2013) |
| 12/10/2013 | 76 | RECEIPT LETTER $ 20.05, receipt number 333034769 Anthony Washington partial FF 12/10/13 (ao) (Entered: 12/10/2013) |
| 12/12/2013 | 77 | RECEIPT LETTER $ 17.60, receipt number 333034856 Martin Cstellano Eduardo Partial Filing Fee 12/12/13 (ts) (Entered: 12/12/2013) |
| 12/13/2013 | 78 | Third MOTION for Extension of Time to File Answer re 13 Amended Complaint, by Burkett. (Attachments: # 1 Proposed Order)(Butler, Michael) (Entered: 12/13/2013) |
| 12/16/2013 | 79 | ORDER: The motion for a third enlargement of time filed on behalf of the individual Defendants (Doc. 78) is GRANTED; Defendants may file a response to the Amended Complaint (Doc 13) on or before 2/11/2014.Signed by Honorable Matthew W. Brann on 12/16/13 (km) (Entered: 12/16/2013) |
| 01/13/2014 | 80 | RECEIPT LETTER $ 8.00, receipt number 333035371 Kevin Lawson partial FF 1/13/14 (ao) (Entered: 01/14/2014) |
| 01/13/2014 | 81 | RECEIPT LETTER $ 26.80, receipt number 333035370 Anthony Washington partial FF 1/13/14 (ao) (Entered: 01/14/2014) |
| 02/11/2014 | | Receipt of payment from ANTHONY WASHINGTON in the amount of $5.99 for PLRA CIVIL FILING FEE. Transaction posted on 2/10/2014. Receipt number 333035880 processed by tscott. (jjs, ) (Entered: 02/11/2014) |
| 02/11/2014 | | Receipt of payment from KEVIN LAWSON in the amount of $5.00 for PLRA CIVIL FILING FEE. Transaction posted on 2/10/2014. Receipt number 333035891 processed by tscott. (jjs, ) (Entered: 02/11/2014) |
| 02/11/2014 | 82 | MOTION to Remove Plaintiff Hill's In Forma Pauperis Status by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently. (Attachments: # 1 Proposed Order)(Butler, Michael) (Entered: 02/11/2014) |
| 02/11/2014 | 83 | BRIEF IN SUPPORT re 82 MOTION to Remove Plaintiff Hill's In Forma Pauperis Status filed by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently. (Attachments: # |

| Date | # | Description |
|---|---|---|
| | | 1 Exhibit(s))(Butler, Michael) (Entered: 02/11/2014) |
| 02/19/2014 | 84 | RECEIPT LETTER $ 1.83, receipt number 333036126 John Legrand Partial filing fee 2/18/14 (ga) (Entered: 02/19/2014) |
| 03/11/2014 | 85 | MOTION for Extension of Time to File Brief to 82 MOTION to Remove Plaintiff Hill's In Forma Pauperis Status filed by Demetrius Hill.(lg) (Entered: 03/11/2014) |
| 03/12/2014 | | Receipt of payment from ANTHONY WASHINGTON in the amount of $72.40 for PLRA CIVIL FILING FEE. Transaction posted on 3/11/2014. Receipt number 333036555 processed by tscott. (jjs, ) (Entered: 03/12/2014) |
| 03/12/2014 | | Receipt of payment from KEVIN LAWSON in the amount of $15.00 for PLRA CIVIL FILING FEE. Transaction posted on 3/11/2014. Receipt number 333036556 processed by tscott. (jjs, ) (Entered: 03/12/2014) |
| 03/20/2014 | 86 | ORDER: GRANTING Plaintiff's 85 Motion for Extension of Time; Plaintiff's response to Defendants' 82 Motion to Remove Plaintiff Hill's In Forma Pauperis Status due by 4/30/2014. Signed by Honorable Matthew W. Brann on 3/20/14. (km) (Entered: 03/20/2014) |
| 04/14/2014 | | Receipt of payment from ANTHONY WASHINGTON in the amount of $7.80 for PLRA CIVIL FILING FEE. Transaction posted on 4/11/2014. Receipt number 333037308 processed by gangeli. (jjs, ) (Entered: 04/14/2014) |
| 04/14/2014 | | Receipt of payment from JOHN LEGRAND in the amount of $17.35 for PLRA CIVIL FILING FEE. Transaction posted on 4/11/2014. Receipt number 333037309 processed by gangeli. (jjs, )(lh) (Entered: 04/14/2014) |
| 04/28/2014 | 87 | MOTION for Extension of Time to File Brief to 82 MOTION to Remove Plaintiff Hill's In Forma Pauperis Status filed by Demetrius Hill.(lg) (Entered: 04/28/2014) |
| 04/29/2014 | 88 | ORDER: Plaintiff Hill's motion for an enlargement of time 87 is GRANTED. Hill may file a response to Defendants' motion to remove his in forma pauperis status 82 on or before 6/6/2014.Signed by Honorable Matthew W. Brann on 4/29/14 (km) (Entered: 04/29/2014) |
| 05/09/2014 | | Receipt of payment from JOHN LEGRAND in the amount of $18.10 for PLRA CIVIL FILING FEE. Transaction posted on 5/8/2014. Receipt number 333037761 processed by gangeli. (jjs, ) (Entered: 05/09/2014) |
| 05/14/2014 | | Receipt of payment from ANTHONY WASHINGTON in the amount of $5.30 for PLRA CIVIL FILING FEE. Transaction posted on 5/13/2014. Receipt number 333037888 processed by tscott. (jjs, ) (Entered: 05/14/2014) |
| 05/21/2014 | | Receipt of payment from KEVIN LAWSON in the amount of $7.00 for PLRA CIVIL FILING FEE. Transaction posted on 5/20/2014. Receipt number 333037970 processed by tscott. (jjs, ) (Entered: 05/21/2014) |
| 06/10/2014 | 89 | BRIEF IN OPPOSITION re 82 MOTION to Remove Plaintiff Hill's In Forma Pauperis Status filed by Demetrius Hill.(lg) (Entered: 06/11/2014) |
| 06/18/2014 | | Receipt of payment from DEMETRIUS HILL in the amount of $51.21 for PLRA CIVIL FILING FEE. Transaction posted on 6/17/2014. Receipt number 333038519 processed by gangeli. (jjs, ) (Entered: 06/18/2014) |
| 06/26/2014 | 90 | REPLY BRIEF re 82 MOTION to Remove Plaintiff Hill's In Forma Pauperis Status filed by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently. (Attachments: # 1 Unpublished Opinion(s))(Butler, Michael) (Entered: 06/26/2014) |
| 07/24/2014 | | Receipt of payment from KEVIN LAWSON in the amount of $7.00 for PLRA CIVIL FILING FEE. Transaction posted on 7/23/2014. Receipt number 333039141 processed by gangeli. (jjs, ) (Entered: 07/24/2014) |

| Date | # | Description |
|---|---|---|
| 08/12/2014 | | Receipt of payment from JOHN LEGRAND in the amount of $46.92 for PLRA CIVIL FILING FEE. Transaction posted on 8/11/2014. Receipt number 333039491 processed by tscott. (jjs, ) (Entered: 08/12/2014) |
| 08/13/2014 | | Receipt of payment from KEVIN LAWSON in the amount of $5.00 for PLRA CIVIL FILING FEE. Transaction posted on 8/12/2014. Receipt number 333039517 processed by tscott. (jjs, ) (Entered: 08/13/2014) |
| 08/29/2014 | 91 | ORDER: DENYING Defendants' Motion to remove Plaintiff Hill's in forma pauperis status 82 .Signed by Honorable Matthew W. Brann on 8/29/14. (km) (Entered: 08/29/2014) |
| 09/12/2014 | 92 | MOTION to Dismiss Partial, MOTION for Partial Summary Judgment by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently. (Attachments: # 1 Proposed Order)(Butler, Michael) (Entered: 09/12/2014) |
| 09/16/2014 | | Receipt of payment from ANTHONY WASHINGTON in the amount of $3.25 for PLRA CIVIL FILING FEE. Transaction posted on 9/15/2014. Receipt number 333040102 processed by tscott. (jjs, ) (Entered: 09/16/2014) |
| 09/19/2014 | | Receipt of payment from KEVIN LAWSON in the amount of $8.00 for PLRA CIVIL FILING FEE. Transaction posted on 9/18/2014. Receipt number 333040179 processed by rmiller. (jjs, ) (Entered: 09/19/2014) |
| 09/25/2014 | 93 | MOTION for Extension of Time to File Brief to 92 MOTION to Dismiss Partial MOTION for Partial Summary Judgment filed by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Mailrom Staff, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently. (Attachments: # 1 Proposed Order)(Thiel, G.) (Entered: 09/25/2014) |
| 09/25/2014 | 94 | CERTIFICATE OF SERVICE by Burkett, Burns, Durkin, David Ebbert, Gugliatti, Hayden, Heenan, Keyazal, Kubicki, Lindsey, Newcomb, A.W. Oddo, Rosencrance, Sample, Schwartz, Sudol, Tamano, Trently re 92 MOTION to Dismiss Partial MOTION for Partial Summary Judgment (Thiel, G.) (Entered: 09/25/2014) |
| 09/25/2014 | | DOCKET ANNOTATION: Roscoe L. Alford address updated (pursuant to amended certificate of service filed by dfts) (lg) (Entered: 09/25/2014) |

Copyright © 2014 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMETRIUS HILL, et al.,** | : | No. 4:13-CV-0668 |
| Plaintiffs | : | |
| | : | |
| v. | : | (Brann, J.) |
| | : | |
| **WARDEN DAVID EBBERT,** | : | |
| et al., | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on October 10, 2014, she served a copy of the attached

## EXHIBITS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at Williamsport, Pennsylvania.

Demetrius Hill
Reg. No. 68133-053
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA  17837

Nestor Cercet (not served, address unknown)

Anthony Washington
Reg. No. 41756-050
U.S.P. Canaan
P.O. Box 300
Waymart, PA  18472

Kevin Lawson
Reg. No. 41004-037
U.S.P. Canaan
P.O. Box 300
Waymart, PA  18472

Roscoe L. Alford
Reg. No. 55931-060
FCI Gilmer
P.O. Box 6000
Glenville, WV  26351

John F. Legrand
Reg. No. 47009-037
U.S.P. Coleman I
P.O. Box 1033
Coleman, FL  33521

Marvin Castellano Eduardo (not served, address unknown)

Eric Gay (not served, address unknown)

                                              s/ Michele E. Lincalis
                                              Michele E. Lincalis
                                              Supv. Paralegal Specialist